IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

**In re:**

Arthur T. Flowers, Jr.,
Debtor.                                    **Bankruptcy Case. No. 06-31560-WRS**

FIA Card Services, N.A.,
Plaintiff,
v.                                          **Adversary Proceeding Case No. 07-03009-WRS**
Arthur T. Flowers, Jr.,
Defendant.

Counter-Claimant,
Arthur T. Flowers, Jr.
v.
Counter-Defendant,
FIA Card Services, N.A.

## TRANSMITTAL OF RECORD ON APPEAL

I, Dianne M. Segrest, do hereby certify that the documents herein comprise the items in the designation of contents related to the Notice of Appeal filed in the above referenced case.

**Transmittal Submitted On**:    October 29, 2007
**Contents of Record**:
**Notice of Appeal: Filed on 10/08/2007: $255 filing fee paid (rec#2473864)**
**Designated Items of Appellant**:  Filed on 10/16/2007 Adv. Proc. Docket #38
**Designated Items of Appellee**: Filed on 10/24/2007 Adv. Proc. Docket #39

**PLEASE NOTE**:
**REQUEST FOR TRANSCRIPT NOT RECEIVED.**
**RE: APPELLANT DESIGNATION - TRANSCRIPT OF TELEPHONE HEARING HELD ON 8/14/2007.**
**RE: APPELLEE DESIGNATION - TRANSCRIPT OF TELEPHONE HEARING HELD ON 8/14/2007.**

**PLEASE ACKNOWLEDGE RECEIPT OF TRANSMITTAL**

   /s/ Richard S. Oda, Clerk
   United States Bankruptcy Court

   /s/Dianne M. Segrest
   Deputy Clerk

Barry Friedman
Barry Friedman & Associates
257 St. Anthony Street
P.O. Box 2394
Mobile, AL 36652
Phone: 251-439-7400

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## AT MONTGOMERY

| | |
|---|---|
| In re:<br><br>Arthur T Flowers, Jr.,<br><br>　　Debtor. | Bankruptcy Case No. 06-31560 |
| FIA Card Services, N.A.,<br><br>　　Plaintiff,<br><br>v.<br><br>Arthur T Flowers, Jr.,<br><br>　　Defendant. | ADV. NO. 07-3009<br><br>NOTICE OF APPEAL TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA AT MONTGOMERY |

FIA Card Services, N.A., the Plaintiff, appeals under U.S.C. § 158(a) to the United States District Court for the Middle District of Alabama at Montgomery from the Judgment of the United States Bankruptcy Court for the District of Utah entered in this case on September 26, 2007, granting the Defendant's Motion for Summary Judgment and separate Order awarding attorney fees.

The names of all parties to the judgment, order or decree appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| FIA Card Services, N.A. | Arthur T. Flowers, Jr. |
| Barry Friedman | Gail Donaldson |
| Barry Friedman & Associates | Bond, Botes, Shinn & Donaldson, PC |
| 257 St. Anthony Street | 400 South Union Street, Ste. 230 |
| P.O. Box 2394 | Montgomery, AL 36104 |
| Mobile, AL 36652 | |

Dated: October _____, 2007

/s/ Barry Friedman
Barry Friedman
Barry Friedman & Associates
257 St. Anthony Street
P.O. Box 2394
Mobile, AL 36652
Phone: 251-439-7400
bky@bafmobile.com

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appleeant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party mau elect, within the time provided in 28 U.S.C. §158(c) to have the appeal heard by the district court.

*If a child support creditor or its representative it the appellant, and if the child support creditor or its representative files the form specified in §304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
AT MONTGOMERY

| | |
|---|---|
| In re:<br><br>Arthur T Flowers, Jr.,<br><br>    Debtor. | Bankruptcy Case No. 06-31560 |
| FIA Card Services, N.A.,<br><br>    Plaintiff,<br><br>v.<br><br>Arthur T. Flowers, Jr.,<br><br>    Defendant. | ADV. NO. 07-3009<br><br>CERTIFICATE OF SERVICE |

    I hereby certify that on October \_8\_, 2007 I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Gail Donaldson, Attorney for Defendant

And I hereby certify that I mailed by United States Postal Service the Notice to the following non-ECF participants:

Dated October \_8\_, 2007

/s/ Barry Friedman
Barry Friedman
Barry Friedman & Associates
257 St. Anthony Street
P.O. Box 2394
Mobile, AL 36652
Phone: 251-439-7400
bky@bafmobile.com

**APPEAL**

# U.S. Bankruptcy Court
## MIDDLE DISTRICT OF ALABAMA (Montgomery)
## Adversary Proceeding #: 07-03009
**Internal Use Only**

*Assigned to:* William R. Sawyer

*Related BK Case:* 06-31560 (Associated Cases)

*Related BK Title:* Arthur T. Flowers

*Related BK Chapter:* 7

*Demand:* $4000

*Nature[s] of Suit:* 62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud

*Date Filed:* 02/12/07

### Plaintiff
-----------------------

**FIA Card Services, N.A.**
c/o Barry A Friedman, Esquire
Post Office Box 2394
Mobile, AL 36652

represented by **Barry A. Friedman**
P.O. BOX 2394
MOBILE, AL 36652
251 432-2660
Email: bky@bafmobile.com
*LEAD ATTORNEY*

V.

### Defendant
-----------------------

**Arthur T. Flowers, Jr.**
3345 Habersham Road
Montgomery, AL 36109
SSN:

represented by **Gail Donaldson**
Bond, Botes, Shinn & Donaldson, P.C.
400 South Union Street, Ste. 230
Montgomery, AL 36104
334-264-3363
Email: GDonaldson@bondnbotes.com

*LEAD ATTORNEY*

**Counter-Claimant**
-----------------------

| | |
|---|---|
| **Arthur T. Flowers, Jr.**<br>3345 Habersham Road<br>Montgomery, AL 36109<br>SSN: ▓▓▓▓▓▓▓▓ | represented by **Gail Donaldson**<br>(See above for address) |

V.

**Counter-Defendant**
-----------------------

| | |
|---|---|
| **FIA Card Services, N.A.**<br>c/o Barry A Friedman, Esquire<br>Post Office Box 2394<br>Mobile, AL 36652 | represented by **Barry A. Friedman**<br>(See above for address) |

| Filing Date | # | Docket Text |
|---|---|---|
| 02/12/2007 | 1 | Adversary case 07-03009. (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)): Complaint against Arthur T. Flowers Jr.. Fee Amount $250. Filed by Barry A. Friedman, FIA Card Services, N.A., Arthur T. Flowers Jr. on behalf of FIA Card Services, N.A.. (Friedman, Barry) (Entered: 02/12/2007) |
| 02/12/2007 | 2 | Receipt of Complaint(07-03009) [cmp,cmp] ( 250.00) filing fee. Receipt number 2152957, amount $ 250.00. (U.S. Treasury) (Entered: 02/12/2007) |
| 02/13/2007 | | Flags: AwCAact21 flag(s) removed.Case was not filed by the trustee. (RLW, ) (Entered: 02/13/2007) |
| 02/13/2007 | 3 | Summons Issued to Plaintiff's Attorney Barry A Freidman to be served on Defendant Arthur T. Flowers Jr. Date Issued 2/13/2007, Answer Due 3/15/2007. |

| | | |
|---|---|---|
| | | Execution of Summons to be done by 2/23/2007. (RLW, ) (Entered: 02/13/2007) |
| 02/13/2007 | | New Case Received and Reviewed for Accuracy. (RLW, ) (Entered: 02/13/2007) |
| 02/15/2007 | [4](#) | BNC Certificate of Service - See Image Attached - (RE: related document(s)[3](#) Summons Issued). No. of Notices: 1. Service Date 02/15/2007. (Admin.) (Entered: 02/16/2007) |
| 02/16/2007 | [5](#) | Summons Service Executed on Arthur T. Flowers Jr. 2/16/2007 . (RE: related document(s)[3](#) Summons Issued). (Friedman, Barry) (Entered: 02/16/2007) |
| 03/05/2007 | [6](#) | Answer to Complaint *To Determine Dischargeability of Debt*, Counterclaim by Defendant Arthur T. Flowers Jr., Plaintiff FIA Card Services, N.A. against FIA Card Services, N.A. Filed by Gail Donaldson on behalf of Arthur T. Flowers Jr.. (Donaldson, Gail) (Entered: 03/05/2007) |
| 03/07/2007 | [7](#) | Order Setting Scheduling Conference Entered On 3/7/2007 (RE: related document(s)[1](#) Complaint, filed by Counter-Defendant FIA Card Services, N.A., Plaintiff FIA Card Services, N.A.). Scheduling Conference set for 4/10/2007 at 10:00 AM at Courtroom 4D, Judge Sawyer Presiding, U.S. Bankruptcy Court, Montgomery, AL. (DH, ) (Entered: 03/07/2007) |
| 03/07/2007 | [8](#) | Request for Production of Documents Filed by Gail Donaldson on behalf of Arthur T. Flowers Jr.. (Donaldson, Gail) (Entered: 03/07/2007) |
| 03/07/2007 | [9](#) | Discovery Request for *Admissions* Filed by Gail Donaldson on behalf of Arthur T. Flowers Jr.. (Donaldson, Gail) (Entered: 03/07/2007) |

| | | |
|---|---|---|
| 03/07/2007 | 10 | Discovery Request for *Interrogatories* Filed by Gail Donaldson on behalf of Arthur T. Flowers Jr.. (Donaldson, Gail) (Entered: 03/07/2007) |
| 03/09/2007 | 11 | BNC Certificate of Service - See Image Attached - (RE: related document(s)7 Scheduling Order, ). No. of Notices: 1. Service Date 03/09/2007. (Admin.) (Entered: 03/10/2007) |
| 03/12/2007 | 12 | Discovery Request for *Plaitniff's First Set of Interrogatories and Request for Production and Request for Admissions* Filed by Barry A. Friedman on behalf of FIA Card Services, N.A.. (Friedman, Barry) (Entered: 03/12/2007) |
| 04/10/2007 | 13 | Discovery Response Filed by Barry A. Friedman on behalf of FIA Card Services, N.A.. (Friedman, Barry) (Entered: 04/10/2007) |
| 04/10/2007 | 14 | Answer to Counterclaim Filed by Barry A. Friedman on behalf of FIA Card Services, N.A.. (Friedman, Barry) (Entered: 04/10/2007) |
| 04/10/2007 | 15 | Order Setting Trail Date Scheduling Order Entered On 4/10/2007 (RE: related document(s)1 Complaint, filed by Counter-Defendant FIA Card Services, N.A., Plaintiff FIA Card Services, N.A.). Dispositive Pretrial Motions due by 7/12/2007. Pretrial Disclosures due by 8/13/2007. List Disclosing Objections To The Use of Depositions or Admissibility of Exhibits due by 8/31/2007. Joint Pre-Trial Statement due by 8/31/2007. Discovery due by 6/11/2007. Pre-Trial Conference set for 9/11/2007 at 01:30 PM at Telephone Hearing.EACH PARTY DESIRING TO BE HEARD MUST CALL CONFERENCING SERVICES AT LEAST FIVE MINUTES PRIOR TO THE COMMENCEMENT OF COURT. THE NUMBER IS 1-800-347-3350. THE CHAIRPERSON IS WILLIAM LIVINGSTON.Trial Date Deep Set for 9/24/2007. (RLW, ) (Entered: |

| | | | |
|---|---|---|---|
| | | | 04/10/2007) |
| 04/11/2007 | | 16 | Response to *Plaintiff's First Request for Admissions* Filed by Gail Donaldson on behalf of Arthur T. Flowers Jr.. (Donaldson, Gail) (Entered: 04/11/2007) |
| 04/11/2007 | | 17 | Debtor's Discovery Response *to Plaintiff's first Request for Admissions (Amended)* Filed by Gail Donaldson on behalf of Arthur T. Flowers Jr.. (Donaldson, Gail) (Entered: 04/11/2007) |
| 04/11/2007 | | 18 | Discovery Response *Defendant's responses to First Set Of Interrogatories and Requests for Production* Filed by Gail Donaldson on behalf of Arthur T. Flowers Jr.. (Donaldson, Gail) (Entered: 04/11/2007) |
| 04/12/2007 | | 19 | Affidavit Re: *Responses to Plaintiff's First Request For Admissions* Filed by Gail Donaldson on behalf of Arthur T. Flowers Jr.. (Donaldson, Gail) (Entered: 04/12/2007) |
| 04/12/2007 | | 20 | Affidavit Re: *Responses to First Set of Interrogatories and Requests for Production* Filed by Gail Donaldson on behalf of Arthur T. Flowers Jr. (RE: related document(s)18 Discovery Response filed by Counter-Claimant Arthur T. Flowers, Defendant Arthur T. Flowers). (Donaldson, Gail) (Entered: 04/12/2007) |
| 04/12/2007 | | 21 | BNC Certificate of Service - See Image Attached - (RE: related document(s)15 Scheduling Order, , , ). No. of Notices: 2. Service Date 04/12/2007. (Admin.) (Entered: 04/13/2007) |
| 06/05/2007 | | 22 | Motion For Summary Judgment Filed by Gail Donaldson on behalf of Arthur T. Flowers Jr.. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D) (Donaldson, Gail) (Entered: 06/05/2007) |

| | | |
|---|---|---|
| 06/06/2007 | | Matter Under Advisement Re: (RE: related document(s)22 Motion for Summary Judgment). Matter Under Advisement Due by 7/20/2007. (Sawyer, William) (Entered: 06/06/2007) |
| 06/07/2007 | 23 | Order (**Plaintiff FIA Card Services shall file response to Motion for Summary Judgment by 7/5/2007; Defendant Flowers shall reply to response by 7/20/2007; Oral Argument on Motion in writing by 7/20/2007**) Entered On 6/7/2007 (RE: related document(s)22 Motion for Summary Judgment filed by Counter-Claimant Arthur T. Flowers, Defendant Arthur T. Flowers). (YP, ) (Entered: 06/07/2007) |
| 06/09/2007 | 24 | BNC Certificate of Service - See Image Attached - (RE: related document(s)23 Scheduling Order, ). No. of Notices: 2. Service Date 06/09/2007. (Admin.) (Entered: 06/10/2007) |
| 06/19/2007 | 25 | Response to *Defendant's Motion for Summary Judgment on behalf of FIA Card Services, NA* Filed by Barry A. Friedman on behalf of FIA Card Services, N.A. (RE: related document(s)22 Motion for Summary Judgment filed by Counter-Claimant Arthur T. Flowers, Defendant Arthur T. Flowers). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Affidavit # 4 Exhibit) (Friedman, Barry) (Entered: 06/19/2007) |
| 07/18/2007 | 26 | Motion to Set Hearing *for Oral Argument on Motion for Summary Judgment* Filed by Gail Donaldson on behalf of Arthur T. Flowers Jr. (RE: related document(s)23 Scheduling Order,, 22 Motion for Summary Judgment filed by Counter-Claimant Arthur T. Flowers, Defendant Arthur T. Flowers). (Donaldson, Gail) (Entered: 07/18/2007) |
| 07/23/2007 | 27 | Notice of Telephone Hearing Set (RE: related document(s)22 Motion for Summary Judgment). Hearing scheduled for 8/14/2007 at 09:00 AM at |

| | | |
|---|---|---|
| | | Telephone Hearing. (JPC, ) (Entered: 07/23/2007) |
| 07/25/2007 | 28 | BNC Certificate of Service - Hearing - (RE: related document(s)27 Telephone Hearing). No. of Notices: 1. Service Date 07/25/2007. (Admin.) (Entered: 07/26/2007) |
| 07/30/2007 | | Matter Under Advisement Re: (RE: related document(s) Set Matter Under Advisement Deadline). Matter Under Advisement Due by 8/14/2007. (Sawyer, William) (Entered: 07/30/2007) |
| 08/14/2007 | | Matter Under Advisement Re: (RE: related document(s) Set Matter Under Advisement Deadline). Matter Under Advisement Due by 8/24/2007. (Sawyer, William) (Entered: 08/14/2007) |
| 08/20/2007 | 29 | Order to Continue Trial Entered On 8/20/2007 (RE: related document(s)22 Motion for Summary Judgment filed by Counter-Claimant Arthur T. Flowers, Defendant Arthur T. Flowers, 15 Scheduling Order,,, ). (RLW, ) (Entered: 08/20/2007) |
| 09/26/2007 | 30 | MEMORANDUM DECISION/OPINION - Authored by Judge William Sawyer. Entered On 9/26/2007. (Pugh, Rebekah) (Entered: 09/26/2007) |
| 09/26/2007 | 31 | Order Granting Motion For Summary Judgment (Related Doc # 22) Entered On 9/26/2007. (Pugh, Rebekah) (Entered: 09/26/2007) |
| 09/26/2007 | 32 | Order on Attorneys' Fees on Entered On 9/26/2007. (Pugh, Rebekah) (Entered: 09/26/2007) |
| 09/26/2007 | | Matter Under Advisement Re: (RE: related document(s) Set Matter Under Advisement Deadline). Matter Under Advisement Due by 10/26/2007. (Sawyer, William) (Entered: 09/26/2007) |

| | | |
|---|---|---|
| 10/08/2007 | 33 | Notice of Appeal . Fee Amount $255. Filed by Barry A. Friedman on behalf of FIA Card Services, N.A. (RE: related document(s)30 Opinion, 31 Order on Motion For Summary Judgment, 32 Order). Appellant Designation due by 10/18/2007. Transmission of Designation Due by 10/29/2007. (Friedman, Barry) (Entered: 10/08/2007) |
| 10/08/2007 | 34 | Receipt of Notice of Appeal(07-03009) [appeal,ntcapl] ( 255.00) filing fee. Receipt number 2473864, amount $ 255.00. (U.S. Treasury) (Entered: 10/08/2007) |
| 10/08/2007 | 35 | Exhibit *Statement of Election to Appeal to the United States District Court for the Middle District of Alabama at Montgomery* Filed by Barry A. Friedman on behalf of FIA Card Services, N.A. (RE: related document(s)33 Notice of Appeal, filed by Counter-Defendant FIA Card Services, N.A., Plaintiff FIA Card Services, N.A.). (Friedman, Barry) (Entered: 10/08/2007) |
| 10/09/2007 | 36 | Notice Service of Notice of Appeal. Civil Action Number: Filed by (RE: related document(s)33 Notice of Appeal, filed by Counter-Defendant FIA Card Services, N.A., Plaintiff FIA Card Services, N.A., 35 Exhibit, filed by Counter-Defendant FIA Card Services, N.A., Plaintiff FIA Card Services, N.A.). (Attachments: # 1 Instructions for Appellant)(YP, ) (Entered: 10/09/2007) |
| 10/09/2007 | | Motion terminated in DE 27.Order entered in DE 31 (RE: related document(s)27 Telephone Hearing). (RLW, ) (Entered: 10/09/2007) |
| 10/10/2007 | 37 | Affidavit Re: *Attorneys fees* Filed by Gail Donaldson on behalf of Arthur T. Flowers Jr. (RE: related document(s)32 Order). (Donaldson, Gail) (Entered: 10/10/2007) |
| 10/16/2007 | 38 | Appellant Designation of Contents For Inclusion in Record and Issues On Appeal Filed by Barry A. |

| | | |
|---|---|---|
| | | Friedman on behalf of FIA Card Services, N.A. (RE: related document(s)33 Notice of Appeal, filed by Counter-Defendant FIA Card Services, N.A., Plaintiff FIA Card Services, N.A.). Appellee designation due by 10/26/2007. (Friedman, Barry) (Entered: 10/16/2007) |
| 10/24/2007 | 39 | Appellee Designation of Contents for Inclusion in Record and Issues On Appeal Filed by Gail Donaldson on behalf of Arthur T. Flowers Jr. (RE: related document(s)33 Notice of Appeal, filed by Counter-Defendant FIA Card Services, N.A., Plaintiff FIA Card Services, N.A., 38 Appellant Designation and Issues on Appeal, filed by Counter-Defendant FIA Card Services, N.A., Plaintiff FIA Card Services, N.A.). (Donaldson, Gail) (Entered: 10/24/2007) |