# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA
## MONTGOMERY DIVISION

IN RE:

      ARTHUR T FLOWERS, JR.          CASE NO. 06-31560
      Debtor,                         CHAPTER 7
                                   JUDGE WILLIAM R SAWYER

FIA CARD SERVICES, N.A
      Plaintiff,

      Vs.                           Adv. Pro. No. 07-03009

ARTHUR T FLOWERS, JR.
      Defendant

## DESIGNATION OF THE RECORD ON APPEAL

The Appellant FIA Card Services, N.A. , hereby designates the following pleadings,

transcripts and exhibits as the Record on Appeal and requests that the same be transmitted to the

United States District Court for the Middle District of Alabama:

| BANKRUPTCY OR ADVERSARY | PLEADING DESCRIPTION | PLEADING DOCUMENT NUMBER (IN NUMERICAL ORDER, STARTING WITH LOWEST DOCKET NO.) | PLEADING FILE DATE |
|---|---|---|---|
| **Adversary** | | | |
| | Complaint | 1 | 2/12/2007 |
| | Answer to Complaint | 6 | 3/5/2007 |
| | Order Setting Scheduling Conference | 7 | 3/7/2007 |
| | Answer to Counterclaim | 14 | 4/10/2007 |
| | Order Setting Trial Date Scheduling Order | 15 | 4/10/2007 |

| | | |
|---|---|---|
| Motion for Summary Judgment with Exhibit A, Exhibit B Exhibit C and Exhibit D | 22 | 6/5/2007 |
| Order | 23 | 6/7/2007 |
| Response to Motion for Summary on behalf of FIA Card Services, N.A. with Exhibit 1, Exhibit 2, Exhibit 3 and Exhibit 4 | 25 | 6/19/2007 |
| Notice of Telephone Hearing | 27 | 7/23/2007 |
| Transcript of Telephone Hearing | | 8/14/2007 |
| Order to Continue Trial | 29 | 8/20/2007 |
| Memorandum Decision/Opinion | 30 | 9/26/2007 |
| Order Granting Motion for Summary Judgment | 31 | 9/26/2007 |
| Order Granting Attorney Fees | 32 | 9/26/2007 |
| Notice of Appeal | 33 | 10/8/2007 |

Dated: October 15, 2007

/s/ Barry A. Friedman
Barry Friedman & Associates
Attorney for FIA Card Services, N.A.
257 St. Anthony Street
Mobile, Alabama 36652
(251) 432-2660
bky@bafmobile.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA
## MONTGOMERY DIVISION

IN RE:

      ARTHUR T FLOWERS, JR.          CASE NO. 06-31560
      Debtor,                        CHAPTER 7
                                    JUDGE WILLIAM R SAWYER

FIA CARD SERVICES, N.A
      Plaintiff,

      Vs.                         Adv. Pro. No. 07-03009

ARTHUR T FLOWERS, JR.
      Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2007, I electronically filed the foregoing

Paper(s) with the Clerk of the Court using the ECF system which will send notification of

such filing to the following:

Richard D Barr, Trustee

and I hereby certify that I mailed by United States Postal Service the Paper(s) to the

following non-ECF participants:

Dated: October 15, 2007             /s/Barry A Friedman
                                  Barry Friedman & Associates
                                  Attorney for FIA Card Services, N.A.
                                  257 St. Anthony Street
                                  Mobile, Alabama 36652
                                  (251) 432-2660
                                  bky@bafmobile.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA
## MONTGOMERY DIVISION

IN RE:

    ARTHUR T FLOWERS, JR.
    Debtor,

    CASE NO. 06-31560
    CHAPTER 7
    JUDGE WILLIAM R SAWYER

FIA CARD SERVICES, N.A
    Plaintiff,

    Vs.

    Adv. Pro. No. 07-03009

ARTHUR T FLOWERS, JR.
    Defendant

## STATEMENT OF ISSUES TO BE PRESENTED ONAPPEAL

The Appellant FIA Card Services, N.A. hereby designates the following issues on

appeal to the United States District Court for the Middle District of Alabama:

    DID THE TRIAL COURT ERR IN FINDING THAT
    "SUBJECTIVE INTENT" IS NOT A QUESTION OF FACT?

    DID THE TRIAL COURT ERR IN FINDING THAT THE FILING
    OF THE ADVERSARY PROCEEDING WAS NOT
    SUBSTANTIALLY JUSTIFIED?

    DID THE TRIAL COURT APPLY THE WRONG STANDARD
    FOR JUSTIFIABLE RELIANCE?

    DID THE TRIAL COURT ERR IN GRANTING SUMMARY
    JUDGMENT IN FAVOR OF THE DEFENDANT?

Dated: October 15, 2007

    /s/ Barry A. Friedman
    Barry Friedman & Associates
    Attorney for FIA Card Services, N.A.
    257 St. Anthony Street
    Mobile, Alabama 36652
    (251) 432-2660
    bky@bafmobile.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA
## MONTGOMERY DIVISION

IN RE:

     ARTHUR T FLOWERS, JR.          CASE NO. 06-31560
     Debtor,                         CHAPTER 7
                                  JUDGE WILLIAM R SAWYER

FIA CARD SERVICES, N.A
     Plaintiff,

     Vs.                           Adv. Pro. No. 07-03009

ARTHUR T FLOWERS, JR.
     Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2007, I electronically filed the foregoing Paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Gail Donaldson, Attorney for Defendant

and I hereby certify that I mailed by United States Postal Service the Paper(s) to the following non-ECF participants:

Dated: October 15, 2007               /s/ Barry A. Friedman
                               Barry Friedman & Associates
                               Attorney for FIA Card Services, N.A.
                               257 St. Anthony Street
                               Mobile, Alabama 36652
                               (251) 432-2660
                               bky@bafmobile.com

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER |
|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| FIA Card Services, N.A. | ARTHUR T FLOWERS, JR. |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| Barry Friedman | Gail Donaldson |
| Barry Friedman & Associates | Bond, Botes, Shinn, & Donaldson, P.C. |
| 257 St. Anthony Street, P.O. Box 2394 | 400 South union Street, Suite 230 |
| Mobile, AL 36652 | Montgomery, AL 36104-4302 |
| 251-439-7400 | 334-264-3363 |

| PARTY (Check One Box Only) | PARTY (Check One Box Only) |
|---|---|
| ☐ Debtor          ☐ U.S. Trustee/Bankruptcy Admin | ☒ Debtor          ☐ U.S. Trustee/Bankruptcy Admin |
| ☒ Creditor        ☐ Other | ☐ Creditor        ☐ Other |
| ☐ Trustee | ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Claim for Nondischargeability of Debt pursuant to § 523(a)(2)

## NATURE OF SUIT

(Number up to five (5) boxes starting with the lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11- Recovery of money/property - §542 turnover of property
☐ 12- Recovery of money/property - §547 preference
☐ 13- Recovery of money/property - §548 fraudulent transfer
☐ 14- Recovery of money/property – other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21- Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31- Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41- Objection / Revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51- Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a),(1),(14),(14A) priority tax claims
☒ 62-Dischargeability - §523(a)(2) false pretenses, false representation,
       Actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61- Dischargeability - §523(a)(5), domestic support
☐ 68- Dischargeability - §523(a)(6), willful and malicious injury
☐ 63- Dischargeability - §523(a)(8), student loan
☐ 64- Dischargeability - §523(a)(15), divorce/sep property settlement/decree
☐ 65- Dischargeability – other

**FRBP 7001(7) – Injunctive Relief**
☐ 71- Injunctive relief – reinstatement of stay
☐ 72- Injunctive relief – other

**FRBP 7001(8) – Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) – Declaratory Judgement**
☐ 91- Declaratory Judgement

**FRBP 7001(10) – Determination of Removed Action**
☐ 01- Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78AAA et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case

| ☐ Check if this case involves a substantive issue of state law. | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $4,000.00 |

Other Relief Sought
Attorney costs and Fees

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>ARTHUR T FLOWERS, JR. | | BANKRUPTCY CASE NO.<br>06-31560 |
| DISTRICT IN WHICH CASE IS PENDING<br>MIDDLE | DIVISIONAL OFFICE<br>ALABAMA | NAME OF JUDGE<br>William R. Sawyer |

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)

| DATE<br>2/12/07 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Barry A Friedman |
|---|---|

## INSTRUCTIONS

The filing of the bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 104, the Adversary Proceeding Cover Sheet, if it is required by the court. In some courts, the cover sheet is not required when the adversary proceeding is field electronically through the court's Case Management/Electronic Case Files (CM/ECF) system. (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on our court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Parties.** Give the name of the parties to the adversary proceeding exactly as they appear on the complaint. Give the names and addresses of the attorneys if known.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

Barry Friedman
Barry Friedman & Associates
257 St. Anthony Street
P.O. Box 2394
Mobile, AL 36652
Phone: 251-439-7400

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## AT MONTGOMERY

In re:

Arthur T Flowers, Jr.,

      Debtor.

FIA Card Services, N.A.,

      Plaintiff,

v.

Arthur T Flowers, Jr.,

      Defendant.

Bankruptcy Case No. 06-31560

ADV. NO.

**COMPLAINT OBJECTING TO
DISCHARGEABILITY OF
INDEBTEDNESS
(11 U.S.C. § 523)**

COMES NOW Plaintiff, by and through its attorney of record, Barry Friedman, to allege and complain as follows:

### I. PARTIES AND JURISDICTION

1.    Plaintiff is a foreign corporation licensed to do business in the State of Alabama with all fees and licenses paid, and otherwise is entitled to bring this action.

2.    Defendant filed a Chapter 7 bankruptcy petition on 11/22/2006.

3.    Jurisdiction is vested in this proceeding pursuant to 28 U.S.C. § 157, 28 U.S.C. § 1334, and 11 U.S.C. § 523; this proceeding is a core matter.

4.    Plaintiff is a creditor in this bankruptcy proceeding.

### II. CAUSE OF ACTION

5.    Plaintiff re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 4, above.

6.    Defendant had a charge account with FIA Card Services, N.A., Account No. XXXXXX9921.

7.    Defendant incurred charges and cash advances on this account totaling $23,367.49, including

      interest, as of 11/22/2006, the date the bankruptcy petition was filed.

8.    Between 08/16/2006 and 08/17/2006, Defendant incurred $4,000.00 in cash advance and/or

      convenience check charges.

9.    Defendant's debt is a "consumer debt", as defined by 11 U.S.C.§ 101(8).

10.   By obtaining and/or accepting an extension of credit from Plaintiff and incurring charges on

      the account, Defendant represented an intention to repay the amounts charged.

11.   Plaintiff reasonably relied on the representations made by Defendant.

12.   Defendant incurred the debts when Defendant had no ability or objective intent to repay them.

13.   Defendant obtained credit extended from Plaintiff by false pretenses, false representations

      and/or actual fraud.

14.   As a result of Defendant's conduct, Plaintiff has suffered damages in the amount of

      $4,000.00.

15.   Pursuant to 11 USC § 523(a)(2), Defendant should not be granted a discharge of this debt to

      the Plaintiff in the amount of $4,000.00.

## III. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court grant the following relief:

1.  A monetary judgment against Defendant in the amount of $4,000.00, plus accrued interest at the contractual rate from and after 11/22/2006, plus additional interest at the contractual rate, which will continue to accrue until the date of judgment herein;

2.  An order determining that such debt is non-dischargeable under 11 USC § 523(a)(2);

3.  An order awarding Plaintiff its attorneys' fees and costs incurred herein; and

4.  An order awarding Plaintiff such additional relief as this Court deems just and equitable.

DATED _____ 2|12 _____, 2007.

_____
Barry Friedman, Bar #
Attorney for Plaintiff

Barry Friedman
Barry Friedman & Associates
257 St. Anthony Street
P.O. Box 2394
Mobile, AL 36652
Phone: 251-439-7400

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## AT MONTGOMERY

In re:

Arthur T Flowers, Jr.,

     Debtor.

Bankruptcy Case No. 06-31560

FIA Card Services, N.A.,

     Plaintiff,

v.

Arthur T Flowers, Jr.,

     Defendant.

ADV. NO.

**CERTIFICATE OF SERVICE**

I certify that I am over the age of 18 and not a party to this action, and that on _Feb 12_,

2007, I sent by first class mail, postage prepaid, a true and correct copy of the Summons in an Adversary

Proceeding (issued) and Complaint Objecting to Dischargeability of Indebtedness to the

parties/attorneys listed below:

Arthur T Flowers, Jr.
3345 Habersham Rd
Montgomery, AL 36109-4317

Gail Donaldson
Bond Botes Shinn & Donaldson Pc
400 South Union Street, Suite 230
Montgomery, AL 36104-4302

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: _2|12_ , 2007

Signature
Printed Name _Barry A Friedman_

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## AT MONTGOMERY

In re:

Arthur T Flowers, Jr.,

     Debtor.

Bankruptcy Case No.  06-31560

FIA Card Services, N.A.,

     Plaintiff,

v.

Arthur T Flowers, Jr.,

     Defendant.

ADV. NO.

**SUMMONS**

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of the Clerk: | One Church Street, Ground Floor<br>Montgomery, AL 36102 |
|---|---|

At the same time you must serve a copy of the motion or answer upon the plaintiff's attorney (or plaintiff if not represented by counsel).

| Name and Address of Plaintiff's Attorney: | Barry Friedman<br>Barry Friedman & Associates<br>257 St. Anthony Street<br>P.O. Box 2394<br>Mobile, AL  36652 |
|---|---|

If you make a motion, your time to answer is governed by Fed. Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                    _____
                    **Clerk of the Bankruptcy Court**

                    **By:** _____

_____
**Date of Issuance**                      **Deputy Clerk**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| In re: | * | Bankruptcy Case No. 06-31560 |
| | * | |
| **ARTHUR T. FLOWERS, JR.** | * | In Chapter 7 |
| | * | |
| Debtor. | * | Adversary No. 07-03009-WRS |
| | * | |
| | * | |
| **FIA CARD SERVICES, N.A.** | * | |
| | * | |
| Plaintiff, | * | |
| **Vs.** | * | |
| | * | |
| **ARTHUR T. FLOWERS, JR.** | * | |
| | * | |
| Defendant. | * | |

**DEFENDANT'S ANSWER TO COMPLAINT TO**
**DETERMINE DISCHARGEABILITY OF DEBT**

**First Defense**

The Debtor admits the allegations of paragraphs 2 and 3. The Debtor admits that this proceeding is a core proceeding. The remaining allegations of this complaint are denied.

**Second Defense**

Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

**Third Defense**

The Plaintiff has failed to establish it is the owner of the alleged account in that it has not provided or proffered any proof of ownership by assignment of the account and lacks standing to bring this suit.

## Fourth Defense

The Complaint and the purported cause of action against the Defendant is barred by the equitable doctrine of unclean hands.

## Fifth Defense

The Plaintiff is estopped by their actions and/or the conduct or actions of its agents and principals (actual or ostensible) from bringing this Complaint or any other cause of action against the Defendant.

## Sixth Defense

Defendant has insufficient information and knowledge upon which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available, and based thereon, Defendant reserves the right to assert any such affirmative defenses in the event discovery indicates they are proper.

**Counterclaim**

1.     The position of the Creditor in this matter is not substantially justified.

2.     The Creditor violated the Truth in Lending Act, 15, U.S.C. §§ 1601-1666j.

**WHEREFORE**, the Debtor prays that this Court enter an Order:

(a)     Dismissing the complaint of Plaintiff FIA Card Services, N. A. and declaring the debt in question dischargeable.

(b)     Awarding the Debtor attorney fees and costs, pursuant to 11 U.S.C. § 523(d).

(c)     Awarding the Debtor compensatory and punitive damages on his counterclaim.

Dated: March 5, 2007

Gail Donaldson
Bradford W. Botes
Bond, Botes, Shinn & Donaldson, P.C.
Attorneys for the Defendant/Debtor
400 South Union Street, Suite 230
Montgomery, Alabama  36104
Phone (334) 264-3363
Fax (334) 264-3340
GDonaldson@bondnbotes.com
BBotes@bondnbotes.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the Defendant's Answer to Complaint to Determine Dischargeability of Debt to parties in interest at the addresses shown below by first class mail, facsimile or electronic notice.

Dated: 06-27-06

Hon. Barry Friedman
Barry Friedman & Associates
257 St. Anthony Street
P.O. Box 2394
Mobile, AL 36652

Mr. Arthur Flowers, Jr.
3345 Habersham Road
Montgomery, AL 36109


Gail Donaldson
Bradford W. Botes
Attorneys for Defendant/Debtor
Bond, Botes, Shinn & Donaldson, P.C.
400 S Union St, Ste 230
Montgomery, AL 36104
Phone (334) 264-3363
Fax (334) 264-3340
GDonaldson@bondnbotes.com
BBotes@bondnbotes.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 06-31560-WRS
                                                         Chapter 7

ARTHUR T. FLOWERS,

     Debtor.


FIA CARD SERVICES NA,

     Plaintiff,


v.                                                       Adv. Proc. No. 07-3009-WRS


ARTHUR T. FLOWERS JR.,

     Defendant.

## ORDER SETTING SCHEDULING CONFERENCE

Fed. R. Bankr. Proc. 7026 applies in this adversary proceeding.

Pursuant to Rule 7016(b), a SCHEDULING conference with the attorneys for the parties and any unrepresented parties will be held at the United States Bankruptcy Court, One Church Street, Courtroom 4-D, Montgomery, Alabama, on **April 10, 2007**, **at 10:00 a.m.**

The parties are ORDERED to meet no later than 7 days before the scheduling conference and take the actions prescribed by Rule 7026(f).

The parties need not file with the court the initial disclosures required by Rule 7026(a) or the discovery plan proposed by the parties. *See* Rule 7026(f).

ORDERED this 7th day of March, 2007.

/s/ William R. Sawyer
United States Bankruptcy Judge


c: Barry A. Friedman, Plaintiff
   Gail Donaldson, Attorney for Defendant

Orders.7

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:
ARTHUR T FLOWERS JR                                      CASE NUMBER: 06-31560
          Debtor

FIA CARD SERVICES, N.A.
          Plaintiff
vs                                                       ADV NUMBER: 07-03009
ARTHUR T FLOWERS, JR
          Defendants

## ANSWER TO COUNTERCLAIM

        Comes now the Plaintiff, FIA CARD SERVICES, N.A., by and through its attorney, Barry
A Friedman and file its answer to the Defendant's Counterclaim and would show unto the Court
as follows:

    1.    Plaintiff denies the allegations in Defendant's Counterclaim and demands strict
          proof thereof.

    2.    Plaintiff denies the allegations in Defendant's Counterclaim and demands strict
          proof thereof.

                              \s\ BARRY A FRIEDMAN
                              BARRY A FRIEDMAN
                              Attorney for Plaintiff
                              257 St Anthony Street
                              Post Office Box 2394
                              Mobile, Alabama   36603
                              Telephone: 251-439-7400

                              CERTIFICATE OF SERVICE

        I, the undersigned authority, hereby certify that I have on this 10th day of April, 2007,
served a copy of the foregoing on Gail Donaldson, 400 S Union Street, Suite 230, Montgomery,
Alabama 36104, by depositing same in the United States mail, properly addressed and postage
prepaid and/or electronically

                                /S/ BARRY A FRIEDMAN
                              BARRY A FRIEDMAN

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                           Case No. 06-31560-WRS
                                                Chapter 7
ARTHUR T. FLOWERS JR.,

             Debtor.


FIA CARD SERVICES N.A.

             Plaintiff,
                                                Adv. Pro. No. 07-3009-WRS

    v.


ARTHUR T. FLOWERS JR., et al.,

             Defendants.

## ORDER SETTING TRIAL DATE
## SCHEDULING ORDER

        As announced from the bench at the scheduling conference held April 10, 2007, the
following is the schedule of events in this adversary proceeding:

        Discovery shall be completed no later than **June 11, 2007.**

        Dispositive motions shall be filed no later than **July 12, 2007.**

        Counsel for the parties shall exchange and file with the court by **August 13, 2007,**
the pretrial disclosures required by Fed. R. Bankr. Proc. 7026(a)(3).  Exhibits, depositions, and
the testimony of witnesses not so disclosed shall not be admitted into evidence at the trial except
for good cause shown.

        Counsel for the parties shall exchange and file with the court by **August 31, 2007,** a
list disclosing any objections to the use of depositions or admissibility of exhibits identified or
designated under Fed. R. Bankr. Proc. 7026(a)(3).  Objections not so disclosed, other than
objections under Rules 402 and 403 of the Federal Rules of Evidence, shall be deemed waived
unless excused by the court for good cause shown.

        Counsel for the parties shall file a joint pretrial statement by **August 31, 2007,**
containing the following:

Orders.10

1.  A comprehensive written stipulation of all uncontested facts, including underlying facts, in such form that it can be incorporated in the final order as part of the findings of fact.

2.  A statement of the contentions of each party with respect to contested facts and law.

Prior to trial, all exhibits to be offered at trial shall be marked for identification. Copies shall be made available to the court at the trial.

A telephonic pretrial conference will be held on **September 11, 2007, at 1:30 p.m.** The order of trial will be established at the pretrial conference.

*Each party desiring to be heard MUST CALL conferencing services at least five minutes prior to the commencement of court. You will be asked to provide the name of the chairperson and the name of the caller. The number is 1/800-347-3350. The chairperson is William Livingston.*

The trial is "deep set" with several other adversaries beginning **Monday, September 24, 2006.**

Done this 10th day of April, 2007.

/s/ Dwight H. Williams Jr.,
United States Bankruptcy Judge

c:  Barry A. Friedman, Attorney for Plaintiff
    Gail Donaldson, Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

In the Matter of:

| | |
|---|---|
| ) | **Case No. 06-31560** |
| ) | |
| **ARTHUR T. FLOWERS, JR.** ) | |
| ) | |
| ) | |
| **Debtor** ) | **Chapter 13** |
| ) | |
| **FIA CARD SERVICES,   N. A.** ) | **AP No. 07-03009** |
| ) | |
| ) | |
| **Plaintiff** ) | |
| **v.** ) | |
| ) | |
| **ARTHUR T. FLOWERS, JR.,** ) | |
| ) | |
| **Defendant** ) | |

## MOTION FOR SUMMARY JUDGMENT

**NOW COMES** the Defendant, Arthur T. Flowers, Jr., by and through counsel, and moves this Honorable Court to enter, pursuant to Rule 56 of the Rules of Civil Procedure as incorporated in Rule 7056 of the Federal Rules of Bankruptcy Procedure, a summary judgment in the Defendant's favor and against the Plaintiff, FIA Card Services, N.A., alleging and stating as follows:

1. The Plaintiff filed a Complaint alleging that the Defendant obtained credit from the Plaintiff in the amount of $4000.00 by false pretenses, false representations and/or actual fraud and that Defendant should not be granted a discharge with respect to such debt pursuant to the provisions of 11 U.S.C. §523(a)(2).

2. The Plaintiff has failed to produce any evidence whatsoever to support its assertions. There is no genuine issue as to any material facts. The Defendant is entitled to a judgment as a matter of law. This Motion for Summary Judgment against the Plaintiff is further based upon the following:
a. The pleadings in this case.

b. The affidavit of the Defendant in support of this Motion for Summary Judgment. See Exhibit A.

c. The Defendant's First Set of Interrogatories and Requests for Admission and the Plaintiff's responses thereto. See Exhibit B.

d. The fact that Plaintiff did not attend the Section 341(a) Meeting of Creditors in Debtor/Defendant's bankruptcy, and did not conduct a Rule 2004 deposition of Debtor/Defendant at any time prior to filing this Adversary Proceeding Complaint. See Plaintiff's Response to Defendant's Request for Admission (12).

e. The fact that Plaintiff did not attend the Scheduling Conference held before this Court on April 10, 2007.

f. Inexplicably, the discovery requests propounded by the Plaintiff to the Defendant on or about March 12, 2007 listed the Plaintiff by a different name than that used in the Complaint filed by Plaintiff (Complaint names Plaintiff as FIA Card Services, N.A. – Discovery Requests name Plaintiff as MBNA America, N.A.). See Exhibits C and D.

3. Plaintiff clearly did not and does not have any evidence of Debtor/Defendant's alleged intent to defraud pursuant to 11 USC § 523(a)(2)(A) as alleged in this Adversary Proceeding.

4. Summary judgment is proper where there are no genuine issues of material fact in dispute and the moving party is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c). The judge is not to "weigh the evidence and determine the truth of the matter but to determine whether there is a genuine issue for trial." Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 249 (1986). A genuine issue for trial exists only when there is sufficient "evidence on which the jury could reasonably find for the plaintiff." Id. at 252.

**WHEREFORE**, the Defendant respectfully requests that this Honorable Court grant a Summary Judgment in favor of the Defendant and against the Plaintiff. The Defendant further prays that this Court will enter an Order:

(a)    Declaring the debt in question dischargeable.

(b)    Awarding the Debtor attorney fees and costs, pursuant to 11 U.S.C. §523(d).

(c)    That the Plaintiffs shall have such other and further relief as the Court may deem just and proper.

Respectfully submitted,

/s/ Gail Donaldson
Gail Donaldson
Bradford W. Botes
Bond, Botes, Shinn & Donaldson, P.C.
Attorneys for the Defendant/Debtor
Arthur T. Flowers, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 2nd day of May, 2007, served a copy of the foregoing Motion for Summary Judgment on Barry Friedman, Barry Friedman & Associates, 257 St. Anthony Street, P.O. Box 2394, Mobile, AL 36652, Attorney for FIA Card Services, N.A. by United States mail and, by mailing the same by United States mail properly addressed and First Class Postage prepaid.

/s/ Gail Donaldson
Gail Donaldson
Attorney for Plaintiff
400 South Union Street
Suite 230
Montgomery, AL  36104
Phone (334) 264-3363
fax (334) 264-3340
GDonaldson@bondnbotes.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

In the Matter of:

| | |
|---|---|
| | )     **Case No. 06-31560** |
| | ) |
| **ARTHUR T. FLOWERS, JR.** | ) |
| | ) |
| | ) |
| | ) |
| **Debtor** | )     **Chapter 13** |
| | ) |
| **FIA CARD SERVICES,  N. A.** | )     **AP No. 07-03009** |
| | ) |
| | ) |
| **Plaintiff** | ) |
|     **v.** | ) |
| | ) |
| **ARTHUR T. FLOWERS, JR.,** | ) |
| | ) |
| **Defendant** | ) |

**AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Before me the undersigned Notary Public, appeared Arthur T. Flowers, Jr. and states as follows:

My name is Arthur T. Flowers, Jr. and I am the Defendant in this Adversary Proceeding. I am submitting this affidavit in support of the Motion for Summary Judgment.

I am disabled and face serious medical conditions. I am currently awaiting a heart transplant. On June 7, 2006, I suffered a cardiact arrest and died for a few minutes but was revived by doctors. I suffer short term memory loss as a result of my health condition.

I first consulted the law firm of Bond, Botes, Shinn & Donaldson, P.C. on October 27, 2006 in order to explore my legal rights with respect to the financial problems I was experiencing. Prior to that time, I remained optimistic that I would be able to work my way out debt. I had always paid my bills and had every intention to repay my debt. I did not think that I would need to seek bankruptcy relief. At no time did I intend to obtain credit from the Plaintiff by false pretenses, false representations and/or actual fraud.

*Exhibit*
*A*

Arthur T. Flowers, Jr.

Sworn to and subscribed before me, the undersigned Notary Public, on this the 2nd day of May, 2007.

Notary Public

My Commission expires 11-1-09

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

**IN THE MATTER OF:**

**ARTHUR T. FLOWERS, JR.**                         **CHAPTER 13 NO. 06-31560**
**3345 HABERSHAM ROAD**
**MONTGOMERY, AL  36109**

**SSN:**        **--- -- 7586**
                                                  **DEBTOR(S)**
_____

**FIA CARD SERVICES, N.A.**                    **Adv. Proc. No. 07-03009**

                                      **Plaintiff,**

              **versus**

**ARTHUR T. FLOWERS, JR.**

                              **Defendant.**
_____
                              **Defendant.**

**DEFENDANT'S RESPONSES TO
FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**

  **NOW COMES** the Defendant, by and through his attorney of record, and hereby responds to the First Set of Interrogatories and Requests for Production, in accordance with Rule 7033 of the Federal Rules of Bankruptcy Procedure and Rule 33 of the Federal Rules of Civil Procedure.

**GENERAL OBJECTIONS**

  1.    The Defendant objects to each interrogatory and/or each document request insofar as it or any portion of any interrogatory or request seeks to impose on the Defendant obligations other than those required by the Federal Rules of Civil Procedure or the local bankruptcy rules of the United States Bankruptcy Court for the Middle District of Alabama.

  2.    The Defendant further objects to each interrogatory and/or request to the extent that it seeks or implicates information protected by the attorney-client privilege, work product doctrine or any other privilege or protection from discovery.

  3.    Further, the Defendant objects to each interrogatory and/or request to the extent that the discovery is obtainable from some other source that is more convenient, less burdensome, less expensive or to the extent that responding would be oppressive, unduly burdensome or expensive.

  4.    The Defendant further objects to each interrogatory and/or request to the extent that it seeks documents that are publicly available or matters of public record or information that is not in the Defendant's possession, custody or control.

5.    The Defendant objects to the definitions or instructions to the extent that they seek to define the terms in a manner that is inconsistent with the Federal Rules of Civil Procedure or are overly broad, erroneous or misleading.

6.    The Defendant objects to the extent that the discovery requested is in the custody and control of the Plaintiff or obtainable by the Plaintiff in the same manner that the Defendant would obtain responsive information.

## INTERROGATORIES

1.

**ANSWER:    54 years of age; completed one year of college; currently disabled, not employed since May, 2002**

2.

**ANSWER:    Claud Fleahop Road, Tallassee, AL 36078**

3.

**ANSWER:    Chase (2 accounts); Discover; Lowe's; MBNA/Bank of America; Sears**

4.

**ANSWER:    Any cards used are listed in bankruptcy petition.  I do not know any exact dates, amounts or whether they were charges or cash advances for any specific cards.**

5.

| ANSWER: | | | |
|---------|----------|---------------------|----------|
| | 12-01-06 | MBNA | $350.00 |
| | 01-02-06 | MBNA | $475.00 |
| | 01-10-06 | Sears | $100.00 |
| | 01-13-06 | Chase Card Services | $300.00 |
| | 01-18-06 | Discover | $200.00 |
| | 02-01-06 | Lowes | $75.00 |
| | 02-06-06 | MBNA | $520.00 |
| | 02-08-06 | Sears | $100.00 |
| | 02-15-06 | Chase Card Services | $300.00 |
| | 02-21-06 | Discover | $200.00 |
| | 02-28-06 | Lowes | $100.00 |
| | 03-02-06 | Chase Card Services | $310.00 |
| | 03-03-06 | MBNA | $475.00 |
| | 03-13-06 | Sears | $100.00 |
| | 03-17-06 | Chase Card Services | $300.00 |
| | 03-20-06 | Discover | $200.00 |
| | 04-01-06 | Chase Card Services | $300.00 |
| | 04-04-06 | MBNA | $450.00 |
| | 04-03-06 | Lowes | $100.00 |
| | 04-11-06 | Sears | $100.00 |
| | 04-12-06 | Discover | $200.00 |
| | 04-12-06 | Chase Card Services | $300.00 |
| | 05-01-06 | Lowes | $100.00 |
| | 05-02-06 | MBNA | $485.00 |
| | 05-02-06 | Chase Card Services | $360.00 |
| | 05-15-06 | Sears | $130.00 |
| | 05-15-06 | Chase Card Services | $300.00 |

| | | |
|---|---|---|
| **05-22-06** | **Discover** | **$200.00** |
| **05-27-06** | **Chase Card Services** | **$360.00** |
| **05-31-06** | **Lowes** | **$50.00** |
| **06-05-06** | **MBNA** | **$505.00** |
| **06-07-06** | **Sears** | **$130.00** |
| **06-18-06** | **Discover** | **$200.00** |
| **06-17-06** | **Chase Card Services** | **$350.00** |
| **06-29-06** | **Chase Card Services** | **$325.00** |
| **07-03-06** | **Lowes** | **$100.00** |
| **07-05-06** | **MBNA** | **$510.00** |
| **07-11-06** | **Sears** | **$100.00** |
| **07-14-06** | **Chase Card Services** | **$380.00** |
| **07-21-06** | **Discover** | **$250.00** |
| **08-01-06** | **Lowes** | **$100.00** |
| **08-02-06** | **MBNA** | **$530.00** |
| **08-14-06** | **Sears** | **$125.00** |
| **08-21-06** | **Discover** | **$200.00** |
| **08-21-06** | **Chase** | **$350.00** |
| **08-29-06** | **Lowes** | **$100.00** |

**May have others but unable to locate records; will supplement when/if records found. Source of payments was household income.**

6.

**ANSWER:     No**

7.

**ANSWER:     None to date.**

8.

**ANSWER:     None to date.**

9.

**ANSWER:     The first time I consulted with an attorney was October 27, 2006.  The attorney was Gail Donaldson.**

10.

**ANSWER:     My wife and I married in 1998 and moved to Eclectic, AL.  I was earning approximately $40,000 per year with Wilson Oil and my wife earned approximately $50,000 per year with HK Systems.  We supported a family of four.  My step-daughter had a baby in January, 2000 and another in June, 2003 which we also supported. Both my wife and I commuted approximately 90 miles per day to work.  In January, 2001, my wife lost her job after 23 years and was not able to find a job until July, 2001.  Her new job paid one half of her previous salary.  My income decreased to straight salary of approximately $350.00 gross per week due to increase gasoline prices.  My commission income ended with the gasoline prices increasing.  My wages decreased 50%.  In May, 2002, the store I managed was sold and I lost my job.  In September, 2002 my mother fell and injured her hip and was forced to move in with us.  She soon began to exhibit Alzheimer's disease and required full time supervision. She lived with us until she passed away in June, 2003.  My health continued to get worse and in addition to my heart surgery, I developed diabetes and thyroiditis.  We placed our house on the market in January or February, 2003.  We initially tried to**

sell it ourselves to get as much as possible but we were unable to sell it.  We were forced to list it with a realtor in April or May, 2003.  Our profit was only $2500 which only covered our moving expenses and fence replacement at the new house.  I applied for SS disability and was approved in April, 2004.

In June, 2006, I suffered a full cardiac arrest with some brain damage.  I had to have a defibrillator placed in my heart and must be followed closely by a physician.  In September, 2006, I suffered another cardiac arrest and fell and busted my head open and required stitches.  I am currently being evaluated for a heart transplant.

11.

ANSWER:    NONE

12.

ANSWER:    NONE

13.

ANSWER:    My wife.  Bank records to complete number 5.

### RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

1.

ANSWER:    No witnesses to be called to date.

2.

ANSWER:    None known.

3.

ANSWER:    The ones I do have are attached.

4.

ANSWER:    January, 2006 through October 10, 2006 are attached.

5.

ANSWER:    2005 and 2004 Tax returns are attached

Dated this the 11TH day of April, 2007.

Gail Donaldson
Bradford W. Botes
Bond, Botes, Shinn & Donaldson, P.C.
Attorneys for the Defendant
400 South Union Street, Suite 230
Montgomery, Alabama  36104
Phone (334) 264-3363
FAX (334) 264-3340
e-mail: Gdonaldson@bondnbotes.com

## CERTIFICATE OF SERVICE

**Gail Donaldson,** Attorney for the Defendant, hereby certifies to the Court as follows:
1.      I am not a party for the foregoing proceeding;
2.      I am not less than 18 years of age;
3.      I have this day served a copy of the foregoing **DEFENDANTS'S RESPONSES TO FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** on all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, (or by certified mail, return receipt, postage prepaid, as indicated below), addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession as follows:

Debtor

**And Via the Court's Electronic Case Filing System to:**

Barry Friedman
Barry Friedman & Associates
257 St Anthony St
P.O. Box 2394
Mobile, AL 36652

4.      To the best of my knowledge, information and belief, the parties in interest are not infants or incompetent persons;
5.      Service as outlined herein was made within the United States of America.

Dated this the 11th day of April, 2007.

Gail Donaldson
Bradford W. Botes
Bond, Botes, Shinn & Donaldson, P.C.
Attorneys for the Defendant
400 South Union Street, Suite 230
Montgomery, Alabama  36104
(334) 264-3363
FAX (334) 264-3340
e-mail: Gdonaldson@bondnbotes.com

## Sears Card®

Call us at 1-800-917-7700
Go to www.searscard.com
Write to us at PO Box 6924 The Lakes, NV 86901-6924

**MR TAL FLOWERS JR**
Account Number                    0119
Page 1 of 2

**Payment Due Date**
12/07/06

### Your Account Summary

| | |
|---|---|
| Billing Cycle Closing Date | **11/09/06** |
| Amount Over Credit Line | $0.00 |
| Amount Past Due | $505.10 |
| Total Minimum Due | $689.60 |
| | |
| Previous Balance | $4,273.55 |
| Payments & Credits | $0.00 |
| Purchases & Debits | $0.00 |
| Other Charges | $35.00 |
| Total **FINANCE CHARGES** | $104.50 |
| Account Balance | $4,413.05 |

*Most Current bills*

### Your Credit Summary

| | |
|---|---|
| Total Credit Line | $4,630.00 |
| Total Credit Available | $216.00 |

| Activity | Sale Date | Post Date | Description | Amount |
|---|---|---|---|---|
| | 11/08/06 | 11/08/06 | LATE PAYMENT FEE | 35.00 |

YOUR ACCOUNT IS SERIOUSLY PAST DUE. AMOUNT PAST
DUE IS SHOWN ABOVE. ARRANGEMENTS FOR FUTURE
PAYMENTS SHOULD BE MADE IMMEDIATELY.

DUE TO YOUR CREDIT PERFORMANCE, WE HAVE
DECREASED YOUR CREDIT LINE. CREDIT LINES ARE
REVIEWED REGULARLY. YOUR PROMPT AND REGULAR
PAYMENTS OF THE *MINIMUM AMOUNT DUE* WILL
IMPROVE YOUR CREDIT STANDING.

---

## Sears Card®
Account Number                    0119

| Account Balance | Payment Due Date | Total Minimum Due | Amount Enclosed |
|---|---|---|---|
| $4,413.05 | 12/07/06 | $689.60 | $ |

0279986   D 07 B         06313 1 TRS006 FXG 001 7 N

MR TAL FLOWERS JR
3345 HABERSHAM RD
MONTGOMERY AL 36109-4317

Make check payable to
SEARS CREDIT CARDS
PO BOX 183081
COLUMBUS, OH 43218-3081

Please make address changes on reverse side.

200  5049948065100119  0441305  0068960  0000000  0710

*3*



# CHASE

| | | Statement Date: | 06/11/10 | **CUSTOMER SERVICE** | |
|---|---|---|---|---|---|
| | | Payment Due Date: | 7/20/ | In U.S. | 1-800-945-2000 |
| | | Minimum Payment Due: | $1,70 | Español | 1-888-446-3308 |
| | | | | TDD | 1-800-955-8060 |
| | | | | Pay by phone 1-800-436-7958 | |
| | | | | Outside U.S. call collect | |
| | | | | | 1-302-594-8200 |

## MASTERCARD ACCOUNT SUMMARY Account Number ████████ 0318

| | | | | |
|---|---|---|---|---|
| Previous Balance | $12,451.95 | Total Credit Line | $12,900 | |
| Purchases, Cash, Debits | +$39.00 | Available Credit | $87 | |
| Finance Charges | +$321.33 | Cash Access Line | $12,900 | |
| New Balance | $12,812.28 | Available for Cash | $0 | |

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL 60094-4014

**VISIT US AT:**
www.chase.com/creditcards

A late fee is reflected on this billing statement. Your minimum payment reflects 1% of your statement balance, plus any past-due amount, billed interest, and the billed late fee.

You haven't made the required payments and your credit card account is 90 days past due. As a result, your credit bureau may be updated with a negative rating. Please send your payment immediately or call us at 1-800-955-8030 (collect 1-302-594-8200) today.

## FLEXIBLE REWARDS SUMMARY

| | |
|---|---|
| Previous points balance | 0 |
| Points earned on purchases this period | 0 |
| Member-Get-Member bonus points | 0 |
| Member-Get-Member bonus points | 0 |
| New total points balance | 0 |

To redeem your Flexible Rewards points, call 1-800-603-2265, or log on to www.ChooseMyRewards.com for 24-hour access to your rewards program.

## TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Debit |
|---|---|---|---|---|
| 11/05 | | LATE FEE | | $39.00 |

## FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | **FINANCE CHARGES** |
|---|---|---|---|---|---|---|---|
| Purchases | V .08217% | 29.99% | $3,048.96 | $77.67 | $0.00 | $0.00 | $77.67 |
| Cash advances | V .08217% | 29.99% | $9,565.27 | $243.66 | $0.00 | $0.00 | $243.66 |
| Total finance charges | | | | | | | $321.33 |

**Effective Annual Percentage Rate (APR):**    **29.99%**

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

## IMPORTANT NEWS

Whether you are traveling for the holidays or preparing the feast, be sure to use your Flexible Rewards card. Earn 1 point for every $1 in eligible purchases. Reward yourself with merchandise, gift cards, travel, or a cash-back check. Go to www.ChooseMyRewards.com to redeem your points.

# National Society of Professional Engineers




**Bank of America**

**mbna**

Prepared for:   ARTHUR T FLOWERS

▮▮▮▮▮921

**October 2006 Statement**
Credit Line:                $34,200.00
Cash or Credit Available:

## Customer Service

For Information on Your Account Visit:
www.mbnanetaccess.com
Mail Payments to:
MBNA AMERICA
P.O. BOX 15726
WILMINGTON, DE 19886-5726
Mail Billing Inquiries to:
MBNA AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-789-6701
TDD hearing-impaired 1-800-346-3178

## Account Information

### Summary of Transactions

| | | |
|---|---|---|
| Previous Balance | | $21,943.46 |
| Payments and Credits | - | $0.00 |
| Cash Advances | + | $0.00 |
| Purchases and Adjustments | + | $48.99 |
| Periodic Rate **Finance Charges** | + | $409.10 |
| Transaction Fee **Finance Charges** | + | $0.00 |
| **New Balance Total** | | **$22,401.55** |

### Billing Cycle and Payment Information

| | |
|---|---|
| Days in Billing Cycle | 29 |
| Closing Date | 10/07/06 |
| Payment Due Date | 11/02/06 |
| Current Payment Due | $667.00 |
| Past Due Amount       + | $1,155.00 |
| **Total Minimum Payment Due** | **$1,822.00** |

## Transactions

### Purchases and Adjustments

| | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| PRIVACY ASST 800516956 800-5169561 DE 719091513092913 | 09/16 | 09/15 | 2246 | 9921 | C | 9.99 |
| LATE FEE FOR PAYMENT DUE 10/02 | 10/02 | 10/02 | 1953 | | C | 39.00 |

## Finance Charge Schedule

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| **Cash Advances** | | | |
| A. Balance Transfers, Checks | 0.063671% DLY * | 23.24% | $4,329.96 |
| B. ATM, Bank | 0.063671% DLY * | 23.24% | $0.00 |
| C. Purchases | 0.063671% DLY * | 23.24% | $10,287.11 |
| D. Other | 0.063671% DLY * | 23.24% | $7,539.17 |

**Annual Percentage Rate for this Billing Period:** **23.24%**
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges.)
* Periodic Rate May Vary

## Important Information About Your Account

YOU ARE A VALUED CUSTOMER.  WE WANT TO MAKE SURE THAT YOU ARE AWARE THAT WE HAVE NOT RECEIVED YOUR PAYMENT.  PLEASE SEND THE AMOUNT DUE TODAY.
IF IT HAS BEEN MAILED, THANK YOU.

YOUR STATEMENT AND ENVELOPE HAVE A NEW LOOK AND FEEL.
THIS NEW EASY-TO-READ FORMAT WILL HELP YOU REVIEW YOUR STATEMENT FASTER.
TO LEARN MORE ABOUT HOW TO FIND IMPORTANT INFORMATION ON YOUR IMPROVED STATEMENT, SEE THE ENCLOSED INSERT.

DON'T LET UNEXPECTED EVENTS AFFECT YOUR HARD EARNED CREDIT.
TO PROTECT YOUR ACCOUNT, CALL 1-800-280-2528 TODAY.



08    02240155001822000005300000042642901060099 21

MBNA AMERICA
P.O. BOX 15726
WILMINGTON, DE 19886-5726

1 0001804 00557 0700000001 USE111    00010-10
ARTHUR T FLOWERS
3345 HABERSHAM RD
MONTGOMERY AL   36109-4317-457

☐ Check here for a change of mailing address or phone number(s). Please provide all corrections on the reverse side.

## Payment Information

ACCOUNT NUMBER: ▮▮▮▮▮9921
NEW BALANCE TOTAL: $22,401.55
PAYMENT DUE DATE: 11/02/06

**TOTAL MINIMUM PAYMENT DUE**
**$1,822.00**

Enter Payment Amount Enclosed:
$

Mail this payment coupon along with a
check or money order payable to: MBNA AMERICA

⑆524022250⑆  0888010600992 1⑈



Payment Due Date:      11/04/0
Minimum Payment Due:     $1,214.0

| | |
|---|---|
| U.S. | 1-80 -2000 |
| Español | 1-888-446-3308 |
| TDD | 1-800-955-8060 |

Pay by phone 1-800-436-7958
Outside U.S. call collect
           1-302-594-8200

## MASTERCARD ACCOUNT SUMMARY  Account Number ▓▓▓318

| | | | |
|---|---|---|---|
| Previous Balance | $12,110.66 | Total Credit Line | $16,000 |
| Purchases, Cash, Debits | +$39.00 | Available Credit | $3,548 |
| Finance Charges | +$302.29 | Cash Access Line | $16,000 |
| New Balance | $12,451.95 | Available for Cash | $0 |

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL  60094-4014

**VISIT US AT:**
www.chase.com/creditcards

A late fee is reflected on this billing statement.  Your minimum payment reflects 1% of your statement balance, plus any past-due amount, billed interest, and the billed late fee.

The charge privileges on your credit card account have been revoked. You no longer have the ability to use your credit card account for purchases.  We can help you get back on track. Call 1-800-955-8030 (collect 1-302-594-8200) today.

The new APR and promotional rate expiration reflected on this statement is a result of a late payment on your account.  For your convenience, you can always pay online by accessing our website displayed on this statement.

## FLEXIBLE REWARDS SUMMARY

| | |
|---|---|
| Previous points balance | 7,126 |
| Points earned on purchases this period | 0 |
| Member-Get-Member bonus points | 0 |
| Member-Get-Member bonus points | 0 |
| New total points balance | 0 |

To redeem your Flexible Rewards points, call 1-800-603-2265, or log on to www.ChooseMyRewards.com for 24-hour access to your rewards program.

## TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Amount Debit |
|---|---|---|---|---|
| 10/06 | | LATE FEE | | $39.00 |

## FINANCE CHARGES

| Category | Daily Periodic Rate 30 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .08217% | 29.99% | $2,933.98 | $72.33 | $0.00 | $0.00 | $72.33 |
| Cash advances | V .08217% | 29.99% | $9,328.60 | $229.96 | $0.00 | $0.00 | $229.96 |
| Total finance charges | | | | | | | $302.29 |

**Effective Annual Percentage Rate (APR):**     **29.99%**

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

# Discover Platinum Card Account Summary

Cardmember since 1986

| | | Closing Date: October 20, 2006 | page 1 of 2 |
|---|---|---|---|
| Account Number | 271 | Previous Balance | $7,278.00 |
| Payment Due Date | November 19, 2006 | Payments And Credits − | 0.00 |
| Minimum Payment Due | $421.00 | Purchases + | 39.00 |
| Credit Limit | $11,000.00 | Cash Advances + | 0.00 |
| Credit Available | $3,560.00 | Balance Transfers + | 0.00 |
| Cash Credit Limit | $5,500.00 | **Finance Charges** + | 122.01 |
| Cash Credit Available | $3,560.00 | New Balance = | $7,439.01 |

You may be able to avoid Periodic Finance Charges, see the reverse side for details.

# Cashback Bonus®

| | | |
|---|---|---|
| Opening Cashback Bonus Balance | $ | 25.73 |
| New Cashback Bonus Earned + | | 0.00 |
| **Cashback Bonus Balance** | $ | 25.73 |
| Available to Redeem | $ | 0.00 |

Cashback Bonus® Since Anniversary Date
of October 20:     $17.45

# How Can We Help You?

Please have your Discover Card available.

Manage your account online at Discovercard.com

Customer Service: 1-800-DISCOVER (1-800-347-2683)

For Account Inquiries, write to us at:
Discover Platinum Card, PO Box 30943
Salt Lake City, UT 84130

TDD (Telecommunications Device for the Deaf):
For assistance, see reverse side.

# Transactions     $0 Fraud Liability Guarantee  Use your Discover Card with confidence.

| | Trans. Date | Post Date | | | |
|---|---|---|---|---|---|
| Other/Miscellaneous | Oct 20 | Oct 20 | LATE FEE | $ | 39.00 |

# Information For You

The address provided in your Cardmember Agreement to request a beneficiary designation form for your Scheduled Air Travel Accident Insurance has changed. The new address is AIG Accident & Health Division, 300 South Riverside Plaza, Suite 2100, Chicago, Illinois 60606-6613.

**While we are permitted under the Cardmember Agreement** to increase the APRs on your Account because your payment was late, we have chosen not to do so at this time. We have terminated, however, any introductory or promotional rate on purchases and any special balance transfer rate, and applied the standard APR for purchases to your outstanding balance of purchases and balance transfers. However, we reserve the right to increase the APRs on your Account if you fail to pay the minimum payment due by the payment due date. See the Default Rate Plan section of the Cardmember Agreement for details.

****** ATTENTION ****** ATTENTION ****** ATTENTION ****** ATTENTION ****** ATTENTION ********** We previously requested the past due amount on your account. We have no record of receiving payment. The amount due should be paid at once.

It pays to
**DISC VER**



| Statement Date: | 11/10 |
| Payment Due Date: | 11/20/0 |
| Minimum Payment Due: | $1,396. |

CUSTOMER SERVICE
n U.S.                          1-800-945-2000
Español                        1-888-446-3308
TDD                             1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
                                    1-302-594-8200

## VISA ACCOUNT SUMMARY          Account Number          7180

| | | | | |
|---|---|---|---|---|
| Previous Balance | $15,149.91 | Total Credit Line | $17,300 | |
| Purchases, Cash, Debits | +$39.00 | Available Credit | $1,735 | |
| Finance Charges | +$375.97 | Cash Access Line | $17,300 | |
| New Balance | $15,564.88 | Available for Cash | $0 | |

ACCOUNT INQUIRIES
P.O. Box 15298
Wilmington, DE 19850-5298

PAYMENT ADDRESS
P.O. Box 94014
Palatine, IL  60094-4014

VISIT US AT:
www.chase.com/creditcards

A late fee is reflected on this billing statement.  Your minimum payment reflects 1% of your statement balance, plus any past-due amount, billed interest, and the billed late fee.

The charge privileges on your credit card account have been revoked. You no longer have the ability to use your credit card account for purchases.  We can help you get back on track. Call 1-800-955-8030 (collect 1-302-594-8200) today.

The new APR and promotional rate expiration reflected on this statement is a result of a late payment on your account.  For your convenience, you can always pay online by accessing our website displayed on this statement.

## TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Debit |
|---|---|---|---|---|
| 10/22 | | LATE FEE | | $39.00 |

## FINANCE CHARGES

| Category | Daily Periodic Rate 30 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .08217% | 29.99% | $14,000.83 | $345.14 | $0.00 | $0.00 | $345.14 |
| Cash advances | V .08217% | 29.99% | $1,125.94 | $27.76 | $0.00 | $0.00 | $27.76 |
| Convenience check | V .08217% | 29.99% | $124.53 | $3.07 | $0.00 | $0.00 | $3.07 |
| Total finance charges | | | | | | | $375.97 |

**Effective Annual Percentage Rate (APR):**          **29.99%**

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

## IMPORTANT NEWS

Did you know you can use your credit card to access cash whenever and wherever you need it?  All you need is your PIN (Personal Identification Number) and an ATM.
Just call 1-800-297-4970
to create your PIN today.

X 0000001   FIS33335 D 9          000  N  Z  26   06·10·26          Page 1 of 1          05686   MA MA 21430          2991000009045214300 1



## Sears Card

Call us at 1-800-917-7700
Go to: www.searscard.com
Write to us at PO Box 6924 The Lakes, NV 88901-6924

**MR TAL FLOWERS JR**
Account Number ████████ 0119
Page 1 of 2

**Payment Due Date**

11/08/06

### Your Account Summary

| | |
|---|---|
| Billing Cycle Closing Date | 10/11/06 |
| Amount Over Credit Line | $0.00 |
| Amount Past Due | $325.92 |
| Total Minimum Due | $505.10 |
| | |
| Previous Balance | $4,137.37 |
| Payments & Credits | $0.00 |
| Activity | $0.00 |
| Other Charges | $35.00 |
| Total **FINANCE CHARGES** | $101.18 |
| Account Balance | $4,273.55 |

**Manage your account online—it's FREE**
Pay your bill - track purchases - set email alerts -
even request a credit line increase - do it all online at
SearsCard.com. It's a great way to stay on top of your
account.



Register today at SearsCard.com.
It's free, and you won't believe how
much time you can save. See for
yourself at SearsCard.com.

### Your Credit Summary

| | |
|---|---|
| Total Credit Line | $9,900.00 |
| Total Credit Available | $5,626.00 |

### Activity

| Sale Date | Post Date | Description | Amount |
|---|---|---|---|
| 10/10/06 | 10/10/06 | LATE PAYMENT FEE | 35.00 |

YOUR ACCOUNT IS SERIOUSLY PAST DUE. AMOUNT PAST
DUE IS SHOWN ABOVE. ARRANGEMENTS FOR FUTURE
PAYMENTS SHOULD BE MADE IMMEDIATELY.

THE APR ON YOUR ACCOUNT HAS BEEN INCREASED FOR ONE OF THE
FOLLOWING REASONS: YOU FAILED TO MAKE PAYMENT TO US ON THIS
OR ANY OTHER ACCOUNT THAT YOU HAVE WITH US WHEN DUE, YOU
EXCEEDED YOUR CREDIT LINE ON THIS OR ANY OTHER ACCOUNT YOU
HAVE WITH US, OR YOU MADE A PAYMENT TO US ON THIS OR ANY
OTHER ACCOUNT YOU HAVE WITH US THAT WAS NOT HONORED BY YOUR
BANK.

**Lowe's Account Statement**
Account Number _____ 7    Billing Date: 10/03/06    Account Holder: T. LOWERS JR
Payment Due Date ___ 29/06

## BALANCE SUMMARY

| Plan Type | Previous Balance | − Payments & Credits | +/− FINANCE CHARGE (net) | + Purchases | +/− Debt Cancellation, Insurance & Adjustments | = New Balance | Minimum Payment |
|---|---|---|---|---|---|---|---|
| REG | $1,402.52 | $0.00 | $24.49 | $0.00 | $35.00 | $1,462.01 | $80.00 |
| TOTAL: | $1,402.52 | $0.00 | $24.49 | $0.00 | $35.00 | $1,462.01 | $80.00 |

## TRANSACTION SUMMARY

| Tran Date | Invoice Number | Description | Plan Type | Amount |
|---|---|---|---|---|
| 09/30 | | LATE FEE | | $35.00 |
| 10/03 | | *FINANCE CHARGE* | | $24.49 |

## FINANCE CHARGE SUMMARY

| Plan Type | Balance Subject To Finance Charge | Daily Periodic Rate | Corresponding ANNUAL PERCENTAGE RATE | Days This Billing Period | FINANCE CHARGE | Balance Method |
|---|---|---|---|---|---|---|
| REG | $1,418.95 | .05754 % | 21.00% | 30 | $24.49 | 2D |
| BIG | $0.00 | .04242 % | 15.48% | 30 | $0.00 | 2D |

Total Periodic FINANCE CHARGE:    $24.49

## CARDHOLDER NEWS & INFORMATION

YOUR ACCOUNT HAS 2 PAYMENTS DUE.  PLEASE MAIL THE MINIMUM PAYMENT DUE TODAY.  PLEASE DISREGARD IF MINIMUM PAYMENT DUE HAS ALREADY BEEN MADE.

Moving? Visit Lowesmoving.com for tools, tips and valuable offers to make your move easier.

Please Note: When contacting the Lowe's Credit Center, you must be listed as an account owner to obtain information about the account. We cannot disclose information to authorized users or third parties.

CUSTOMER SERVICE: For account information call 1-800-444-1408
NOTICE: PLEASE SEE REVERSE SIDE FOR BILLING RIGHTS AND IMPORTANT INFORMATION.
PAYMENT DUE BY 5 P.M. ON THE DUE DATE. We may convert your payment into an electronic debit. See reverse for details.

7009  0002  9WD    2    7 3    061003    D Page 1 of 2    9294  0010  NN76    280486

▲ Detach and mail this portion with your check to LOWE'S. Please use blue or black ink. ▲



| Payment Due Date | Past Due Amount | Minimum Payment Due | New Balance | Account Number |
|---|---|---|---|---|
| 10/29/2006 | $39.00 | $80.00 | $1,462.01 | 277 7 |

Fill in amount completely    $ [ ][ ][ ][ ] . [ ][ ]

☐ Yes, I have moved or I have changed my email address. Check the box and submit changes on the reverse side.

Minimum payment due includes $39.00 past due.
Please pay minimum payment amount PROMPTLY.



TAL FLOWERS JR
3345 HABERSHAM RD
MONTGOMERY AL 36109-4317

280486

Make Payments to: LOWE'S
P.O. BOX 530914
ATLANTA, GA 30353-0914

00041000010000    000800000146201000  7982220010372777 03



# Access Fifty Ch king

| 01 | ▓▓▓▓▓ | 283 | 40 | 16 | 104 | 2,283 | — — | |

**W**ACHOVIA

ARTHUR T FLOWERS OR
SUZANNE FLOWERS                                   PB
3345 HABERSHAM ROAD
MONTGOMERY AL 36109

---

## Access Fifty Checking                                1/10/2006 thru 2/07/2006

Account number: ▓▓▓▓▓
Account owner(s): ARTHUR T FLOWERS OR
SUZANNE FLOWERS

### Account Summary

| | |
|---|---:|
| Opening balance 1/10 | $648.99 |
| Deposits and other credits | 3,433.38 + |
| Checks | 1,580.24 - |
| Automated Checks | 1,773.68 - |
| Other withdrawals and service fees | 202.00 - |
| **Closing balance 2/07** | **$526.45** |

### Deposits and Other Credits

| Date | Amount | Description |
|---|---:|---|
| 1/13 | 893.81 | AUTOMATED CREDIT FAMILY GUIDANCE  PAYROLL DI CO. ID. 630400591  060113 PPD MISC 1280 |
| 1/18 | 1,171.00 | AUTOMATED CREDIT US TREASURY 303  SOC SEC CO. ID. 3031036030 060118 PPD |
| 1/23 | 200.00 | DEPOSIT |
| 1/30 | 893.57 | AUTOMATED CREDIT FAMILY GUIDANCE  PAYROLL DI CO. ID. 630400591  060130 PPD |
| 2/06 | 275.00 | DEPOSIT |
| **Total** | **$3,433.38** | |

### Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---:|---|---|---:|---|---|---:|---|
| 7121 | 24.86 | 1/11 | 7137 | 31.90 | 1/27 | 7145* | 93.53 | 2/02 |
| 7130* | 90.00 | 1/18 | 7138 | 15.00 | 1/27 | 7146 | 91.44 | 2/06 |
| 7131 | 109.12 | 1/13 | 7139 | 24.86 | 1/31 | 7148* | 300.00 | 2/03 |
| 7134* | 300.00 | 1/19 | 7140 | 8.46 | 1/31 | 7149 | 35.00 | 2/03 |
| 7135 | 100.00 | 1/25 | 7141 | 25.00 | 2/03 | **Total** | **$1,580.24** | |
| 7136 | 194.00 | 1/26 | 7143* | 137.07 | 1/31 | | | |

*  Indicates a break in check number sequence       (checks could be listed under Automated Checks)



---



**Access Fifty C▮▮cking**

WACHOVIA

| 02 | ▮▮▮▮ | 283 | 40 | 16 | 104 | 2,284 |

## Automated Checks

| Number | Amount | Date | Description |
|--------|--------|------|-------------|
| 7129 | 100.00 | 1/10 | AUTOMATED CHECK  SEARS PAYMENT    CHECK PYMT<br>CO. ID. CITI SEARS 060110 ARC<br>MISC 7129 |
| 7132 | 749.84 | 1/25 | AUTOMATED CHECK  WFHM MORTGAGE    CHECKPAYMT<br>CO. ID. 6708044134 060125 ARC<br>MISC 7132 |
| 7133 | 200.00 | 1/18 | AUTOMATED CHECK  DISCOVER ARC    PAYMENTS<br>CO. ID. 5510020270 060118 ARC<br>MISC 7133 |
| 7142 | 75.00 | 2/01 | AUTOMATED CHECK  LOWES/GEMB      CHECKPAYMT<br>CO. ID. 0818200406 060201 ARC<br>MISC 7142 |
| 7144 | 128.84 | 1/31 | AUTOMATED CHECK  BP PAYMENT     CHECK PYMT<br>CO. ID. CITI OILS  060131 ARC<br>MISC 7144 |
| 7147 | 520.00 | 2/06 | AUTOMATED CHECK  MBNA/IBS       CHECK PYMT<br>CO. ID. 2200000001 060206 ARC<br>MISC 7147 |
| **Total** | **$1,773.68** | | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 1/17 | 0.00 | INQUIRY   3949 ATLANTA HIGHWAY  7028-004985 |
| 1/30 | 150.00 | AUTOMATED DEBIT  ALFA LIFE      ALFA LIFE<br>CO. ID. 1630338648 060130 PPD |
| 2/06 | 0.00 | INQUIRY   3949 ATLANTA HIGHWAY  7028-007009 |
| 2/07 | 2.00 | SERVICE FEE |
| 2/07 | 50.00 | AUTOMATED DEBIT  294 LMVTX      INVESTMENT<br>CO. ID. 1521250327 060207 PPD |
| **Total** | **$202.00** | |

## Service Fees

| Description | Quantity | Amount | Total |
|-------------|----------|--------|-------|
| CHECK ENCLOSURE FEE | 1 | 2.00 | 2.00 |
| **Total Fee(s)** | | | **$2.00** |

| | | |
|---|---|---|
| Average balance | | $1,277.04 |
| Minimum balance | | $524.13 |



**Access Fifty Checking**

WACHOVIA

| 01 | ████████ | 283 | 40 | 14 | 104 | 1,721 | — — | — |

ılııllıı..llı.ıll.ıılıl.ı.l.ıııllıııılllıl.ıl.ılılılılıl

ARTHUR T FLOWERS OR
SUZANNE FLOWERS                                    PB
3345 HABERSHAM ROAD
MONTGOMERY AL 36109

# Access Fifty Checking                              2/08/2006 thru 3/08/2006

Account number:         ████████
Account owner(s):       ARTHUR T FLOWERS OR
                        SUZANNE FLOWERS

## Account Summary

| | |
|---|---|
| Opening balance 2/08 | $526.45 |
| Deposits and other credits | 4,548.14 + |
| Checks | 1,747.09 - |
| Automated Checks | 1,838.21 - |
| Other withdrawals and service fees | 252.00 - |
| Closing balance 3/08 | $1,237.29 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 2/09 | 100.00 | DEPOSIT |
| 2/14 | 308.00 | AUTOMATED CREDIT STATE OF ALABAMA II REFUNDS CO. ID. 9260000121 060214 PPD |
| 2/15 | 893.57 | AUTOMATED CREDIT FAMILY GUIDANCE  PAYROLL DI CO. ID. 630400591  060215 PPD |
| 2/15 | 1,083.00 | AUTOMATED CREDIT US TREASURY 303  SOC SEC CO. ID. 3031036030 060215 PPD |
| 2/17 | 1,270.00 | AUTOMATED CREDIT US TREASURY 220  TAX REFUND CO. ID. 3111036170 060217 PPD |
| 2/28 | 893.57 | AUTOMATED CREDIT FAMILY GUIDANCE  PAYROLL DI CO. ID. 630400591  060228 PPD |
| **Total** | **$4,548.14** | |

## Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 7151 | 110.00 | 2/08 | 7159 | 73.52 | 2/28 | 7166 | 91.44 | 3/06 |
| 7153* | 90.00 | 2/14 | 7160 | 77.79 | 2/28 | 7167 | 137.07 | 3/01 |
| 7154 | 109.25 | 2/14 | 7161 | 84.16 | 3/01 | 7170* | 110.00 | 3/08 |
| 7157* | 300.00 | 2/22 | 7163* | 24.86 | 3/03 | 7171 | 310.00 | 3/08 |
| 7158 | 194.00 | 2/24 | 7165* | 35.00 | 3/01 | **Total** | **$1,747.09** | |

* Indicates a break in check number sequence     (checks could be listed under Automated Checks)

---

WACHOVIA BANK, NATIONAL ASSOCIATION , AUBURN                              page 1 of 4



**Access Fifty Checking**

| 02 | | 283 | 40 | 14 | 104 | 1,722 |
|----|--|-----|----|----|-----|-------|

## Automated Checks

| Number | Amount | Date | Description |
|--------|--------|------|-------------|
| 7150 | 13.97 | 2/08 | AUTOMATED CHECK SCHOLASTIC     PAYMENT<br>CO. ID. 1131912013 060208 ARC<br>MISC 7150 |
| 7152 | 100.00 | 2/08 | AUTOMATED CHECK SEARS PAYMENT   CHECK PYMT<br>CO. ID. CITI SEARS 060208 ARC<br>MISC 7152 |
| 7155 | 782.96 | 2/21 | AUTOMATED CHECK WFHM MORTGAGE   CHECKPAYMT<br>CO. ID. 6708044134 060221 ARC<br>MISC 7155 |
| 7156 | 200.00 | 2/21 | AUTOMATED CHECK DISCOVER ARC    PAYMENTS<br>CO. ID. 5510020270 060221 ARC<br>MISC 7156 |
| 7162 | 13.97 | 3/01 | AUTOMATED CHECK SCHOLASTIC      PAYMENT<br>CO. ID. 1131912013 060301 ARC<br>MISC 7162 |
| 7164 | 100.00 | 2/28 | AUTOMATED CHECK LOWES/GEMB      CHECKPAYMT<br>CO. ID. 0818200406 060228 ARC<br>MISC 7164 |
| 7168 | 475.00 | 3/03 | AUTOMATED CHECK MBNA/IBS        CHECK PYMT<br>CO. ID. 2200000001 060303 ARC<br>MISC 7168 |
| 7169 | 152.31 | 3/06 | AUTOMATED CHECK BP PAYMENT      CHECK PYMT<br>CO. ID. CITI OIL S 060306 ARC<br>MISC 7169 |
| **Total** | **$1,838.21** | | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 2/15 | 0.00 | AUTOMATED DEBIT SMITH BARNEY  1702210222<br>CO. ID. 2131912900 060215 PPD |
| 2/23 | 100.00 | WITHDRAWAL DALRAIDA         02/23<br>3949 ATLANTA HIGH MONTGOMERY AL 7028W008941 |
| 3/02 | 150.00 | AUTOMATED DEBIT ALFA LIFE      ALFA LIFE<br>CO. ID. 1630338648 060302 PPD |
| 3/08 | 2.00 | SERVICE FEE |
| **Total** | **$252.00** | |

## Service Fees

| Description | Quantity | Amount | Total |
|-------------|----------|--------|-------|
| CHECK ENCLOSURE FEE | 1 | 2.00 | 2.00 |
| **Total Fee(s)** | | | **$2.00** |

| | |
|--|--|
| Average balance | $1,973.33 |
| Minimum balance | $302.48 |



**Access Fifty Checking**

WACHOVIA

01 ▓▓▓▓▓▓▓83  40      18  104      1,584        ——  ——

‖.‖.‖‖..‖‖‖.‖.‖.‖.‖..‖‖.‖.‖.‖.‖..‖        ——  ——
**ARTHUR T FLOWERS OR**
**SUZANNE FLOWERS**                         PB
**3345 HABERSHAM ROAD**
**MONTGOMERY AL 36109**

---

# Access Fifty Checking                          3/09/2006 thru 4/07/2006

Account number:        ▓▓▓▓▓▓▓▓▓▓
Account owner(s):      ARTHUR T FLOWERS OR
                       SUZANNE FLOWERS

## Account Summary

| | |
|---|---:|
| Opening balance 3/09 | $1,237.29 |
| Deposits and other credits | 3,070.14 + |
| Checks | 1,647.93 - |
| Automated Checks | 1,782.51 - |
| Other withdrawals and service fees | 202.00 - |
| **Closing balance 4/07** | **$674.99** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 3/13 | 200.00 | DEPOSIT |
| 3/15 | 893.57 | AUTOMATED CREDIT FAMILY GUIDANCE  PAYROLL DI CO. ID. 630400591  060315 PPD |
| 3/15 | 1,083.00 | AUTOMATED CREDIT US TREASURY 303  SOC SEC CO. ID. 3031036030 060315 PPD |
| 3/30 | 893.57 | AUTOMATED CREDIT FAMILY GUIDANCE  PAYROLL DI CO. ID. 630400591  060330 PPD |
| **Total** | **$3,070.14** | |

## Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 7173 | 90.00 | 3/14 | 7183 | 19.68 | 3/29 | 7193* | 91.44 | 4/04 |
| 7174 | 109.25 | 3/13 | 7185* | 167.00 | 3/27 | 7195* | 68.51 | 4/04 |
| 7177* | 175.29 | 3/20 | 7186 | 14.29 | 3/27 | 7197* | 110.00 | 4/06 |
| 7179* | 161.34 | 3/16 | 7187 | 35.74 | 3/27 | 7198 | 102.91 | 4/07 |
| 7180 | 16.43 | 3/22 | 7188 | 23.45 | 3/29 | **Total** | **$1,647.93** | |
| 7181 | 20.00 | 3/22 | 7189 | 5.53 | 3/30 | | | |
| 7182 | 300.00 | 3/24 | 7191* | 137.07 | 3/30 | | | |

\* Indicates a break in check number sequence    (checks could be listed under Automated Checks)

---

WACHOVIA BANK, NATIONAL ASSOCIATION , AUBURN                          page 1 of 3

**Access Fifty Checking**

WACHOVIA

02         [redacted]283    40        18  104        1,585

## Automated Checks

| Number | Amount | Date | Description |
|---|---|---|---|
| 7172 | 100.00 | 3/13 | AUTOMATED CHECK  SEARS PAYMENT    CHECK PYMT CO. ID. CITI SEARS 060313 ARC MISC 7172 |
| 7175 | 13.97 | 3/16 | AUTOMATED CHECK  SCHOLASTIC      PAYMENT CO. ID. 1131912013 060316 ARC MISC 7175 |
| 7176 | 782.96 | 3/17 | AUTOMATED CHECK  WFHM MORTGAGE    CHECKPAYMT CO. ID. 6708044134 060317 ARC MISC 7176 |
| 7178 | 200.00 | 3/20 | AUTOMATED CHECK  DISCOVER ARC    PAYMENTS CO. ID. 5510020270 060320 ARC MISC 7178 |
| 7184 | 13.97 | 3/28 | AUTOMATED CHECK  SCHOLASTIC      PAYMENT CO. ID. 1131912013 060328 ARC MISC 7184 |
| 7190 | 100.00 | 4/03 | AUTOMATED CHECK  LOWES/GEMB      CHECKPAYMT CO. ID. 0818200406 060403 ARC MISC 7190 |
| 7192 | 121.61 | 4/03 | AUTOMATED CHECK  BP PAYMENT     CHECK PYMT CO. ID. CITI OILS  060403 ARC MISC 7192 |
| 7194 | 450.00 | 4/04 | AUTOMATED CHECK  MBNA/IBS        CHECK PYMT CO. ID. 2200000001 060404 ARC MISC 7194 |
| **Total** | **$1,782.51** | | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 3/09 | 50.00 | AUTOMATED DEBIT  SMITH BARNEY    AFT CO. ID. 1131912900 060309 PPD |
| 3/13 | 0.00 | INQUIRY   3949 ATLANTA HIGHWAY  7028-000744 |
| 3/30 | 150.00 | AUTOMATED DEBIT  ALFA LIFE       ALFA LIFE CO. ID. 1630338648 060330 PPD |
| 4/07 | 2.00 | SERVICE FEE |
| **Total** | **$202.00** | |

## Service Fees

| Description | Quantity | Amount | Total |
|---|---|---|---|
| CHECK ENCLOSURE FEE | 1 | 2.00 | 2.00 |
| **Total Fee(s)** | | | **$2.00** |

| | |
|---|---|
| Average balance | $1,513.58 |
| Minimum balance | $676.99 |



**Access Fifty Checking**

01 ⬛⬛⬛⬛⬛ 3 40    14 104    1,626

**WACHOVIA**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

ARTHUR T FLOWERS OR
SUZANNE FLOWERS            PB
3345 HABERSHAM ROAD
MONTGOMERY AL 36109

## Access Fifty Checking

4/08/2006 thru 5/08/2006

Account number:    ⬛⬛⬛⬛⬛
Account owner(s):    ARTHUR T FLOWERS OR
                  SUZANNE FLOWERS

## Account Summary

| | |
|---|---|
| Opening balance 4/08 | $674.99 |
| Deposits and other credits | 3,070.14 + |
| Checks | 1,990.94 - |
| Automated Checks | 955.64 - |
| Other withdrawals and service fees | 207.00 - |
| Closing balance 5/08 | $591.55 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 4/14 | 893.57 | AUTOMATED CREDIT FAMILY GUIDANCE PAYROLL DI CO. ID. 630400591 060414 PPD |
| 4/19 | 1,083.00 | AUTOMATED CREDIT US TREASURY 303 SOC SEC CO. ID. 3031036030 060419 PPD |
| 4/28 | 893.57 | AUTOMATED CREDIT FAMILY GUIDANCE PAYROLL DI CO. ID. 630400591 060428 PPD |
| 5/08 | 200.00 | DEPOSIT |
| **Total** | **$3,070.14** | |

## Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 7196 | 300.00 | 4/10 | 7207 | 300.00 | 4/18 | 7214 | 91.44 | 5/03 |
| 7200* | 24.86 | 4/17 | 7208 | 85.62 | 4/18 | 7215 | 78.52 | 5/03 |
| 7201 | 90.00 | 4/19 | 7209 | 130.90 | 4/25 | 7218* | 110.00 | 5/02 |
| 7202 | 109.25 | 4/11 | 7210 | 45.00 | 5/01 | 7220* | 34.97 | 5/03 |
| 7203 | 86.25 | 4/14 | 7211 | 167.00 | 4/27 | **Total** | **$1,990.94** | |
| 7206* | 200.00 | 4/18 | 7213* | 137.13 | 5/02 | | | |

*Indicates a break in check number sequence*      (checks could be listed under Automated Checks)



## Access Fifty Checking



| | | | | | | |
|---|---|---|---|---|---|---|
| 02 | | 283 | 40 | 14 | 104 | 1,627 |

## Automated Checks

| Number | Amount | Date | Description |
|---|---|---|---|
| 7199 | 100.00 | 4/11 | AUTOMATED CHECK SEARS PAYMENT CHECK PYMT CO. ID. CITI SEARS 060411 ARC MISC 7199 |
| 7204 | 13.97 | 4/20 | AUTOMATED CHECK SCHOLASTIC PAYMENT CO. ID. 1131912013 060420 ARC MISC 7204 |
| 7205 | 19.96 | 4/21 | AUTOMATED CHECK SCHOLASTIC PAYMENT CO. ID. 1131912013 060421 ARC MISC 7205 |
| 7212 | 100.00 | 5/01 | AUTOMATED CHECK LOWES/GEMB CHECKPAYMT CO. ID. 0818200406 060501 ARC MISC 7212 |
| 7216 | 196.71 | 5/02 | AUTOMATED CHECK BP PAYMENT CHECK PYMT CO. ID. CITI OILS 060502 ARC MISC 7216 |
| 7217 | 40.00 | 5/02 | AUTOMATED CHECK DILLARD'S PYMT CO. ID. 0818200413 060502 ARC MISC 7217 |
| 7219 | 485.00 | 5/02 | AUTOMATED CHECK MBNA/IBS CHECK PYMT CO. ID. 2200000001 060502 ARC MISC 7219 |
| **Total** | **$955.64** | | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 4/10 | 0.00 | INQUIRY 3949 ATLANTA HIGHWAY 7028-004479 |
| 4/11 | 50.00 | AUTOMATED DEBIT SMITH BARNEY AFT CO. ID. 1131912900 060411 PPD |
| 4/18 | 5.00 | AUTOMATED DEBIT DELUXE CHECK CHECK/ACC. CO. ID. 1410216800 060418 CCD MISC |
| 4/28 | 0.00 | INQUIRY 3949 ATLANTA HIGHWAY 7028-006708 |
| 4/28 | 150.00 | AUTOMATED DEBIT ALFA LIFE ALFA LIFE CO. ID. 1630338648 060428 PPD |
| 5/08 | 0.00 | INQUIRY 3949 ATLANTA HIGHWAY 7028-008054 |
| 5/08 | 2.00 | SERVICE FEE |
| **Total** | **$207.00** | |

---

**WACHOVIA BANK, NATIONAL ASSOCIATION , AUBURN**



**WACHOVIA**

**Access Fifty Checking**

.01          283    40        13   104      1,698

```
||||||||||||||||||||||||||||||||||||||||||||||||||||||||
```

**ARTHUR T FLOWERS OR**
**SUZANNE FLOWERS**                                      PB
**3345 HABERSHAM ROAD**
**MONTGOMERY AL 36109**

## Access Fifty Checking
5/09/2006 thru 6/07/2006

Account number: ▬▬▬▬▬
Account owner(s):    ARTHUR T FLOWERS OR
                     SUZANNE FLOWERS

## Account Summary

| | |
|---|---|
| Opening balance 5/09 | $591.55 |
| Deposits and other credits | 4,670.14 + |
| Checks | 2,001.20 - |
| Automated Checks | 1,977.41 - |
| Other withdrawals and service fees | 332.00 - |
| Closing balance 6/07 | $951.08 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 5/15 | 893.57 | AUTOMATED CREDIT FAMILY GUIDANCE  PAYROLL DI CO. ID. 630400591  060515 PPD |
| 5/17 | 1,083.00 | AUTOMATED CREDIT US TREASURY 303  SOC SEC CO. ID. 3031036030 060517 PPD |
| 5/30 | 893.57 | AUTOMATED CREDIT FAMILY GUIDANCE  PAYROLL DI CO. ID. 630400591  060530 PPD |
| 6/01 | 800.00 | DEPOSIT |
| 6/01 | 1,000.00 | DEPOSIT |
| **Total** | **$4,670.14** | |

## Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 7221 | 360.00 | 5/09 | 7230 | 30.00 | 5/22 | 7236 | 137.13 | 6/02 |
| 7224* | 40.92 | 5/12 | 7231 | 120.00 | 5/25 | 7238* | 91.44 | 6/07 |
| 7225 | 90.00 | 5/12 | 7232 | 24.86 | 6/07 | 7240* | 97.00 | 6/01 |
| 7226 | 109.33 | 5/12 | 7233 | 167.00 | 5/30 | 7242* | 360.00 | 6/05 |
| 7229* | 300.00 | 5/19 | 7235* | 73.52 | 6/02 | **Total** | **$2,001.20** | |

*Indicates a break in check number sequence*     (checks could be listed under Automated Checks)

---

**WACHOVIA BANK, NATIONAL ASSOCIATION ,  AUBURN**                                    page 1 of 5



**Access Fifty Checking**

02      ██████████ 83   40     13   104     1,699

## Automated Checks

| Number | Amount | Date | Description |
|--------|--------|------|-------------|
| 7222 | 13.97 | 5/12 | AUTOMATED CHECK SCHOLASTIC PAYMENT<br>CO. ID. 1131912013 060512 ARC<br>MISC 7222 |
| 7223 | 130.00 | 5/15 | AUTOMATED CHECK SEARS PAYMENT CHECK PYMT<br>CO. ID. CITI SEARS 060515 ARC<br>MISC 7223 |
| 7227 | 773.28 | 5/17 | AUTOMATED CHECK WFHM MORTGAGE CHECKPAYMT<br>CO. ID. 6708044134 060517 ARC<br>MISC 7227 |
| 7228 | 200.00 | 5/22 | AUTOMATED CHECK DISCOVER ARC PAYMENTS<br>CO. ID. 5510020270 060522 ARC<br>MISC 7228 |
| 7234 | 50.00 | 5/31 | AUTOMATED CHECK LOWES/GEMB CHECKPAYMT<br>CO. ID. 0818200406 060531 ARC<br>MISC 7234 |
| 7237 | 150.16 | 6/05 | AUTOMATED CHECK BP PAYMENT CHECK PYMT<br>CO. ID. CITI OILS 060605 ARC<br>MISC 7237 |
| 7239 | 25.00 | 6/02 | AUTOMATED CHECK DILLARD'S PYMT<br>CO. ID. 0818200413 060602 ARC<br>MISC 7239 |
| 7241 | 505.00 | 6/05 | AUTOMATED CHECK MBNA/IBS CHECK PYMT<br>CO. ID. 2200000001 060605 ARC<br>MISC 7241 |
| 7243 | 130.00 | 6/07 | AUTOMATED CHECK SEARS PAYMENT CHECK PYMT<br>CO. ID. CITI SEARS 060607 ARC<br>MISC 7243 |
| **Total** | **$1,977.41** | | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 5/11 | 50.00 | AUTOMATED DEBIT SMITH BARNEY AFT<br>CO. ID. 1131912900 060511 PPD |
| 5/12 | 90.00 | OVERDRAFT/UNAVAILABLE FUNDS FEE<br>3 TRANSACTION(S) AT $30.00 |
| 5/17 | 40.00 | WITHDRAWAL DALRAIDA 05/17<br>3949 ATLANTA HIGH MONTGOMERY AL 7028W009099 |
| 5/30 | 0.00 | INQUIRY 3949 ATLANTA HIGHWAY 7028-000694 |
| 5/31 | 150.00 | AUTOMATED DEBIT ALFA LIFE ALFA LIFE<br>CO. ID. 1630338648 060531 PPD |
| 6/01 | 0.00 | INQUIRY 3949 ATLANTA HIGHWAY 7028-001105 |
| 6/07 | 2.00 | SERVICE FEE |
| **Total** | **$332.00** | |



# Access Fifty Checking

01          █████████   283  40    17  104    1,659    ───  ───

                                                        ───  ═══

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
**ARTHUR T FLOWERS OR**                    **PB**      ───  ═══
**SUZANNE FLOWERS**
**3345 HABERSHAM ROAD**
**MONTGOMERY AL 36109**

---

## Access Fifty Checking                           6/08/2006 thru 7/10/2006

Account number:        █████████
Account owner(s):      ARTHUR T FLOWERS OR
                       SUZANNE FLOWERS

### Account Summary

| | |
|---|---:|
| Opening balance 6/08 | $951.08 |
| Deposits and other credits | 2,870.14 + |
| Checks | 2,234.75 - |
| Automated Checks | 1,659.26 - |
| Other withdrawals and service fees | 327.00 - |
| **Closing balance 7/10** | **$399.79** - |

### Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 6/15 | 893.57 | AUTOMATED CREDIT FAMILY GUIDANCE  PAYROLL DI<br>CO. ID. 630400591  060615 PPD |
| 6/21 | 1,083.00 | AUTOMATED CREDIT US TREASURY 303  SOC SEC<br>CO. ID. 3031036030 060621 PPD |
| 6/30 | 893.57 | AUTOMATED CREDIT FAMILY GUIDANCE  PAYROLL DI<br>CO. ID. 630400591  060630 PPD |
| **Total** | **$2,870.14** | |

### Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 7244 | 54.29 | 6/20 | 7251 | 350.00 | 6/26 | 7260* | 91.44 | 7/05 |
| 7245 | 109.60 | 6/23 | 7252 | 161.34 | 6/22 | 7263* | 70.53 | 7/03 |
| 7246 | 140.90 | 6/22 | 7253 | 38.72 | 6/21 | 7264 | 93.53 | 7/06 |
| 7247 | 90.00 | 7/03 | 7254 | 68.27 | 6/27 | 7266* | 325.00 | 7/05 |
| 7248 | 40.00 | 6/26 | 7255 | 167.00 | 6/29 | 7267 | 97.00 | 7/05 |
| 7250* | 200.00 | 6/26 | 7258* | 137.13 | 6/30 | **Total** | **$2,234.75** | |

* Indicates a break in check number sequence    (checks could be listed under Automated Checks)



**Access Fifty Checking**

| 02 | ▬▬▬▬▬40 | 17  104 | 1,660 |

## Automated Checks

| Number | Amount | Date | Description |
|---|---|---|---|
| 7249 | 773.28 | 6/23 | AUTOMATED CHECK  WFHM MORTGAGE    CHECKPAYMT<br>CO. ID. 6708044134 060623 ARC<br>MISC 7249 |
| 7256 | 100.00 | 7/03 | AUTOMATED CHECK  LOWES/GEMB        CHECKPAYMT<br>CO. ID. 0818200406 060703 ARC<br>MISC 7256 |
| 7259 | 39.44 | 7/07 | AUTOMATED CHECK  LIBERTY NATIONAL INS PYMT<br>CO. ID. 1630124600 060707 ARC<br>MISC 7259 |
| 7261 | 199.53 | 7/03 | AUTOMATED CHECK  BP PAYMENT        CHECK PYMT<br>CO. ID. CITI OILS  060703 ARC<br>MISC 7261 |
| 7262 | 37.01 | 7/03 | AUTOMATED CHECK  DILLARD'S         PYMT<br>CO. ID. 0818200413 060703 ARC<br>MISC 7262 |
| 7265 | 510.00 | 7/05 | AUTOMATED CHECK  MBNA/IBS          CHECK PYMT<br>CO. ID. 2200000001 060705 ARC<br>MISC 7265 |
| **Total** | **$1,659.26** | | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 6/09 | 50.00 | AUTOMATED DEBIT  SMITH BARNEY    AFT<br>CO. ID. 1131912900 060609 PPD |
| 6/19 | 0.00 | INQUIRY    3949 ATLANTA HIGHWAY  7028-003382 |
| 6/29 | 150.00 | AUTOMATED DEBIT  ALFA LIFE       ALFA LIFE<br>CO. ID. 1630338648 060629 PPD |
| 7/05 | 60.00 | OVERDRAFT/UNAVAILABLE FUNDS FEE<br>2 TRANSACTION(S) AT   $30.00 |
| 7/06 | 30.00 | OVERDRAFT/UNAVAILABLE FUNDS FEE<br>1 TRANSACTION(S) AT   $30.00 |
| 7/07 | 35.00 | OVERDRAFT/UNAVAILABLE FUNDS FEE<br>1 TRANSACTION(S) AT   $35.00 |
| 7/10 | 2.00 | SERVICE FEE |
| **Total** | **$327.00** | |

## Service Fees

| Description | Quantity | Amount | Total |
|---|---|---|---|
| CHECK ENCLOSURE FEE | 1 | 2.00 | 2.00 |
| **Total Fee(s)** | | | **$2.00** |

| | |
|---|---|
| Average balance | $1,043.87 |
| Minimum balance | $397.79 - |

**WACHOVIA**

## Access Fifty Checking

01      83   40     10   104     1,618

ARTHUR T FLOWERS OR
SUZANNE FLOWERS        PB
3345 HABERSHAM ROAD
MONTGOMERY AL 36109

## Access Fifty Checking

7/11/2006 thru 8/08/2006

Account number:
Account owner(s):    ARTHUR T FLOWERS OR
SUZANNE FLOWERS

## Account Summary

| | |
|---|---|
| Opening balance 7/11 | $399.79 |
| Deposits and other credits | 3,154.13 + |
| Checks | 1,298.64 - |
| Automated Checks | 1,813.42 - |
| Other withdrawals and service fees | 832.00 - |
| **Closing balance 8/08** | **$1,189.72** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 7/12 | 283.99 | DEPOSIT |
| 7/14 | 893.57 | AUTOMATED CREDIT FAMILY GUIDANCE PAYROLL DI CO. ID. 630400591 060714 PPD |
| 7/19 | 1,083.00 | AUTOMATED CREDIT US TREASURY 303 SOC SEC CO. ID. 3031036030 060719 PPD |
| 7/28 | 893.57 | AUTOMATED CREDIT FAMILY GUIDANCE PAYROLL DI CO. ID. 630400591 060728 PPD |
| **Total** | **$3,154.13** | |

## Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 7257 | 24.86 | 7/12 | 7273* | 112.12 | 7/18 | 7280 | 98.53 | 8/02 |
| 7268* | 25.00 | 7/13 | 7275* | 380.00 | 7/21 | 7281 | 91.44 | 8/02 |
| 7270* | 60.00 | 7/11 | 7276 | 167.00 | 7/25 | 7282 | 97.00 | 8/01 |
| 7271 | 90.00 | 7/18 | 7279* | 152.69 | 7/31 | **Total** | **$1,298.64** | |

\* Indicates a break in check number sequence    (checks could be listed under Automated Checks)

WACHOVIA BANK, NATIONAL ASSOCIATION , AUBURN        page 1 of 5

**Access Fifty Checking**

**WACHOVIA**    02    ████████████ 40    10   104      1,619

## Automated Checks

| Number | Amount | Date | Description |
|--------|--------|------|-------------|
| 7269 | 100.00 | 7/11 | AUTOMATED CHECK  SEARS PAYMENT    CHECK PYMT<br>CO. ID. CITI SEARS 060711 ARC<br>MISC 7269 |
| 7272 | 740.16 | 7/18 | AUTOMATED CHECK  WFHM MORTGAGE    CHECKPAYMT<br>CO. ID. 6708044134 060718 ARC<br>MISC 7272 |
| 7274 | 250.00 | 7/21 | AUTOMATED CHECK  DISCOVER ARC     PAYMENTS<br>CO. ID. 5510020270 060721 ARC<br>MISC 7274 |
| 7277 | 100.00 | 8/01 | AUTOMATED CHECK  LOWES/GEMB       CHECKPAYMT<br>CO. ID. 0818200406 060801 ARC<br>MISC 7277 |
| 7278 | 93.26 | 7/31 | AUTOMATED CHECK  BP PAYMENT       CHECK PYMT<br>CO. ID. CITI OILS  060731 ARC<br>MISC 7278 |
| 7283 | 530.00 | 8/02 | AUTOMATED CHECK  MBNA/IBS         CHECK PYMT<br>CO. ID. 2200000002 060802 ARC<br>MISC 7283 |
| **Total** | **$1,813.42** | | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 7/11 | 50.00 | AUTOMATED DEBIT  SMITH BARNEY     AFT<br>CO. ID. 1131912900 060711 PPD |
| 7/11 | 105.00 | OVERDRAFT/UNAVAILABLE FUNDS FEE<br>3 TRANSACTION(S) AT   $35.00 |
| 7/12 | 35.00 | OVERDRAFT/UNAVAILABLE FUNDS FEE<br>1 TRANSACTION(S) AT   $35.00 |
| 7/13 | 35.00 | OVERDRAFT/UNAVAILABLE FUNDS FEE<br>1 TRANSACTION(S) AT   $35.00 |
| 7/18 | 105.00 | OVERDRAFT/UNAVAILABLE FUNDS FEE<br>3 TRANSACTION(S) AT   $35.00 |
| 7/21 | 70.00 | OVERDRAFT/UNAVAILABLE FUNDS FEE<br>2 TRANSACTION(S) AT   $35.00 |
| 7/25 | 35.00 | OVERDRAFT/UNAVAILABLE FUNDS FEE<br>1 TRANSACTION(S) AT   $35.00 |
| 7/28 | 150.00 | AUTOMATED DEBIT  ALFA LIFE        ALFA LIFE<br>CO. ID. 1630338648 060728 PPD |
| 7/31 | 35.00 | OVERDRAFT/UNAVAILABLE FUNDS FEE<br>1 TRANSACTION(S) AT   $35.00 |
| 8/01 | 70.00 | OVERDRAFT/UNAVAILABLE FUNDS FEE<br>2 TRANSACTION(S) AT   $35.00 |

*Other Withdrawals and Service Fees continued on next page.*

---



**Access Fifty Checking**

01      83 40    9 104    1,611

WACHOVIA

IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII
**ARTHUR T FLOWERS OR**
**SUZANNE FLOWERS**          **PB**
**3345 HABERSHAM ROAD**
**MONTGOMERY AL 36109**

# Access Fifty Checking        8/09/2006 thru 9/07/2006

Account number:
Account owner(s):    ARTHUR T FLOWERS OR
SUZANNE FLOWERS

## Account Summary

| | |
|---|---|
| Opening balance 8/09 | $1,189.72 |
| Deposits and other credits | 6,892.55 + |
| Checks | 1,019.16 |
| Automated Checks | 1,753.74 |
| Other withdrawals and service fees | 507.00 |
| **Closing balance 9/07** | **$2,422.93** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 8/15 | 22.41 | ACCOUNT TRANSFER TRANSFER FROM: 3000489770547 PARTIAL COLLECTION OF OVERDRAFT AMOUNT PLEASE CALL 866-211-6980 WITH QUESTIONS |
| 8/15 | 893.57 | AUTOMATED CREDIT FAMILY GUIDANCE PAYROLL DI CO. ID: 630400591 060815 PPD |
| 8/16 | 1,083.00 | AUTOMATED CREDIT US TREASURY 303 SOC SEC CO. ID: 3031036030 060816 PPD |
| 8/16 | 4,000.00 | DEPOSIT |
| 8/30 | 893.57 | AUTOMATED CREDIT FAMILY GUIDANCE PAYROLL DI CO. ID: 630400591 060830 PPD |
| **Total** | **$6,892.55** | |

## Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 7286 | 90.00 | 8/18 | 7293 | 24.86 | 8/28 | 7299 | 97.00 | 8/31 |
| 7287 | 150.00 | 8/22 | 7294 | 200.00 | 8/22 | 7300 | 91.44 | 9/06 |
| 7288 | 91.28 | 8/21 | 7297* | 147.05 | 8/28 | **Total** | **$1,019.16** | |
| 7292* | 34.00 | 8/22 | 7298 | 93.53 | 9/05 | | | |

*Indicates a break in check number sequence*     *(checks could be listed under Automated Checks)*

---



**Access Fifty Checking**

WACHOVIA

| 02 | | | 40 | 9 | 104 | 1,612 |
|----|--|--|----|---|-----|-------|

## Automated Checks

| Number | Amount | Date | Description |
|--------|--------|------|-------------|
| 7285 | 125.00 | 8/14 | AUTOMATED CHECK SEARS PAYMENT    CHECK PYMT<br>CO. ID. CITI SEARS 060814 ARC<br>MISC 7285 |
| 7289 | 773.28 | 8/22 | AUTOMATED CHECK WFHM MORTGAGE    CHECKPAYMT<br>CO. ID. 6708044134 060822 ARC<br>MISC 7289 |
| 7290 | 200.00 | 8/21 | AUTOMATED CHECK DISCOVER ARC    PAYMENTS<br>CO. ID. 5510020270 060821 ARC<br>MISC 7290 |
| 7291 | 350.00 | 8/21 | AUTOMATED CHECK CHASE    CHECK PYMT<br>CO. ID. 9200602070 060821 ARC<br>MISC 7291 |
| 7295 | 100.00 | 8/29 | AUTOMATED CHECK LOWES/GEMB    CHECKPAYMT<br>CO. ID. 0818200406 060829 ARC<br>MISC 7295 |
| 7296 | 205.46 | 8/29 | AUTOMATED CHECK BP PAYMENT    CHECK PYMT<br>CO. ID. CITI OILS 060829 ARC<br>MISC 7296 |
| **Total** | **$1,753.74** | | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 8/10 | 35.00 | OVERDRAFT/UNAVAILABLE FUNDS FEE<br>1 TRANSACTION(S) AT   $35.00 |
| 8/10 | 50.00 | AUTOMATED DEBIT SMITH BARNEY   AFT<br>CO. ID. 1131912900 060810 PPD |
| 8/11 | 35.00 | NSF FEE FOR ITEM   000000007284,   $320.00<br>AUTOMATED CHECK CHASE    RDP CHECK |
| 8/14 | 35.00 | OVERDRAFT/UNAVAILABLE FUNDS FEE<br>1 TRANSACTION(S) AT   $35.00 |
| 8/18 | 0.00 | INQUIRY   3949 ATLANTA HIGHWAY  7028-000798 |
| 8/18 | 100.00 | WITHDRAWAL  DALRAIDA    08/18<br>3949 ATLANTA HIGH MONTGOMERY  AL 7028W000799 |
| 8/28 | 0.00 | INQUIRY   3949 ATLANTA HIGHWAY  7028-001754 |
| 8/28 | 100.00 | WITHDRAWAL  DALRAIDA    08/25<br>3949 ATLANTA HIGH MONTGOMERY  AL 7028W001755 |
| 8/30 | 150.00 | AUTOMATED DEBIT ALFA LIFE    ALFA LIFE<br>CO. ID. 1630338648 060830 PPD |
| 9/07 | 0.00 | INQUIRY   3949 ATLANTA HIGHWAY  7028-003344 |
| 9/07 | 2.00 | SERVICE FEE |
| **Total** | **$507.00** | |

---

**WACHOVIA BANK, NATIONAL ASSOCIATION , AUBURN**



## Access Fifty Checking

**WACHOVIA**

01     ████████ 83   40    23   104     1,718       ▬▬   ▬▬

ılıllıllıllıllıllıllıllıllıllıllıllıllıllıll

ARTHUR T FLOWERS OR
SUZANNE FLOWERS          PB
3345 HABERSHAM ROAD
MONTGOMERY AL 36109

---

## Access Fifty Checking         9/08/2006 thru 10/10/2006

Account number:

Account owner(s):    ARTHUR T FLOWERS OR
                SUZANNE FLOWERS

## Account Summary

| | |
|---|---|
| Opening balance 9/08 | $2,422.93 |
| Deposits and other credits | 2,870.14 + |
| Checks | 2,244.07 - |
| Automated Checks | 135.11 - |
| Other withdrawals and service fees | 199.44 - |
| **Closing balance 10/10** | **$2,714.45** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 9/15 | 893.57 | AUTOMATED CREDIT FAMILY GUIDANCE  PAYROLL DI CO. ID. 630400591  060915 PPD |
| 9/20 | 1,083.00 | AUTOMATED CREDIT US TREASURY 303  SOC SEC CO. ID. 3031036030 060920 PPD |
| 9/29 | 893.57 | AUTOMATED CREDIT FAMILY GUIDANCE  PAYROLL DI CO. ID. 630400591  060929 PPD |
| **Total** | **$2,870.14** | |

## Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 0000 | 500.45 | 9/12 | 7310 | 20.09 | 9/19 | 7321* | 147.05 | 9/28 |
| 0000 | 135.52 | 9/15 | 7311 | 161.34 | 9/20 | 7322 | 50.05 | 10/03 |
| 7301* | 90.00 | 9/15 | 7312 | 13.18 | 9/25 | 7323 | 92.06 | 10/05 |
| 7302 | 18.69 | 9/19 | 7313 | 222.00 | 9/26 | 7324 | 83.52 | 10/04 |
| 7303 | 35.00 | 9/11 | 7314 | 41.76 | 9/26 | 7325 | 97.00 | 10/04 |
| 7304 | 69.00 | 9/11 | 7315 | 27.57 | 9/26 | 7326 | 26.44 | 10/03 |
| 7306* | 36.56 | 9/12 | 7316 | 42.35 | 9/28 | 7327 | 22.54 | 10/04 |
| 7307 | 138.00 | 9/14 | 7317 | 41.23 | 9/27 | 7328 | 62.57 | 10/04 |
| 7309* | 45.10 | 9/19 | 7319* | 25.00 | 9/27 | **Total** | **$2,244.07** | |

*\* Indicates a break in check number sequence    (checks could be listed under Automated Checks)*

---



**Access Fifty Checking**



02    [redacted]    283  40          23  104          1,719

## Automated Checks

| Number | Amount | Date | Description |
|--------|--------|------|-------------|
| 7320 | 135.11 | 10/02 | AUTOMATED CHECK  BP PAYMENT    CHECK PYMT  CO. ID. CITI OILS  061002 ARC  MISC 7320 |
| **Total** | **$135.11** | | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 9/25 | 47.44 | PURCHASE   WAL-MART #5348        09/23  MONTGOMERY  AL 7028I206654 |
| 9/28 | 150.00 | AUTOMATED DEBIT  ALFA LIFE        ALFA LIFE  CO. ID. 1630338648 060928 PPD |
| 10/10 | 2.00 | SERVICE FEE |
| **Total** | **$199.44** | |

## Service Fees

| Description | Quantity | Amount | Total |
|-------------|----------|--------|-------|
| CHECK ENCLOSURE FEE | 1 | 2.00 | 2.00 |
| **Total Fee(s)** | | | **$2.00** |
| Average balance | | | $2,673.33 |
| Minimum balance | | | $1,643.92 |

**Wachovia Online Statements Now Available.**
Sign up for free Online Statements today to view, print and save up to 16 months of your bank statements.  To sign up for Online Statements, simply log in to Online Banking at wachovia.com and select *View Paper Statements*.  Not an Online Banking Customer?  Enroll in Online Banking today at wachovia.com/enroll or by calling 800-950-2296.

Department of the Treasury — Internal Revenue Service

Form **1040A**    **U.S. Individual Income Tax Return** (99)  **2005**    IRS Use Only — Do not write or staple in this space.

| | | |
|---|---|---|
| **Label**<br>(See instructions.) | Your first name and initial    Last name<br>ARTHUR        T   FLOWERS | OMB No. 1545-0074<br>Your social security number |
| **Use the<br>IRS label.**<br>Otherwise,<br>please print<br>or type. | If a joint return, spouse's first name and initial    Last name<br>KATHRYN      S   FLOWERS | Spouse's social security number |
| | Home address (number and street). If you have a P.O. box, see instructions.    Apartment no.<br>3345 HABERSHAM RD | ▲ **You must enter<br>your SSN(s) above** ▲ |
| | City, town or post office. If you have a foreign address, see instructions.    State   ZIP code<br>MONTGOMERY                                    AL   36109 | Checking a box below will<br>not change your<br>tax or refund |

**Presidential<br>Election<br>Campaign**    ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ ☐ **You**  ☐ **Spouse**

**Filing<br>status**

Check only<br>one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here ▶ _____
4 ☐ Head of household (with qualifying person). (See instructions.)
If the qualifying person is a child but not your dependent, enter this child's name here ▶ _____
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

If more than six<br>dependents,<br>see instructions.

6a ☒ **Yourself.**  If someone can claim you as a dependent, **do not** check box 6a . . . . . . . . . . .

b ☒ **Spouse** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Boxes<br>checked on<br>6a and 6b . . . . . **2**

c **Dependents:**

| (1)   First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

No. of children<br>on 6c who:<br>● lived with you . . . . . . ___<br>● did not live with you due to divorce or separation . . . . ___<br>Dependents on 6c not entered above . . ___

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . . . . . .    Add numbers on lines above ► **2**

**Income**

Attach Form(s)<br>W-2 here. Also<br>attach Form(s)<br>1099-R if tax<br>was withheld.

If you did not<br>get a W-2,<br>see instructions.

Enclose, but<br>do not attach,<br>any payment.

7  Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . . . . . .  7    26,585.
8a **Taxable** interest. Attach Schedule 1 if required . . . . . . . . . . . . . . . . . . . .  8a    1.
  b Tax-exempt interest. **Do not** include on line 8a . . . . .  8b
9a Ordinary dividends. Attach Schedule 1 if required . . . . . . . . . . . . . . . . . .  9a
  b Qualified dividends (see instructions) . . . . . . . . . . . .  9b
10  Capital gain distributions (see instructions) . . . . . . . . . . . . . . . . . . . . . . .  10
11a IRA distributions . . . . . . . . . . . . .  11a          11b Taxable amount . . . .  11b
12a Pensions and annuities . . . . . . . .  12a          12b Taxable amount . . . .  12b
13  Unemployment compensation and Alaska Permanent Fund dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  13
14a Social security benefits . . . . . . . . .  14a    13,500.  14b Taxable amount . . . . . .  14b    668.
15  Add lines 7 through 14b (far right column). This is your **total income** . . . . . . . . . . . ►  15    27,254.

**Adjusted<br>gross<br>income**

16  Educator expenses (see instructions) . . . . . . . . . . . . . . . .  16
17  IRA deduction (see instructions) . . . . . . . . . . . . . . . . . . . .  17
18  Student loan interest deduction (see instructions) . . . . . . . . . .  18
19  Tuition and fees deduction (see instructions) . . . . . . . . . . . . .  19
20  Add lines 16 through 19. These are your **total adjustments** . . . . . . . . . . . . . . . . . . . . .  20
21  Subtract line 20 from line 15. This is your **adjusted gross income** . . . . . . . . . . . . . . . ►  21    27,254.

**BAA** For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.    Form **1040A** (2005)

⑤

Form **1040A** (2005)  ARTHUR T & KATHRYN S FLOWERS ████████████████     Page **2**

| Tax, credits, and payments | | | |
|---|---|---|---|
| | 22  Enter the amount from line 21 (adjusted gross income) | **22** | 27,254. |

**23a** Check if: ☐ You were born before January 2, 1941, ☐ Blind  ☐ Spouse was born before January 2, 1941, ☐ Blind  Total boxes checked ▶ **23a** ☐

**b** If you are married filing separately and your spouse itemizes deductions, see instructions and check here. ▶ **23b** ☐

| **Standard Deduction for —** | | | |
|---|---|---|---|
| • People who checked any box on line 23a or 23b **or** who can be claimed as a dependent, see instructions. | 24  Enter your **standard deduction** (see left margin) | **24** | 10,000. |
| | 25  Subtract line 24 from line 22. If line 24 is more than line 22, enter -0- | **25** | 17,254. |
| | 26  If line 22 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d | **26** | 6,400. |
| • All others: Single or Married filing separately, $5,000 | 27  Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your **taxable income** ▶ | **27** | 10,854. |
| | 28  **Tax,** including any alternative minimum tax (see instructions) | **28** | 1,088. |
| Married filing jointly or Qualifying widow(er), $10,000 | 29  Credit for child and dependent care expenses. Attach Schedule 2  **29** | | |
| | 30  Credit for the elderly or the disabled. Attach Schedule 3  **30** | | |
| | 31  Education credits. Attach Form 8863  **31** | | |
| Head of Household, $7,300 | 32  Retirement savings contributions credit. Attach Form 8880  **32**  300. | | |
| | 33  Child tax credit (see instructions). Attach Form 8901 if required  **33** | | |
| | 34  Adoption credit. Attach Form 8839  **34** | | |
| | 35  Add lines 29 through 34. These are your **total credits** | **35** | 300. |
| | 36  Subtract line 35 from line 28. If line 35 is more than line 28, enter -0- | **36** | 788. |
| | 37  Advance earned income credit payments from Form(s) W-2 | **37** | |
| | 38  Add lines 36 and 37. This is your **total tax** ▶ | **38** | 788. |
| | 39  Federal income tax withheld from Forms W-2 and 1099  **39**  2,058. | | |
| **If you have a qualifying child, attach Schedule EIC.** | 40  2005 estimated tax payments and amount applied from 2004 return  **40** | | |
| | **41a** Earned income credit (EIC)  **41a** | | |
| | **b** Nontaxable combat pay election.  **41 b** | | |
| | 42  Additional child tax credit. Attach Form 8812  **42** | | |
| | 43  Add lines 39, 40, 41a, and 42. These are your **total payments** ▶ | **43** | 2,058. |

| **Refund** | | | |
|---|---|---|---|
| | 44  If line 43 is more than line 38, subtract line 38 from line 43. This is the amount you **overpaid** | **44** | 1,270. |
| Direct deposit? See instructions and fill in 45b, 45c, and 45d. | **45a** Amount of line 44 you want **refunded to you** | **45a** | 1,270. |
| | ▶ **b** Routing number ████████████  ▶ **c** Type: ☒ Checking  ☐ Savings | | |
| | ▶ **d** Account number ████████████ | | |
| | 46  Amount of line 44 you want **applied to your 2006 estimated tax**  **46** | | |

| **Amount you owe** | | | |
|---|---|---|---|
| | 47  **Amount you owe.** Subtract line 43 from line 38. For details on how to pay, see instructions ▶ | **47** | |
| | 48  Estimated tax penalty (see instructions)  **48** | | |

| **Third party designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ **Yes.** Complete the following. ☐ **No.** |
|---|---|

Designee's name ▶ Preparer     Phone no. ▶     Personal identification number (PIN) ▶

| **Sign here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge. |
|---|---|

Joint return? See instructions. ▶
Keep a copy for your records.

| Your signature | Date | Your occupation  DISABLED | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation  MANAGER | |

| **Paid preparer's use only** | Preparer's signature ▶ | Date | Check if self-employed ☒ | Preparer's SSN or PTIN ████████ |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | Professional Tax, LLC  1711 Taliaferro Trail  Montgomery          AL  36117 | EIN  63-1274135  Phone no. (334) 396-3337 | |

Form **8880**

Department of the Treasury
Internal Revenue Service

## Credit for Qualified Retirement Savings Contributions

► Attach to Form 1040 or Form 1040A.
► See instructions.

OMB No. 1545-0074

**2005**

Attachment
Sequence No. **129**

Name(s) shown on return

ARTHUR T & KATHRYN S FLOWERS

Your social security number

**CAUTION:** You **cannot** take this credit if **either** of the following applies.

- The amount on Form 1040, line 38, or Form 1040A, line 22, is more than $25,000 ($37,500 if head of household; $50,000 if married filing jointly).
- The person(s) who made the qualified contribution or elective deferral **(a)** was born after January 1, 1988, **(b)** is claimed as a dependent on someone else's 2005 tax return, or **(c)** was a **student** (see instructions).

| | | | (a) You | (b) Your spouse |
|---|---|---|---|---|
| 1 | Traditional and Roth IRA contributions for 2005. **Do not** include rollover contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 600. | |
| 2 | Elective deferrals to a 401(k) or other qualified employer plan, voluntary employee contributions, and 501(c)(18)(D) plan contributions for 2005 (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | | |
| 3 | Add lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 600. | |
| 4 | Certain distributions received **after** 2002 and **before** the due date (including extensions) of your 2005 tax return (see instructions). If married filing jointly, include **both** spouses' amounts in **both** columns. See instructions for an exception . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | | |
| 5 | Subtract line 4 from line 3. If zero or less, enter -0- . . . . . . . . . . . . . . . . . | 5 | 600. | |
| 6 | In each column, enter the **smaller** of line 5 or $2,000 . . . . . . . . . . . . . . . | 6 | 600. | |

| 7 | Add the amounts on line 6. If zero, **stop**; you cannot take this credit . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | 600. |
|---|---|---|---|
| 8 | Enter the amount from Form 1040, line 38*, or Form 1040A, line 22 . . . . . . . . . . | 8 | 27,254. |

9  Enter the applicable decimal amount shown below:

| If line 8 is— | | And your filing status is— | | | | | |
|---|---|---|---|---|---|---|---|
| Over— | But not over— | Married filing jointly | Head of household | Single, Married filing separately, or Qualifying widow(er) | | | |
| | | Enter on line 9— | | | | | |
| --- | $15,000 | .5 | .5 | .5 | | | |
| $15,000 | $16,250 | .5 | .5 | .2 | | | |
| $16,250 | $22,500 | .5 | .5 | .1 | | 9 | X   0.5000 |
| $22,500 | $24,375 | .5 | .2 | .1 | | | |
| $24,375 | $25,000 | .5 | .1 | .1 | | | |
| $25,000 | $30,000 | .5 | .1 | .0 | | | |
| $30,000 | $32,500 | .2 | .1 | .0 | | | |
| $32,500 | $37,500 | .1 | .1 | .0 | | | |
| $37,500 | $50,000 | .1 | .0 | .0 | | | |
| $50,000 | --- | .0 | .0 | .0 | | | |

**Note:** If line 9 is zero, **stop**; you cannot take this credit.

| 10 | Multiply line 7 by line 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 10 | 300. |
|---|---|---|---|---|---|
| 11 | Enter the amount from Form 1040, line 46, or Form 1040A, line 28 . . . . . . . . . . . . | 11 | 1,088. | | |
| 12 | Enter the total of your credits from Form 1040, lines 47 through 50, or Form 1040A, lines 29 through 31 . . . . . . . . . . . . . . . . . . | 12 | | | |
| 13 | Subtract line 12 from line 11. If zero, **stop**; you cannot take this credit . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 13 | 1,088. |
| 14 | **Credit for qualified retirement savings contributions** Enter the **smaller** of line 10 or line 13 here and on Form 1040, line 51, or Form 1040A, line 32 . . . . . . . . . . . . . . . . . . | | | 14 | 300. |

*See Publication 590 for the amount to enter if you are filing Form 2555, 2555-EZ, or 4563 or you are excluding income from Puerto Rico.

**BAA For Paperwork Reduction Act Notice, see instructions.**

Form **8880** (2005)

**Two-Year Comparison**                          **2005**

| Name(s) Shown on Return | | | Social Security Number | |
|---|---|---|---|---|
| ARTHUR T & KATHRYN S FLOWERS | | | | |

| Income | 2004 | 2005 | Difference | % |
|---|---|---|---|---|
| Wages, salaries, tips, etc | 26,122. | 26,585. | 463. | 1.77 |
| Interest and dividend income | 1. | 1. | 0. | 0.00 |
| State tax refund | | | | |
| Business income (loss) | | | | |
| Capital and other gains (losses) | | | | |
| IRA distributions | | | | |
| Pensions and annuities | | | | |
| Rents and royalties | | | | |
| Partnerships, Scorps, etc | | | | |
| Farm income (loss) | | | | |
| Social security benefits | | 668. | 668. | |
| Income other than the above | -22,345. | | 22,345. | 100.00 |
| Total Income | 3,778. | 27,254. | 23,476. | 621.39 |
| Adjustments to Income | 600. | | -600. | -100.00 |
| Adjusted Gross Income | 3,178. | 27,254. | 24,076. | 757.58 |
| | | | | |
| Itemized Deductions | | | | |
| Medical and dental | 2,409. | 508. | -1,901. | -78.91 |
| Income or sales tax | 860. | 1,190. | 330. | 38.37 |
| Real estate taxes | 294. | 294. | 0. | 0.00 |
| Personal property and other taxes | 16. | 86. | 70. | 437.50 |
| Interest paid | 6,458. | 7,012. | 554. | 8.58 |
| Gifts to charity | 803. | 535. | -268. | -33.37 |
| Casualty and theft losses | | | | |
| Miscellaneous | 111. | | -111. | -100.00 |
| Phaseout of itemized deductions | | | | |
| Total Itemized Deductions | 10,951. | 9,625. | -1,326. | -12.11 |
| Standard or Itemized Deduction | 10,951. | 10,000. | -951. | -8.68 |
| Exemption Amount | 6,200. | 6,400. | 200. | 3.23 |
| | | | | |
| Taxable Income | 0. | 10,854. | 10,854. | |
| | | | | |
| Income tax | 0. | 1,088. | 1,088. | |
| Additional income taxes | | | | |
| Alternative minimum tax | | | | |
| Total Income Taxes | 0. | 1,088. | 1,088. | |
| Nonbusiness credits | | 300. | 300. | |
| Business credits | | | | |
| Total Credits | | 300. | 300. | |
| Self-employment tax | | | | |
| Other taxes | | | | |
| Total Tax After Credits | 0. | 788. | 788. | |
| Withholding | 2,003. | 2,058. | 55. | 2.75 |
| Estimated and extension payments | | | | |
| Earned income credit | | | | |
| Additional child tax credit | | | | |
| Other payments | | | | |
| Total Payments | 2,003. | 2,058. | 55. | 2.75 |
| Form 2210 penalty | | | | |
| Applied to next year's estimated tax | | | | |
| Refund | 2,003. | 1,270. | -733. | -36.60 |
| Balance Due | | | | |

Current year effective tax rate ........ 2.89 %

# Tax History Report                               **2005**

► Keep for your records

| Name(s) Shown on Return | | | | Social Security Number |
|---|---|---|---|---|
| ARTHUR T & KATHRYN S FLOWERS | | | | |

| | Five Year Tax History: | | | | |
|---|---|---|---|---|---|
| | **2001** | **2002** | **2003** | **2004** | **2005** |
| Filing status . . . . . . . . . . . . . . . . . . . . . . | MFJ | MFJ | MFJ | MFJ | MFJ |
| Total income . . . . . . . . . . . . . . . . . . . . | 107,238. | 16,926. | -22,304. | 3,778. | 27,254. |
| Adjustments to income . . . . . . . . . . . . | | | 600. | 600. | |
| Adjusted gross income . . . . . . . . . . . . | 107,238. | 16,926. | -22,904. | 3,178. | 27,254. |
| Tax expense . . . . . . . . . . . . . . . . . . | 5,108. | 1,886. | 1,195. | 1,170. | 1,570. |
| Interest expense . . . . . . . . . . . . . . . | 13,384. | 12,299. | 11,900. | 6,458. | 7,012. |
| Contributions . . . . . . . . . . . . . . . . . | 170. | 800. | | 803. | 535. |
| Miscellaneous deductions . . . . . . . | | | 180. | 111. | |
| Other itemized deductions . . . . . . | | 3,626. | 1,957. | 2,409. | 508. |
| Total itemized/standard deduction . . . | 18,662. | 18,611. | 15,232. | 10,951. | 10,000. |
| Personal exemptions . . . . . . . . . . . . . . . | 5,800. | 6,000. | 6,100. | 6,200. | 6,400. |
| Taxable income . . . . . . . . . . . . . . . . . . | 82,776. | 0. | 0. | 0. | 10,854. |
| Tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17,113. | | | | 1,088. |
| Alternative minimum tax . . . . . . . . . . . | | | | | |
| Total credits . . . . . . . . . . . . . . . . . . . . . | | | | | 300. |
| Other taxes . . . . . . . . . . . . . . . . . . . . . | 1,269. | 107. | | | |
| Payments . . . . . . . . . . . . . . . . . . . . . . . | 18,531. | 5,432. | 2,429. | 2,003. | 2,058. |
| Form 2210 penalty . . . . . . . . . . . . . . . . | | | | | |
| Amount owed . . . . . . . . . . . . . . . . . . . . . | | | | | |
| Applied to next year's estimated tax . . . . . . . . . . . . . . . . . | | | | | |
| Refund . . . . . . . . . . . . . . . . . . . . . . . . . . | 149. | 5,325. | 2,429. | 2,003. | 1,270. |
| Effective tax rate % . . . . . . . . . . . . . . . | 15.96 | 0.00 | 0.00 | 0.00 | 2.89 |

# Tax Summary Report                                   **2005**

| Name(s) Shown on Return | Social Security Number |
|---|---|
| ARTHUR T & KATHRYN S FLOWERS | |

Filing status .......... <u>Married Filing Jointly</u>       Number of exemptions ................. <u>2</u>

## Gross Income

| | |
|---|---:|
| Wages and salaries .................................................. | 26,585. |
| Interest and dividend income ...................................... | 1. |
| Business income (loss) .............................................. | |
| Capital gains (losses) ............................................... | |
| Pensions and annuities ............................................. | |
| Rents, royalties, partnerships, etc ............................... | |
| Farm income (loss) .................................................. | |
| Social security benefits ............................................ | 668. |
| Other income ......................................................... | |
| **Total Gross Income** ............................................. | 27,254. |

| | |
|---|---:|
| **Adjustments to Income** .......................................... | |

| | | |
|---|---:|---:|
| **Adjusted Gross Income** ............ (Last year's AGI) ........ | 3,178. | 27,254. |

## Itemized/Standard Deductions

| | |
|---|---:|
| Medical ................................................................ | 508. |
| Taxes .................................................................. | 1,570. |
| Interest ................................................................ | 7,012. |
| Contributions ......................................................... | 535. |
| Casualty .............................................................. | |
| Miscellaneous ........................................................ | |
| Phaseout of itemized deductions ................................. | |
| **Total Itemized Deductions** ..................................... | 9,625. |
| Standard deduction .................................................. | 10,000. |
| Exemption amount ................................................... | 6,400. |

| | |
|---|---:|
| **Taxable Income** .................................................. | 10,854. |

| | |
|---|---:|
| Regular tax .......................................................... | 1,088. |
| Alternative minimum tax ............................................ | |
| **Total Taxes before Credits** ................................... | 1,088. |
| Nonbusiness credits ................................................ | 300. |
| Business credits ..................................................... | |
| **Total Credits** .................................................... | 300. |
| Self-employment tax ................................................ | |
| Other taxes .......................................................... | |

| | |
|---|---:|
| **Total Tax** ......................................................... | 788. |

| | |
|---|---:|
| Withholding .......................................................... | 2,058. |
| Estimated payments ................................................. | |
| Other payments ...................................................... | |
| **Total Payments** ................................................. | 2,058. |
| Form 2210 penalty .................................................. | |
| Refund applied to next year's estimated tax .................... | |

| | |
|---|---:|
| **Refund** ............................................................ | 1,270. |

| | |
|---|---:|
| **Amount Due** ...................................................... | 0. |

| | |
|---|---:|
| Effective tax rate .................................................... | 2.89 % |

Department of the Treasury — Internal Revenue Service

Form **1040**  **U.S. Individual Income Tax Return** **2004**  (99)  IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2004, or other tax year beginning _____ , 2004, ending _____ , 20 ___    OMB No. 1545-0074

**Label** (See instructions.)

Your first name: ARTHUR  MI: T  Last name: FLOWERS    Your social security number

If a joint return, spouse's first name: KATHRYN  MI: S  Last name: FLOWERS    Spouse's social security number

**Use the IRS label. Otherwise, please print or type.**

Home address (number and street). If you have a P.O. box, see instructions.  Apartment no.
3345 HABERSHAM RD

City, town or post office. If you have a foreign address, see instructions.  State  ZIP code
MONTGOMERY    AL  36109

▲ **Important!** ▲
You **must** enter your social security number(s) above.

**Presidential Election Campaign** (See instructions.)
► Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ............ ►  You: Yes ☐ No ☒  Spouse: Yes ☐ No ☒

**Filing Status**
Check only one box.
1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here ►
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a ............
b ☒ **Spouse** ...............................................
Boxes checked on 6a and 6b .. 2

c **Dependents:**

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions.

No. of children on 6c who:
● lived with you ..... 
● did not live with you due to divorce or separation (see instrs) ...
Dependents on 6c not entered above ...
Add numbers on lines above .... ► 2

d Total number of exemptions claimed .......................................... 2

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 ................................... | 7 | 26,122. |
| 8a **Taxable interest.** Attach Schedule B if required............................. | 8a | 1. |
| b **Tax-exempt** interest. **Do not** include on line 8a............. | 8b | |
| 9a Ordinary dividends. Attach Schedule B if required ............................ | 9a | |
| b Qualfd divs (see instrs) | 9b | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) ............ | 10 | |
| 11 Alimony received ........................................................ | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ.......................... | 12 | |
| 13 Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here.................... ► ☐ | 13 | |
| 14 Other gains or (losses). Attach Form 4797.................................. | 14 | |
| 15a IRA distributions .......... 15a _____ b Taxable amount (see instrs) .. | 15b | |
| 16a Pensions and annuities .... 16a _____ b Taxable amount (see instrs) .. | 16b | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E .... | 17 | |
| 18 Farm income or (loss). Attach Schedule F................................... | 18 | |
| 19 Unemployment compensation ............................................ | 19 | |
| 20a Social security benefits .... 20a _____ b Taxable amount (see instrs) .. | 20b | |
| 21 Other income NET OPERATING LOSS ...................................... | 21 | -22,345. |
| 22 Add the amounts in the far right column for lines 7 through 21. This is your **total income.** ► | 22 | 3,778. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 Educator expenses (see instructions)................. | 23 | | |
| 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ .................. | 24 | | |
| 25 IRA deduction (see instructions)................... | 25 | 600. | |
| 26 Student loan interest deduction (see instructions)........... | 26 | | |
| 27 Tuition and fees deduction (see instructions)............ | 27 | | |
| 28 Health savings account deduction. Attach Form 8889........ | 28 | | |
| 29 Moving expenses. Attach Form 3903 .................. | 29 | | |
| 30 One-half of self-employment tax. Attach Schedule SE ...... | 30 | | |
| 31 Self-employed health insurance deduction (see instrs)....... | 31 | | |
| 32 Self-employed SEP, SIMPLE, and qualified plans .......... | 32 | | |
| 33 Penalty on early withdrawal of savings ................ | 33 | | |
| 34a Alimony paid b Recipient's SSN .... ► | 34a | | |
| 35 Add lines 23 through 34a .............................................. | 35 | | 600. |
| 36 Subtract line 35 from line 22. This is your **adjusted gross income** ................ ► | 36 | | 3,178. |

Form **1040** (2004)    ARTHUR T & KATHRYN S FLOWERS                                                    Page **2**

| **Tax and Credits** | 37 | Amount from line 36 (adjusted gross income) | | 37 | 3,178. |
|---|---|---|---|---|---|
| | 38a | Check if: ☐ You were born before January 2, 1940, ☐ Blind. **Total boxes** <br> ☐ Spouse was born before January 2, 1940, ☐ Blind. **checked ►** 38a | | | |
| **Standard Deduction for —** | b | If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here ► 38b ☐ | | | |
| • People who checked any box on line 38a or 38b or who can be claimed as a dependent, see instructions. | 39 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | 39 | 10,951. |
| | 40 | Subtract line 39 from line 37 | | 40 | -7,773. |
| | 41 | If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see the worksheet in the instructions. | | 41 | 6,200. |
| | 42 | Taxable income. Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- | | 42 | 0. |
| • All others: | 43 | Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | | 43 | 0. |
| Single or Married filing separately, $4,850 | 44 | **Alternative minimum tax** (see instructions). Attach Form 6251 | | 44 | |
| | 45 | Add lines 43 and 44 ► | | 45 | 0. |
| Married filing jointly or Qualifying widow(er), $9,700 | 46 | Foreign tax credit. Attach Form 1116 if required | 46 | | |
| | 47 | Credit for child and dependent care expenses. Attach Form 2441 | 47 | | |
| | 48 | Credit for the elderly or the disabled. Attach Schedule R | 48 | | |
| Head of household, $7,150 | 49 | Education credits. Attach Form 8863 | 49 | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | | |
| | 51 | Child tax credit (see instructions) | 51 | | |
| | 52 | Adoption credit. Attach Form 8839 | 52 | | |
| | 53 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | 53 | | |
| | 54 | Other credits. Check applicable box(es): a ☐ Form 3800 <br> b ☐ Form 8801 c ☐ Specify | 54 | | |
| | 55 | Add lines 46 through 54. These are your **total credits** | | 55 | |
| | 56 | Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- ► | | 56 | 0. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | | 57 | |
| | 58 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 59 | |
| | 60 | Advance earned income credit payments from Form(s) W-2 | | 60 | |
| | 61 | Household employment taxes. Attach Schedule H | | 61 | |
| | 62 | Add lines 56-61. This is your **total tax** ► | | 62 | 0. |
| **Payments** | 63 | Federal income tax withheld from Forms W-2 and 1099 | 63 | 2,003. | |
| If you have a qualifying child, attach Schedule EIC. | 64 | 2004 estimated tax payments and amount applied from 2003 return | 64 | | |
| | 65a | **Earned income credit (EIC)** No | 65a | | |
| | b | Nontaxable combat pay election ► 65b | | | |
| | 66 | Excess social security and tier 1 RRTA tax withheld (see instructions) | 66 | | |
| | 67 | Additional child tax credit. Attach Form 8812 | 67 | | |
| | 68 | Amount paid with request for extension to file (see instructions) | 68 | | |
| | 69 | Other pmts from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 69 | | |
| | 70 | Add lines 63, 64, 65a, and 66 through 69. These are your **total payments** ► | | 70 | 2,003. |
| **Refund** | 71 | If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you **overpaid** | | 71 | 2,003. |
| Direct deposit? See instructions and fill in 72b, 72c, and 72d. | 72a | Amount of line 71 you want **refunded to you** ► | | 72a | 2,003. |
| | ►b | Routing number ____ ►c Type: ☒ Checking ☐ Savings | | | |
| | ►d | Account number ____ | | | |
| | 73 | Amount of line 71 you want applied to your 2005 estimated tax ► 73 | | | |
| **Amount You Owe** | 74 | Amount you owe. Subtract line 70 from line 62. For details on how to pay, see instructions | | 74 | |
| | 75 | Estimated tax penalty (see instructions) 75 | | | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ **Yes.** Complete the following. ☐ **No** |
|---|---|
| | Designee's name ► Preparer  Phone no. ►  Personal identification number (PIN) |

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature ► | Date | Your occupation DISABLED | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. ► | Date | Spouse's occupation MANAGER | |

| **Paid Preparer's Use Only** | Preparer's signature ► | Date | Check if self-employed ☒ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ► Professional Tax, LLC <br> 1711 Taliaferro Trail <br> Montgomery                   AL   36117 | | EIN 63-1274135 <br> Phone no. (334) 396-3337 | |

Form **1040** (2004)

| SCHEDULE A<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service    (99) | **Itemized Deductions**<br><br>▶ Attach to Form 1040.<br>▶ See Instructions for Schedule A (Form 1040). | OMB No. 1545-0074<br><br>**2004**<br><br>07 |
|---|---|---|

Name(s) shown on Form 1040  
ARTHUR T & KATHRYN S FLOWERS

Your social security number

| Medical<br>and<br>Dental<br>Expenses | | **Caution.** Do not include expenses reimbursed or paid by others. | | | |
|---|---|---|---|---|---|
| | 1 | Medical and dental expenses (see instructions) | 1 | 2,647. | |
| | 2 | Enter amount from Form 1040, line 37 .... **2** 3,178. | | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | 238. | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | **4** | 2,409. |
| **Taxes You Paid**<br><br>(See instructions.) | 5 | State and local (check only one box):<br>a ☐ Income taxes, **or**<br>b ☒ General sales taxes (see instructions) | 5 | 860. | |
| | 6 | Real estate taxes (see instructions) | 6 | 294. | |
| | 7 | Personal property taxes | 7 | 16. | |
| | 8 | Other taxes. List type and amount ▶ _____ | 8 | | |
| | 9 | Add lines 5 through 8 | | **9** | 1,170. |
| **Interest You Paid**<br><br>(See instructions.)<br><br>**Note.**<br>Personal interest is not deductible. | 10 | Home mtg interest and points reported to you on Form 1098 | 10 | 6,458. | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ▶<br>_____<br>_____<br>_____ | 11 | | |
| | 12 | Points not reported to you on Form 1098. See instrs for spcl rules | 12 | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instrs.) | 13 | | |
| | 14 | Add lines 10 through 13 | | **14** | 6,458. |
| **Gifts to Charity**<br><br>If you made a gift and got a benefit for it, see instructions. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 15 | 253. | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 16 | 290. | |
| | 17 | Carryover from prior year | 17 | 260. | |
| | 18 | Add lines 15 through 17 | | **18** | 803. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | **19** | |
| **Job Expenses and Most Other Miscellaneous Deductions**<br><br>(See instructions.) | 20 | Unreimbursed employee expenses— job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶<br>_____<br>_____ | 20 | | |
| | 21 | Tax preparation fees | 21 | 175. | |
| | 22 | Other expenses — investment, safe deposit box, etc. List type and amount ▶ _____ | 22 | | |
| | 23 | Add lines 20 through 22 | 23 | 175. | |
| | 24 | Enter amount from Form 1040, line 37 .... **24** 3,178. | | | |
| | 25 | Multiply line 24 by 2% (.02) | 25 | 64. | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | **26** | 111. |
| **Other Miscellaneous Deductions** | 27 | Other — from list in the instructions. List type and amount ▶ _____ | | **27** | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 37, over $142,700 (over $71,350 if MFS)?<br>☒ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 39.<br>☐ **Yes.** Your deduction may be limited. See instructions for the amount to enter. | ▶ | **28** | 10,951. |

Schedule **A & B** (Form 1040) 2004

Name(s) shown on Form 1040.

ARTHUR T & KATHRYN S FLOWERS

OMB No. 1545-0074          Page **2**

Your social security number

## Schedule B — Interest and Ordinary Dividends

08

| | | | | Amount |
|---|---|---|---|---|
| **Part I**<br>**Interest**<br><br>(See instructions<br>for Form 1040,<br>line 8a.)<br><br>**Note.** If you<br>received a Form<br>1099-INT, Form<br>1099-OID, or<br>substitute statement<br>from a brokerage<br>firm, list the firm's<br>name as the payer<br>and enter the total<br>interest shown on<br>that form. | **1** | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address.................................. ►<br><br>SOUTHTRUST BANK | **1** | 1. |
| | **2** | Add the amounts on line 1.............................................. | **2** | 1. |
| | **3** | Excludable interest on series EE and I U.S. savings bonds issued after 1989.<br>Attach Form 8815 .......................................... | **3** | |
| | **4** | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a............. ► | **4** | 1. |

**Note.** If line 4 is over $1,500, you must complete Part III.

| | | | | Amount |
|---|---|---|---|---|
| **Part II**<br>**Ordinary**<br>**Dividends**<br><br>(See<br>instructions for<br>Form 1040,<br>line 9a.)<br><br>**Note.** If you<br>received a Form<br>1099-DIV or<br>substitute statement<br>from a brokerage<br>firm, list the firm's<br>name as the payer<br>and enter the<br>ordinary dividends<br>shown on that form. | **5** | List name of payer . . . ► | **5** | |
| | **6** | Add the amounts on line 5. Enter the total here and on Form 1040, line 9a .............. ► | **6** | |

**Note.** If line 6 is over $1,500, you must complete Part III.

| **Part III**<br>**Foreign**<br>**Accounts**<br>**and**<br>**Trusts**<br><br>(See<br>instructions.) | You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; or **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | Yes | No |
|---|---|---|---|
| | **7a** At any time during 2004, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1.................................. | | |
| | **b** If 'Yes,' enter the name of the foreign country. . ► | | |
| | **8** During 2004, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions.................................. | | |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.          FDIA0401   05/24/04          Schedule B (Form 1040) 2004

| Form 1040<br>Line 21 | Other Income Statement | 2004<br>Statement ____ |
|---|---|---|

| Name(s) Shown on Return<br>ARTHUR T & KATHRYN S FLOWERS | Social Security Number |
|---|---|

| | | (a)<br>Taxpayer | (b)<br>Spouse |
|---|---|---|---|
| 1 | Child's investment income, from Form 8814 ..................... | | |
| 2 | Gambling winnings: | | |
| a | From Form W-2G.................................................. | | |
| b | Not reported on Form W-2G...................................... | | |
| 3 | Taxable income from Form 1099-MISC: | | |
| a | Substitute payments in lieu of interest or dividends ............. | | |
| b | Other income, prizes, awards, etc. ............................. | | |
| c | Alaska Permanent Fund ......................................... | | |
| 4 | Taxable qualified tuition program distributions from<br>Form 1099-Q ....................................................... | | |
| 5 | Taxable Grants from Form 1099-G ............................... | | |
| 6 | Taxable Coverdell ESA distributions from Form 1099-Q ......... | | |
| 7 | Foreign earned income and housing exclusion, from Form 2555 | | |
| 8 | Net operating loss carryover from a prior year........SEE.STMT | -11,173. | -11,172. |
| 9 | Other income, from Schedule(s) K-1 ............................. | | |
| 10 | Taxable distribution from: | | |
| a | Archer Medical Savings Accounts, and Long-Term Care<br>Insurance Contracts, from Form 8853 ........................... | | |
| b | Health Savings Accounts, from Form 8889 ...................... | | |
| 11 | Refunds or reimbursements of deductions claimed<br>in a prior year: | | |
| a | Reimbursement for deducted medical expenses ................. | | |
| b | Refunds of deducted taxes (other than state or local inc. taxes)<br>*(enter type of tax)* ............... _____ | | |
| c | Recapture of deducted moving expenses ........................ | | |
| d | Reimbursement for deducted casualty or theft loss ............. | | |
| e | Reimbursement for deducted employee business expenses ..... | | |
| f | Other refunds or reimbursements ............................... | | |
| 12 | Recoveries of bad debts deducted in a prior year ............... | | |
| 13 | Jury duty pay ..................................................... | | |
| 14 | Bartering income not reported elsewhere ....................... | | |
| 15 | Income from the rental of personal property ................... | | |
| 16 | Income from the Cancellation of Debt: | | |
| a | From Form 1099-C, Amount of debt canceled (*see Tax Help*) ... | | |
| b | From Schedule(s) K-1 (*see Tax Help*) .......................... | | |
| 17 | Other taxable income: | | |
| | _____ | | |
| | _____ | | |
| | _____ | | |
| | _____ | | |
| 18 | **Total.** Add lines 1 through 17. Enter here and on Form<br>1040, line 21 ..................................................... | -11,173. | -11,172. |

Barry Friedman
Barry Friedman & Associates
257 St. Anthony Street
P.O. Box 2394
Mobile, AL 36652
251-439-7400

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA AT MONTGOMERY

In re:

Arthur T. Flowers, Jr.,

    Debtor.

MBNA America Bank, N.A.,

    Plaintiff,

v.

Arthur T. Flowers, Jr.,

    Defendant.

Bankruptcy Case No. 06-31560

ADV. NO. 07-03009

**PLAINTIFF'S FIRST SET OF
INTERROGATORIES AND
REQUESTS FOR PRODUCTION
TO DEFENDANTS**

TO:  Defendant, Arthur T. Flowers, Jr., and Defendant's attorney of record, Gail Donaldson:

## *INTERROGATORIES*

In accordance with the Federal Rules of Civil Procedure, you are to fully answer, in writing under oath, each of the following Interrogatories, and return the completed set of original Interrogatories along with the answers to the undersigned attorney within thirty (30) days from the date these Interrogatories were served upon you. You are to answer in the spaces provided, inserting additional pages where necessary. You are also to verify or certify your answers under penalty of perjury in the location provided after the last Request For Production. These Interrogatories are continuing in nature until the time of trial, and any and all amendments to the answers provided are to be delivered to the undersigned attorney as soon as the information is either directly or indirectly available to you. Any information not supplied will be objected to at trial.

Each Interrogatory is required to be answered on the basis of your entire knowledge, including but not limited to all information in the possession of you, your directors, officers, agents, representatives, employees and attorneys. If any of the following Interrogatories cannot be answered in full, you are to answer to the fullest extent possible, specifying the

*Exhibit C*

reason for your inability to answer the remainder, and stating whatever information or knowledge you do have concerning the unanswered portion. If your answer is qualified in any way, please set forth the details of such qualification.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

You are requested to produce any and all documents requested herein, and those documents referred to in your answers to the interrogatories within thirty (30) days following the date these requests were served upon you, no later than 2:00 p.m. in the law offices of Barry Friedman for purposes of inspection and copying or, in lieu thereof, to produce those same documents, or true and legible copies, within the same time-frame, by mail or other similarly reliable means to the law offices of Barry Friedman for purposes of inspection and copying.

All documents produced shall be set forth in the order kept in the ordinary course of business, and shall be labeled or otherwise specifically identified so as to correspond and be responsive to all appropriate answers to the Interrogatories and or Requests For Production. The Requests For Production shall be deemed to be continuing in nature, calling for prompt production by you of all documents which come into your possession, custody or control at any time prior to the conclusion of trial in this action, as well as all documents currently in your possession, custody or control.

## DEFINITIONS, PROCEDURES AND INSTRUCTIONS

1.  **Agent:** "Agent" means all persons, including but not limited to any representative authorized to act on the behalf of, or for the benefit of, another person.

2.  **Balance Transfer:** "Balance transfer" means, without limitation, any event whereby any debt on one credit card is satisfied by establishing a corresponding debt by cash advance, convenience check or otherwise on another credit card.

3.  **Communication:** "Communication" means a statement of any nature or description, whether oral or in writing, in which information was transmitted between two or more persons.

4.  **Convenience Check:** "Convenience check" means any negotiable instrument which enables the credit card holder to make purchases or payments and have the debt incurred appear as a balance owing on the credit card through which the instrument was provided.

5.  **Date or Period:** If you do not know the exact date or period, please supply an approximation.

6. **Document:** "Document" means, without limitation, the original and all non-identical copies, whether different from the original by reason of notations thereon or otherwise, and drafts of any kind or nature, regardless of origin or location, which pertain to the designated subject matter, and are now or were formerly in your actual or constructive possession, custody, care or control.

Without limitation of the term as used in the preceding sentence, a document is deemed to be in your control if you have the right to secure it or a copy of it from the person or public or private entity which has actual possession of it. If a document is responsive to a request for identification or production, but it is not in your possession, custody or control, identify the person or entity that has possession, custody or control. If you do not have this information, state what disposition was made of the document, by whom, and the date or dates on which such disposition was made and why.

7. **Identification of Act:** "Describe," "state," "identify" or any forms thereof, when used in reference to an act (including an alleged offense), occurrence, contact, transaction, incident, decision, statement, communication or conduct (hereinafter collectively called "act") means to describe in substance the event or events constituting such an act, what transpired, the place and date and the identification of both all the persons involved and the documents relating or referring thereto.

8. **Identification of Documents:** "Describe," "state," "identify," or any forms thereof, when used in reference to a document, means to set forth, with respect to the original and each copy thereof, its title, or if untitled its nature (e.g., letter memorandum, telegrams, note chart, photograph, sound reproduction, computer printout, etc.), its date, the identity of the author, and, where different, the sender and signer. Also to be included are the identity of the person to whom the original document(s) or any copy was sent, the substance and description of the document sufficient to enable the party propounding these Interrogatories to request its production, the name and last known address of each person who has custody of the document. If it is no longer in your possession, custody, or control, state whether the document was lost, destroyed, or otherwise disposed of, and describe the surrounding circumstances, including your authorization and the date of such disposition. If you claim any privilege against disclosure of any of the above information with respect to any document, describe each such document sufficiently to allow the party propounding these Interrogatories to understand the nature and origin of the document and the reason(s) for the privilege claimed.

9. **Identification of Oral Communication:** "Describe," "state," "identify," or any forms thereof, when used in reference to an oral communication means to state the time, date, and place where the communication occurred, its nature and content, the identity of the individuals participating in or who heard it, and its substance.

10. **Identification of Persons:** "Describe," "state," "identify," or any forms thereof, when used in reference to an individual means to state the individual's full name,

current business and residence addresses, present or last known business affiliation and position and dates so employed, and business affiliation and position at the time in question. When used in reference to an entity, the terms mean to state the type of entity, its official name or designation, and the principal place of business of such entity.

11. **Identification of Statement:** "Describe," "state," "identify," or any forms thereof, when used in reference to a statement means to quote or state as precisely as possible, the time, date, place, and medium through which it was published, and to identify the person or entity making the statement.

12. **Or:** For the purposes of these Interrogatories and Requests, "or" shall be construed either conjunctively or disjunctively to bring within the scope of these Interrogatories and Requests any information which might otherwise be construed to be outside their scope.

13. **Order for Relief:** Order for relief as used herein refers to the date you filed the petition under Chapter 7 of the Bankruptcy Code.

14. **Person:** "Person" means, without limitation, any and all entities including but not limited to all individuals, groups, associations, organizations, or businesses.

15. **Relating To:** For the purposes of these Interrogatories and Requests, "relating to" shall mean pertinent, relevant, or material to, evidencing, having a bearing on, or concerning, affecting, discussing, or otherwise dealing with the subject matter in any way whatsoever.

16. **Representation:** "Representation" means a statement of any nature or description, whether oral or in writing, intended to influence another person.

17. **Statement:** "Statement" includes, but is not limited to, each recordation of an interview or communication with a witness, whether by a signed writing, recording, court reporter notes or document, or otherwise.

18. **Witness:** "Witness" means the name, address, and telephone number of each persons having knowledge of discoverable matters or the item in question.

19. **Other Terms:** The singular includes the plural, and vice versa. The masculine includes the feminine and neutral genders, and the past tense includes the present tense when the clear meaning is not distorted by the change of tense.

20. **Lack of Information:** If you have no information about the subject of a particular Interrogatory or Request, or if for some reason you are unable to answer it, the response should specifically so state. No Interrogatory or Request should be left blank without some response. If you have some information but believe that further information which you know but is not available to you would also be responsive to

the Interrogatory or Request, you should provide the information you know have and specifically state when the balance of all information will be provided. If you cannot provide it all, you should provide the name of the person or entity that would be able to provide it. The fact that a full answer cannot now be given is not a basis for you to fail to provide such information as is currently available or known to you.

21. **Privilege:**  Where an Interrogatory or Request calls for the information or identification of a document or communication which you claim as protected by any privilege or other limitation on disclosure, the answer to the Interrogatory or Request should state the existence of the information, communication, or document. It should also state each privilege or limitation claimed, with a summary of all facts and circumstances upon which the claim is based. You should not claim a privilege without also supplying the information above.

22. **State Each and Every Fact:**  In providing answers to these Interrogatories and Requests, you are to state each and every fact (or forms thereof) pertaining to or supporting a particular event, allegation, contention, answer or set of facts. You are to fully set forth, describe, and identify each and every ultimate evidentiary fact (including but not limited to each and every, act, event, occurrence, omission, transaction, document, communication, and person involved) which you claim or contend constitute, support, or pertain to the particular allegation, contention, answer, or set of facts in question.

## *INTERROGATORIES*

**INTERROGATORY No. 1:**  Please state your age, educational background, and your employment history, including a brief summary of your particular responsibilities in each position held for the last five years.

**ANSWER:**


**INTERROGATORY No. 2:**  Please list the addresses of any residence you have maintained during the five years prior to the filing of the order for relief.

**ANSWER:**


**INTERROGATORY No. 3:**  Please identify all credit card accounts in your name or on which you were a signor within the year prior to filing the order for relief.

**ANSWER:**

**INTERROGATORY No. 4:** From those credit cards identified in response to Interrogatory No. 3, please identify each credit card to which you made any charges, including any and all retail charges, cash advances, balance transfers or convenience checks, in the twelve months preceding the filing of the order for relief.

**ANSWER:**

**INTERROGATORY No. 5:** Please identify from those credit cards listed in the preceding Interrogatories each credit card to which you made any payments within the twelve months preceding the filing of the order for relief, and the source of the funds used for the payment.

**ANSWER:**

**INTERROGATORY No. 6:** Were any charges, including convenience checks, cash advances, balance transfers, or any other charges on any of credit cards identified in any of the preceding Interrogatories incurred in or as a result of any activity related to gambling? If so, please identify the date and amount of these charges and the credit card they were charged to.

**ANSWER:**

**INTERROGATORY No. 7:** Identify each expert or other individuals retained by you or your attorneys whom you expect to call as a witness at trial and, as to each, provide all information discoverable as set forth in FRCP 26(b)(4)(A)(i).

**ANSWER:**

**INTERROGATORY No. 8:**  To the extent not identified in your answers to the preceding Interrogatories, please identify all individuals you intend to call as witnesses at trial, and provide a brief summary of the extent of the testimony of each such individual(s).

**ANSWER:**


**INTERROGATORY No. 9:**  Please provide the date on which you first consulted an attorney or other individual with expertise in bankruptcy matters and the name of the individual consulted.

**ANSWER:**


**INTERROGATORY No. 10:**  Please identify the event or events which you believe did and/or may have directly contributed to your decision to file a petition in bankruptcy.

**ANSWER:**


**INTERROGATORY No. 11:**  Please identify by parties, court and cause number any and all litigation in which you have been a party which resulted in the entry of a judgment against you or any community property in which you have an interest, including any litigation commenced after filing for relief.

**ANSWER:**


**INTERROGATORY No. 12:**  Please identify by parties, court, and cause number any litigation in which you are currently involved but in which a judgment has not been rendered.

**ANSWER:**

1

2       **INTERROGATORY No. 13:**  Identify each person who supplied part of the answers to

3       these Interrogatories and Requests for Production and indicate the part(s) for which each is

4       responsible.

        **ANSWER:**

5

6

7                          *REQUEST FOR PRODUCTION OF DOCUMENTS*

8

9       **REQUEST FOR PRODUCTION No. 1:**  Please produce any and all documents upon

10      which the witnesses identified in your responses to the preceding Interrogatories intend to

11      rely to lay a foundation for, establish, or prove evidence at trial.

12      **REQUEST FOR PRODUCTION No. 2:**  Please produce any and all documents you

13      intend to offer as exhibits at the time of trial and any documents, not privileged, that you

14      may refer to in order to refresh your recollection in advance of or during trial.

15      **REQUEST FOR PRODUCTION No. 3:**  Please produce copies of all monthly statements

16      from the past two years for any and all accounts identified in your answers to the preceding

17      Interrogatories.

18

19      **REQUEST FOR PRODUCTION No. 4:** Please produce all bank statements and check

20      registers for the twelve months prior to the date of filing the order for relief which are

21      related    to    any    accounts    held    by    you    or    the    marital    community.

22

23

24

25

1

2    Barry Friedman & Associates
     Barry Friedman
     257 St. Anthony Street
3    P.O. Box 2394
     Mobile, AL 36652
     Telephone: 251-439-7400

4              UNITED STATES BANKRUPTCY COURT
5          FOR THE MIDDLE DISTRICT OF ALABAMA

| In re:<br>ARTHUR T FLOWERS JR<br>   Debtor. | Bankruptcy Case No 06-31560<br>Adv. No. 0607-03009 |
|---|---|
| MBNA America Bank, N.A.<br>Plaintiff,<br>v.<br>ARTHUR T FLOWERS JR<br>Defendant, | DECLARATION OF PROOF OF<br>SERVICE BY _____ |
| | |

11        I, Barry A Friedman, declare as follows:

12    I am over the age of 18 and not a party to this action, and that on __March 12, 2007, I
      sent by first class mail, postage prepaid, a true and correct copy of Plaintiff's First Set
13    Of Interrogatories And Requests For Production To Defendants and a true and correct
      copy of Plaintiff's First Request For Admission To Defendant to the parties/attorneys
14    listed below:

15    Arthur T Flowers Jr                    Gail Donaldson
      3345 Habersham Road                    Attorney at Law
16    Montgomery, Alabama 36109              400 South Union Street
                                             Montgomery, Alabama 36104
17

18    I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE
19    STATE OF ALABAMA THAT THE FORGOING IS TRUE AND CORRECT.

20    DATED IN MOBILE, AL THIS 12ᵗʰ day of March, 2007

21    _____

22                                    Printed Name: _Barry A Friedman

23

24

25

Page 1-Declaration of Service

**REQUEST FOR PRODUCTION No. 5:** Please produce copies of the two most recent federal income tax returns filed for both your income and the income of your spouse.

**Dated:**

_____
Barry Friedman
Attorney for Plaintiff

Responses provided _____, 2007

_____
Gail Donaldson
Attorney for Defendant

STATE OF _____)
                                                              ) ss.
COUNTY OF _____)

    Arthur T. Flowers, Jr. , being first duly sworn on oath, deposes and says:  That he/she is the defendant; that he has read the foregoing answers to Interrogatories, knows the contents thereof and they are true and correct.

_____
Arthur T. Flowers, Jr.
Defendant

SUBSCRIBED and SWORN to before me on the ___ day of _____, 2007

_____
Notary Public in and for the State of _____
Residing at _____
My commission expires _____

1

2

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA AT MONTGOMERY

3       In re:

4       Arthur T. Flowers, Jr.,                    Bankruptcy Case No. 06-31560

5               Debtor.

6       MBNA America Bank, N.A.,                    Adv. No. 07-03009

7               Plaintiff,                          **PLAINTIFF'S FIRST REQUEST FOR**
        v.                                          **ADMISSION TO DEFENDANT**

8       Arthur T. Flowers, Jr.,

9               Defendant.

10      TO:    Defendant, Arthur T. Flowers, Jr., and Defendant's attorney of record, Gail
               Donaldson:

11

12      You are served with the original and one copy of the Plaintiff's First Request for Admission to
        Defendant pursuant to Federal Rules of Civil Procedure 36 and the Bankruptcy Rule 7036.

13      These Requests will be deemed admitted unless, within thirty (30) days after service of these
        requests, a written answer or objection is addressed to the matter, and is signed by the party or by
        party's attorney. If objection is made, the reasons therefore shall be stated. Please type your

14      responses in the space provided and, if necessary, add additional pages. Return the verified
        original of the completed Requests for Admissions to Barry Friedman, Barry Friedman &

15      Associates, 257 St. Anthony Street, P.O. Box 2394, Mobile, AL, 36652 within 30 days after
        service of these requests upon you. The answer shall specifically deny the matter or set forth in

16      detail the reasons why the answering party cannot truthfully admit or deny the matter. A denial
        shall fairly meet the substance of the requested admission, and when good faith requires that a

17      party qualify his answer or deny only a part of the matter of which an admission is requested, he
        shall specify so much of it as is true and qualify or deny the remainder. An answering party may

18      not give lack of information of knowledge as reason for failure to admit or deny unless he states
        that he has made reasonable inquiry and that the information known or readily obtainable by the

19      party is insufficient to enable the party to admit or deny.

20                                  ## REQUESTS FOR ADMISSIONS

21      **REQUEST FOR ADMISSION NO. 1:**    Admit that you applied for and received a
        credit card with Plaintiff under Account XXXXXX9921 (the "Account").

22      **RESPONSE:**

23

24

25

Exhibit D

**REQUEST FOR ADMISSION NO. 11:**    Admit that at the time the charges were incurred, you did not have the financial ability to repay them and remit current payments on all of your other unsecured debt and living expenses.
**RESPONSE:**

**REQUEST FOR ADMISSION NO. 12**    Admit that at all times during the period that the charges were incurred on the Account, you knew and understood that you had insufficient income and financial resources to remit payments to Plaintiff and your various credit accounts and pay your other living and household expenses.
**RESPONSE:**

**REQUEST FOR ADMISSION NO. 13:**    Admit that by accepting and using the cash advances and/or convenience checks received from Plaintiff, you agreed to be bound by the terms and conditions under which the credit card was issued.
**RESPONSE:**

Requests for Admission dated this 12th day of _____March_____, 2007.

_____
Barry Friedman
Attorney for Plaintiff

Page 1-Declaration of Service

1
2
3

Barry Friedman & Associates
Barry Friedman
257 St. Anthony Street
P.O. Box 2394
Mobile, AL 36652
Telephone: 251-439-7400

4
5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

6
7

| In re:<br>ARTHUR T FLOWERS JR<br>    Debtor. | Bankruptcy Case No 06-31560<br>Adv. No. 0607-03009 |
|---|---|

8
9
10

| MBNA America Bank, N.A.<br>Plaintiff,<br>v.<br>ARTHUR T FLOWERS JR<br>  Defendant, | DECLARATION OF PROOF OF<br>SERVICE BY _____ |
|---|---|

11

    I, Barry A Friedman, declare as follows:

12
13
14

    I am over the age of 18 and not a party to this action, and that on __March 12, 2007, I sent by first class mail, postage prepaid, a true and correct copy of Plaintiff's First Set Of Interrogatories And Requests For Production To Defendants and a true and correct copy of Plaintiff's First Request For Admission To Defendant to the parties/attorneys listed below:

15
16
17

Arthur T Flowers Jr
3345 Habersham Road
Montgomery, Alabama 36109

Gail Donaldson
Attorney at Law
400 South Union Street
Montgomery, Alabama 36104

18
19

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF ALABAMA THAT THE FORGOING IS TRUE AND CORRECT.

20

DATED IN MOBILE, AL THIS _12ᵗʰ_ day of March, 2007

21
22

Printed Name: _Barry A Friedman_

23
24
25

Page 1-Declaration of Service

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 06-31560-WRS
                                                         Chapter 7
ARTHUR T. FLOWERS,

      Debtor

FIA CARD SERVICES NA,

      Plaintiff                              Adv. Pro. No. 07-3009-WRS

   v.

ARTHUR T. FLOWERS JR.,

      Defendant

### <u>ORDER</u>

On June 5, 2007, Defendant Arthur T. Flowers, Jr., filed a motion for summary judgment.
(Doc. 22). Plaintiff FIA Card Services shall file its response not later than July 5, 2007.
Defendant Flowers may file a reply not later than July 20, 2007. The Court will take the motion
under advisement on July 20, 2007. Any party requesting oral argument on the motion shall
make its request in writing filed not later than July 20, 2007.

Done this 6th day of June, 2007.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Barry A. Friedman, Attorney for Plaintiff
  Gail Donaldson, Attorney for Defendant

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA
## MONTGOMERY DIVISION

IN RE:

      ARTHUR T FLOWERS, JR.                  CASE NO. 06-31560
      Debtor,                                    CHAPTER 7
                                              JUDGE WILLIAM R SAWYER

FIA CARD SERVICES, N.A
      Plaintiff,

      Vs.                                       Adv. Pro. No. 07-03009

ARTHUR T FLOWERS, JR.
      Defendant

### RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON BEHALF OF FIA CARD SERVICES, N.A.

Now comes Plaintiff FIA Card Services, N.A., through counsel, and responds to the Defendant's motion as follows:

1.     FIA Card Services, N.A. asserts that the debtor Arthur T Flowers, Jr. used the credit card with the actual subjective intent not to pay.

2.     If a Creditor establishes that a debtor had an actual subjective intent not to pay, the debt is dischargeable because of the debtor's actual fraud.

3.     The factual issue of the debtor's subjective intent cannot be determined by a Motion for Summary Judgment.

4.     FIA Card Services, N.A. was substantially justified in commencing this action.

     WHEREFORE, FIA Card Services, N.A. asks this court to deny the

Defendant's motion because there is a question of material fact.

Dated: June 19, 2007

/s/ Barry A. Friedman
Barry Friedman & Associates
Attorney for FIA Card Services, N.A.
257 St. Anthony Street
Mobile, Alabama 36652
(251) 432-2660
bky@bafmobile.com

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA
## MONTGOMERY DIVISION

IN RE:

    ARTHUR T FLOWERS, JR.          CASE NO. 06-31560
    Debtor ,                         CHAPTER 7
                                  JUDGE WILLIAM R SAWYER

FIA CARD SERVICES, N.A
    Plaintiff,

    Vs.                            Adv. Pro. No. 07-03009

ARTHUR T FLOWERS, JR.
    Defendant,

### PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS

1.    FIA Card Services, N.A. has brought this Adversary Proceeding on the basis that the Defendant Arthur T Flowers, Jr. did not have the actual, subjective intent to repay the debt incurred through the use of the FIA Card Services, N.A. credit card.

2.    That Arthur T Flowers, Jr. set forth in his schedules that he had a monthly income of $ 2,970.14.

3.    That Arthur T Flowers, Jr. set forth in his schedules that he had a monthly expenses of $ 2,859.38.

4.    That Arthur T Flowers, Jr. set forth in his schedules that he had unsecured debt totaling $ 64,096.00.

5.    That Arthur T Flowers, Jr. had $ 110.76 each month for the payment of unsecured debt totaling $ 64,096.00.

6.    That Arthur T Flowers, Jr. set forth in his schedules that he had $ 0.00 cash on hand when the bankruptcy was filed.

7.    That Arthur T Flowers, Jr. set forth in his schedules that he had $ 767.52 in his checking and savings account when the bankruptcy was filed.

8.    That from August 16, 2006 until the entry of the Order for Relief 99 days later, the Defendant made no payments on the account.

9.    The Defendant did not use any equity in real property to pay any portion of the debt.

10.    On June 7, 2006, 70 days before obtaining the cash advance, the Defendant suffered cardiac arrest.

11.    The Defendant is disabled and faces a serious medical condition.

12.    The August 16, 2006 cash advance in the amount of $ 4,000.00 represented 26.29% of the Defendant's income for the year 2006.

13.    The Defendant set forth in his schedules that he was unemployed.

Dated: June 19, 2007

/s/ Barry A Friedman
Barry Friedman & Associates
Attorney for FIA Card Services, N.A.
257 St. Anthony Street
Mobile, Alabama 36652
(251) 432-2660
bky@bafmobile.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA
## MONTGOMERY DIVISION

IN RE:

      ARTHUR T FLOWERS, JR.             CASE NO. 06-31560

      Debtor,                             CHAPTER 7

                                      JUDGE WILLIAM R SAWYER

FIA CARD SERVICES, N.A

      Plaintiff,

      Vs.                          Adv. Pro. No. 07-03009

ARTHUR T FLOWERS, JR.

      Defendant,

## BRIEF ON BEHALF OF FIA CARD SERVICES, N.A.
## IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

**INTRODUCTION**

      FIA Card Services, N.A. has brought this action pursuant to 11 U.S.C. §523(a)(2)(A). FIA Card Services, N.A. specifically asserts that the Defendant used the FIA Card Services, N.A. credit card without the actual, subjective intent to pay the debt thereby incurred. Actual, subjective fraudulent intent may be inferred from specific factual allegations.

**STATEMENT OF FACTS**

      On August 16, 2006, 99 days before the entry of the order for relief, Arthur T Flowers, Jr. utilized his FIA Card Services, N.A. credit card to obtain a cash advance in the amount of $ 4,000.00. The cash advance represented 26.29% of the Defendant's income for the year 2006. After obtaining the cash advance the Defendant made no payments on the account.

1.

The affidavit of the Defendant sets forth that on June 7, 2006, 70 days before obtaining the cash advance, the Defendant suffered cardiac arrest. The Defendant also set forth in his affidavit that he was disabled and set forth in the schedules that he was unemployed.

The Defendant set forth in his schedules that he had a monthly income of $ 2,970.14 and monthly income of $ 2,859.38 which leaves $ 110.76 each month for the payment of unsecured debt totaling $ 64,096.00 as set forth in the schedules. .

The Defendant set forth in his schedules that he had $ 0.00 cash on hand and that he had $ 767.52 in his checking and savings account when the bankruptcy was filed.

The Defendant did not use any equity in real property to pay any portion of the debt.

**STANDARD FOR REVIEW**

Summary judgment is appropriate where "there is no genuine issue as to any material fact and the moving party is entitled to a judgment as a matter of law." Fed. R. Civ. P. 56(c). We "view the evidence and all factual inferences therefrom in the light most favorable to the party opposing the motion" and "`all reasonable doubts about the facts [are] resolved in favor of the non-movant.'" *See Burton v. City of Belle Glade*, 178 F.3d 1175, 1187 (11th Cir. 1999) (quoting *Clemons v. Dougherty County*, 684 F.2d 1365, 1368-69 (11th Cir. 1982)). As we have explained, "`[t]he mere existence of a scintilla of evidence in support of the position will be insufficient; there must be evidence on which the jury could reasonably find for the [non-moving party].' In determining whether this

2.

evidentiary threshold has been met, the trial court 'must view the evidence presented

through the prism of the substantive evidentiary burden applicable to the particular cause

of action before it.'" *City of Delray Beach v. Agricultural Ins. Co.,* 85 F.3d 1527, 1530

(11th Cir. 1996) (quoting *Anderson v. Liberty Lobby, Inc.,* 477 U.S. 242, at pp 252-255,

106 S. Ct. 2505, 2512-14 (1986)). Simply put, "'the plain language of Rule 56(c)

mandates the entry of summary judgment . . . against a party who fails to make a showing

sufficient to establish the existence of an element essential to that party's case, and on

which that party will bear the burden of proof at trial.'" Id. (quoting *Celotex Corp. v.

Catret,* 477 U.S. 317, at pp. 322-323, 106 S. Ct. 2548, 2552-53 (1986)).

The statutory phrase "substantially justified" means justified in substance or in the

main – that is, justified to a degree that could satisfy a reasonable person. This

interpretation of the phrase accords with related uses of the term "substantial," and is

equivalent to the "reasonable basis both in law and fact" formulation adopted by the vast

majority of Courts of Appeals. *Pierce v. Underwood,* 487 U.S. 552 (1988)

**ARGUMENT**

The matter is before the Court on the Defendant's Motion for Summary

Judgment. There is no dispute that Arthur T Flowers, Jr. used his FIA Card Services,

N.A. credit card to obtain $ 4,000.00 on August 16, 2006. The question is whether

Arthur T Flowers, Jr. had an actual subjective intent, under the totality of the

circumstances, not to pay FIA Card Services, N.A. when he obtained the $ 4,000.00.

Whether a debtor possessed an intent to defraud a creditor within the scope of

§ 523(a)(2)(A) is measured by a subjective standard, *see Field v. Mans,* 516 U.S. 59, 116

S. Ct. 437, 444 (1995).

3.

Some courts have adopted a nonexclusive list of twelve facts to consider when determining whether a debtor intended to repay the debt. *Ellingsworth v A.T.&T. Universal Card Services, (In Re Ellington)*, 212 B.R. 326, at pp 334-335 (Bankr. W.D. Mo. 1997); *Citibank South Dakota, N.A. v Dougherty (In Re Dougherty)*, 84 B.R. 653, at p 657, (9th Cir. B.A.P. 1988).

These factors are: (1) the length of time between the charges made and the filing of bankruptcy; (2) whether or not an attorney has been consulted concerning the filing of bankruptcy before the charges were made; (3) the number of charges made; (4) the amount of the charges; (5) the financial condition of the debtor at the time the charges are made; (6) whether the charges were above the credit limit of the account; (7) whether the debtor made multiple charges on the same day; (8) whether or not the debtor was employed; (9) the debtor's prospects for employment; (10) financial sophistication of the debtor; (11) whether there was a sudden change in the debtor's buying habits; and (12) whether the purchases were made for luxuries or necessities. *Citibank South Dakota, N.A. v. Dougherty (In re Dougherty),* 84 B.R. 653, 657 (9th Cir. B.A.P. 1988) (citing *Sears Roebuck and Co. v. Faulk (In re Faulk),* 69 B.R. 743, 757 (Bankr. N.D. Ind. 1986)), abrogated on other grounds, *Grogan v. Garner,* 498 U.S. 279 (1991).

The Ninth Circuit, which decided *Dougherty, supra,* has recognized that the twelve-factor test has "been criticized because it does not consider all the common law elements of fraud, particularly misrepresentation and reliance." *Citibank (South Dakota), N.A. v. Eashai (In re Eshai),* 87 F.3d 1082, at p 1088 (9th Cir. 1996) (citing *The GM Card v. Cox (In re Cox),* 182 B.R. 626, 637 (Bankr. D. Mass. 1995)).

4.

This Court has previously held:

> Although a number of objective facts and circumstances
> may be relevant to determination of this intent, the ultimate
> factual issue is the debtor's subjective intent not to pay. This
> factual issue cannot be determined by a formulaic use of
> objective criterion and, critically, is quite distinct from the
> question of ability to pay.

*FDS National Bank v Alam (In Re Alam),* 314 B.R. 834, at p 841 (Bankr. N.D. Ga. 2004)

Clearly, debtors have an incentive to make self-serving statements and will rarely

admit an intent not to repay. Thus, a debtor's intention _ or lack thereof _ must be

ascertained by the totality of the circumstances. *Rembert v. AT&T Universal Card Servs.,*

*Inc. (In re Rembert),* 141 F.3d 277, 280-81 (6th Cir. 1998)*AT&T Universal Card Serv.*

*Corp. v. Feld (In re Feld),* 203 B.R. 360, 367 (Bankr. E.D. Pa. 1996).

FIA Card Services, N.A. also contends that it was substantially justified in commencing

and prosecuting this instant matter.

> A position is substantially justified when it is "justified in substance or
> in the  main'-that is, justified to a degree that could satisfy a reasonable
> person." *Pierce,* 487 U.S. at 565. Stated otherwise, a position is
> substantially justified when it has     a "reasonable basis both in law and
> fact." *Id.*
> *Pierce v. Underwood,* 487 U.S. 552 (1988)

To find that FIA Card Services, N.A. was substantially justified in commencing

the adversary proceeding the Court must find that a reasonable person would believe that

the use of the credit card by the Defendant established under the totality of the

circumstances that the Defendant did not possess a subjective intent not to repay the debt.

As the Court noted in *Rembert v AT&T Universal Card Services,* 141 F3d 277

(6th Cir. 1998), a debtor's intention, or lack thereof, must be ascertained by the totality of

5.

the circumstances. As the Court noted in *Rembert. supra,* a debtor has an incentive to make self-serving statements and will rarely admit an intent not to repay. At what point can a reasonable person say FIA Card Services, N.A. had a reasonable basis in fact and law to commence the action. It is important to remember that we are concerned with a determination that FIA Card Services, N.A.'s position that the Defendant did not have a subjective intent to repay the debt was substantially justified.

**CONCLUSION**:

For the reasons stated Summary Judgment is not appropriate in this matter because Arthur T Flowers, Jr.'s use of the credit card involves a question of fact as to his actual subjective intent. It is a factual question for trial as to whether Arthur T Flowers, Jr did not intend to pay the debt to FIA Card Services, N.A. when it was incurred.

Respectfully submitted.

Dated: June 19, 2007

/s/ Barry A. Friedman
Barry Friedman & Associates
Attorney for FIA Card Services, N.A.
257 St. Anthony Street
Mobile, Alabama 36652
(251) 432-2660
bky@bafmobile.com

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA
## MONTGOMERY DIVISION

IN RE:

      ARTHUR T FLOWERS, JR.           CASE NO. 06-31560
      Debtor,                           CHAPTER 7
                                  JUDGE WILLIAM R SAWYER

FIA CARD SERVICES, N.A
      Plaintiff,

      Vs.                         Adv. Pro. No. 07-03009

ARTHUR T FLOWERS, JR.
      Defendant,

### AFFIDAVIT OF CUSTODIAN OF BUSINESS RECORDS

I, Yasemin Kabacaoglu, pursuant to 28 U.S.C. § 1746, declare, certify, verify and
state under penalty of perjury that the foregoing is true and correct:

1.     I am the duly authorized custodian of the business records, or an otherwise

qualified person as set forth in Federal Rule of Evidence 902(11), of FIA Card Services,

N.A. and have authority to certify those records.

2.     I made this affidavit from my personal knowledge and I am competent to testify

on these matters.

3.     The record attached was made at or near the time of the occurrence of the matters

set forth therein by, or from information transmitted by, a person with knowledge of

those matters.

4.     The record attached was kept in the ordinary course of the regularly conducted

activity of FIA Card Services, N.A..

5.    The record attached was made by the regularly conducted activity as a regular

practice of FIA Card Services, N.A.

6.    The record is a true and correct copy of the Statement of Account for the FIA

Card Services, N.A. credit card or line of credit for ARTHUR T FLOWERS, JR. for FIA

Card Services, N.A. account xxxx-xxxx-xxxx-9921.

Sworn to this 19th day of June , 2007.

Print Name: Yasemin Kabacaoglu

Custodian of the Records for FIA Card Services, N.A.
or person otherwise qualified

Glenn D Miller
Notary Public In and
for the State of New York
My Commission Expires: 11/27/2010

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA
## MONTGOMERY DIVISION

IN RE:

      ARTHUR T FLOWERS, JR.             CASE NO. 06-31560
      Debtor,                              CHAPTER 7
                                    JUDGE WILLIAM R SAWYER

FIA CARD SERVICES, N.A
      Plaintiff,

      Vs.                              Adv. Pro. No. 07-03009

ARTHUR T FLOWERS, JR.
      Defendant,

      I hereby certify that on June 19, 2007, I electronically filed the foregoing

Paper(s) with the Clerk of the Court using the ECF system which will send notification of

such filing to the following:

Gail Donaldson, Attorney for Defendant

and I hereby certify that I mailed by United States Postal Service the Paper(s) to the

following non-ECF participants:

Dated: June 19, 2007                /s/ Barry A Friedman
                                Barry Friedman & Associates
                                Attorney for FIA Card Services, N.A.
                                257 St. Anthony Street
                                Mobile, Alabama 36652
                                (251) 432-2660
                                bky@bafmobile.com

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 07–03009
                                                          BK Case No. 06–31560
FIA Card Services, N.A. et al v. Flowers et al

## NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held

on August 14, 2007 at 09:00 AM

to consider and act upon the following:

*22* – Motion For Summary Judgment Filed by Gail Donaldson on behalf of Arthur T. Flowers Jr.. (Attachments: # (1) Exhibit Exhibit A# (2) Exhibit Exhibit B# (3) Exhibit Exhibit C# (4) Exhibit Exhibit D) (Donaldson, Gail)

---

Each party desiring to be heard MUST CALL conferencing services at least 5 minutes prior to the commencement of court.

PHONE: **1–800–347–3350**
CHAIRPERSON: William Livingston

You will be asked to provide the name of the chairperson and the name of the caller.

Conference calls may be amplified throughout the entire courtroom. During the conference call and especially while court is in session, please maintain proper telephone etiquette. Your cooperation is appreciated and will serve to expedite the hearing process.

     – Do not place the phone on hold during the call as many companies utilize background music
     – Do not conduct work such as paper shuffling or keyboard typing with an open line
     – Do not address the court until called upon
     – Maintain telephone silence while waiting and refrain from making unnecessary noise
     – Mute telephone as applicable
     – Follow conference coordinator instructions as provided

Your case will be called as soon as possible.

Dated:  July 23, 2007

Richard S. Oda
Clerk, U.S. Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 06-31560-WRS
                                                         Chapter 7

ARTHUR T. FLOWERS,

        Debtor

FIA CARD SERVICES N.A.,

        Plaintiff                                Adv. Pro. No. 07-3009-WRS

    v.

ARTHUR T. FLOWERS JR.,

        Defendant

### ORDER CONTINUING TRIAL

It is ORDERED that the trial of this adversary proceeding presently "deep set" for

September 24, 2007, is CONTINUED pending the court's ruling on the defendant's motion for

summary judgment.

Done this 20th  day of August, 2007.


/s/ William R. Sawyer
United States Bankruptcy Judge


c: Barry A. Friedman, Attorney for Plaintiff
   Gail Donaldson, Attorney for Defendant

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 06-31560
                                                         Chapter 7
ARTHUR T. FLOWERS,

      Debtor.


FIA CARD SERVICES, N.A.,                                 Adv. Pro. 07-3009

      Plaintiff,

   v.

ARTHUR T. FLOWERS,

      Defendant.


### <u>MEMORANDUM DECISION</u>

This Adversary Proceeding is before the Court upon the Motion for Summary Judgment filed by Defendant Arthur T. Flowers, Jr. (Doc. 22). Plaintiff FIA Card Services, N.A., opposes the motion. (Doc. 25). The Court heard the arguments of counsel on August 14, 2007. For the reasons set forth below, the Defendant's motion is GRANTED and the complaint is DISMISSED WITH PREJUDICE. The Court further finds that the position of Defendant FIA Card Services was not substantially justified and awards reasonable attorneys' fees to the Defendant. The Court will, by way of a separate document, enter judgment and will schedule filings for the allowance of attorney's fees.

# I.  FACTS

Arthur T. Flowers, the Debtor in the underlying bankruptcy case and the Defendant in this Adversary Proceeding, filed a petition in bankruptcy pursuant to Chapter 7 of the Bankruptcy Code on November 22, 2006.  (Case No. 06-31560, Doc. 1).[1]  Plaintiff FIA Card Services, Inc., alleges that it is owed $23,367.49, and of that amount, $4,000.00 was incurred on either August 16 or 17, 2006, which is either 97 or 98 days prior to the date of the petition. (Doc. 1).  FIA alleges that the $4,000.00 should be excepted from the debtor's discharge on the basis of fraud.  FIA makes no complaint as to the remaining $19,367.49 that it alleges is owed.

Flowers submitted an Affidavit in support of his motion, the contents of which are not disputed by FIA.  Flowers states that he had a cardiac arrest on June 7, 2006, and that his heart stopped for a few minutes.  (Doc. 22, Ex. 1).  Flowers swears that he had always paid his bills on time and that it was always his intention to repay his debts.  Id.[2]

Flowers filed Schedules with the Court reporting unsecured debts in the amount of $64,096.00, none of which he reports as owing to Plaintiff FIA Card Services, Inc.  (Case No. 06-31560, Doc. 1).  FIA filed an Affidavit of Yasemin Kabacaoglu.  (Doc. 25, Ex. 3). Kabacaoglu states that he is a custodian of records for FIA.  He does not provide his business address, his title or even indicate whether he is a salaried employee or a contractor of some sort. Kabacaoglu states that the records of FIA indicate that it is owed money by Flowers.  FIA does

---

[1]  Citations to documents filed in the main case are indicated with the case and document number, while citations to documents filed in this Adversary Proceeding are indicated only by the document number.

[2]  A search of this Court's database does not indicate any other bankruptcy filings by the Debtor.

not provide any evidence that it acquired the indebtedness owed by Flowers, or that Flowers or explain as to how it came to his creditor.

FIA did not appear at the meeting of creditors in Flowers bankruptcy case nor did it take his deposition here. There is no evidence in this Court's record that there was ever any contact between FIA and Flowers. For purposes of this motion only, the Court will assume that Flowers does in fact owe FIA the amount alleged. As the evidence does not indicate that any statements were ever made by Flowers to FIA, it follows that he could not have made a false statement. It is FIA's contention that Flowers nevertheless intended to defraud it, notwithstanding the absence of a statement. FIA's claim that Flowers intended to defraud it is based solely on the fact that it was not paid.

FIA argues that the Court should draw an inference that fraud is present based upon the fact that a $4,000.00 cash advance was taken on August 16, 2006, which represents 26.29% of Flowers reported income for the year 2006. (Doc. 25, Ex. 2). Having calculated the percentage of Flowers' income and debt with such precision, it should be noted that FIA did not, at any time, ask Flowers what his income actually was, nor did they inquire as to the state of his health. Even if one were to presume that the use of a credit card is an implied representation as to the borrowers' intention to pay, under the facts of this case, FIA's total failure to make any effort to inquire into Flowers' personal and financial situation makes any reliance upon this implied representation both unreasonable and unjustified.

## II.  LAW

### A.  Jurisdiction

This is an Adversary Proceeding to determine whether a debt should be excepted from the Debtor's discharge, for fraud, pursuant to 11 U.S.C. § 523(a)(2).  This Court has jurisdiction to hear this Adversary Proceeding pursuant to 11 U.S.C. § 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(I).

### B.  Summary Judgment Standard

Summary judgment is only proper when there are no genuine issues of material facts and the moving party is entitled to judgment as a matter of law.  See Fed. R. Civ. P. 56, made applicable to Adversary Proceedings pursuant to Fed. R. Bankr. P. 7056.  Rule 56(c) provides: "The judgment sought shall be rendered forthwith if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law."  Fed. R. Civ. P. 56(c).  "When a party moves for summary judgment, the court construes the evidence and makes factual inferences in the light most favorable to the nonmoving party." Thomas v. Gulf Coast Credit Servs., Inc., 214 F.Supp.2d 1228, 1231 (M.D. Ala. 2002).  The court does not "weigh the evidence to determine the truth of the matter, but solely determines whether there is a genuine issue for trial."  Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 249-50 (1986).

The party seeking summary judgment "always bears the initial responsibility of informing the court of the basis for its motion, and identifying those portions of 'the pleadings,

depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any,' which it believes demonstrate the absence of a genuine issue of material fact." <u>Lancaster v. Phillips Investments, LLC</u>, 482 F.Supp.2d 1362, 1364 (M.D. Ala. 2007) (quoting <u>Celotex Corp. v. Catrett</u>, 477 U.S. 317, 323 (1986)).  The movant can meet this burden by presenting evidence showing there is no dispute of material fact, or by showing the nonmoving party has failed to present evidence in support of some element of its case on which it bears the ultimate burden of proof.  <u>Id.</u> (quoting <u>Celotex</u>, 477 U.S. at 322-23).  "The plain language of Rule 56(c) mandates the entry of summary judgment ... against a party who fails to make a showing sufficient to establish the existence of an element essential to that party's case, and on which that party will bear the burden of proof at trial." <u>Johnson v. Board of Regents of Univ. of Ga.</u>, 263 F.3d 1234, 1243 (11th Cir. 2001).

The burden then shifts to the non-moving party to establish that there are material facts in dispute.  <u>Matsushita Elec. Indus. Corp. v. Zenith Radio Corp.</u>, 475 U.S. 574, 586 (1986).  "If the non-moving party fails to make a sufficient showing on an essential element of [his] case with respect to which [he] has the burden of proof, then the court must enter summary judgment for the moving party." <u>Gonzalez v. Lee County Housing Auth.</u>, 161 F.3d 1290, 1294 (11th Cir. 1998) (quoting <u>Celotex</u>, 477 U.S. at 323).

## C.  Fraud

FIA brought this Adversary Proceeding alleging that the debts owed to it by Flowers are non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A).  Section 523(a)(2)(A) of the Bankruptcy Code provides that a discharge in bankruptcy does not discharge an individual

debtor from debts "for money, property, services, or an extension, renewal, or refinancing of credit, to the extent obtained by – false pretenses, a false representation, or actual fraud, other than a statement respecting the debtor's . . . financial condition." 11 U.S.C. § 523(a)(2)(A). In order to prevail under that section, the creditor must prove the following elements:

    (1) The debtor made false representations with the intent to the defraud the creditor;

    (2) The creditor justifiably relied on the false misrepresentations; and

    (3) The creditor sustained a loss caused by the debtor's misrepresentations.

Fuller v. Johannessen (In re Johannessen), 76 F.3d 347, 350 (11th Cir. 1996); see also, Overly v. Guthrie (In re Guthrie), 265 B.R. 253, 258 (Bankr. M.D. Ala. 2001); Lee v. Lambert (In re Lambert), 2006 WL 3742243 (Bankr. M.D. Ala. Dec. 18, 2006). It is well established that exceptions to discharge are narrowly construed in the debtor's favor. See Gleason v. Thaw, 236 U.S. 558, 562 (1915); Schweig v. Hunter (In re Hunter), 780 F.2d 1577, 1579 (11th Cir. 1986). As it is undisputed that no express representation was made by Flowers to FIA, it follows that the elements of a traditional fraud claim are not established.

    The United States Court of Appeals for the Eleventh Circuit has not handed down a decision dealing with the dischargeability of a credit card debt in more than 20 years. First National Bank of Mobile v. Roddenberry, 701 F.2d 927 (11th Cir. 1983). While Roddenberry was decided under the Bankruptcy Act, rather than the Bankruptcy Code, its holding is still binding on lower courts as section 17a of the Act is nearly identical to section 523(a)(2)(A) of the existing Bankruptcy Code.[3] Therefore, Roddenberry is still good law.

---

    [3] Section 17a [Bankruptcy Act of 1898] provides that "[a] discharge in bankruptcy shall release a bankrupt from all of his provable debts, whether allowable in full or in part, except

-6-

The Eleventh Circuit, in <u>Roddenberry</u>, held that:

> [W]e hold that the voluntary assumption of risk on the part of a bank continues until it is clearly shown that the bank unequivocally and unconditionally revoked the right of the cardholder to further possession and use of the card, and until the cardholder is aware of this revocation. A card issue, acting upon it own judgment, may elect to continue to extend credit; it shall be presumed to do so until clear revocation has taken place. Only after such clear revocation has been communicated to the cardholder with further use of the card result in liabilities obtain by "false pretenses or false representations" within the meaning of section 17a(a)'s [now 523(a)(2)(A)] exemption from discharge. It is more than an intentional concealment of insolvency; it is an affirmative misrepresentation that one is entitle to possess and use the card.

<u>Id.</u> at 932. The evidence here is undisputed. No revocation was made at any time by FIA. It follows that FIA has failed to establish a factual basis to support its claim of nondischargeability. Implicit in FIA's argument is that Flowers knew or should have know that he could not repay the money and therefore should not have borrowed, even though it was willing to lend. Flowers filed an affidavit setting out that it was his intention to repay FIA, and that affidavit was not rebutted by any evidence. Thus, even if FIA's legal contention was correct (which it is not), it still does not have any evidence to support its claim.

The decision of the Eleventh Circuit in <u>Roddenberry</u> is inconsistent with the "implied representation" theory advanced by FIA here. Indeed, FIA would place the burden of

---

such as . . . (2) are liabilities for obtaining money or property by false pretenses or false representations." 11 U.S.C. § 35a(2) (repealed 1978).

Section 523(a)(2)(A) [Bankruptcy Code of 1978] excepts from discharge those debts "for money, property, services, or an extension, renewal, or refinancing of creditor to the extent obtained, by– (A) false pretenses, a false representation, or actual fraud." 11 U.S.C. § 523(a)(2)(A).

-7-

underwriting its lending to its borrowers.  If they "failed" to protect the lender, their penalty

would be nondischargeability.  If the theory of liability advanced by FIA were to be accepted,

the idea of an exception to discharge would be swallowed up by this new duty imposed upon the

debtors.  Indeed, it would appear that virtually any credit card debt would become

nondischargeable under this theory.

### D.  Attorney's Fees

Section 523(d) shifts attorney's fees in those instances where a creditor requests a

determination of dischargeability under section 523(a)(2) and the debtor prevails.  Attorneys'

fees are to be awarded to a debtor who prevails unless the position of the creditor was

"substantially justified" or "special circumstances would make the award unjust."  11 U.S.C. §

523(d).  As the creditor in this case has no evidence of fraud, its position is not substantially

justified.  Moreover, there are no "special circumstances" present here which should preclude an

award of attorney's fees.  Indeed, it appears that the Debtor here is the quintessential "honest but

unfortunate" debtor who should receive the benefit of his discharge.  It appears that the Debtor

used his best efforts to repay his creditors and would have done so but for his extraordinarily

serious health problems.  The Creditor here has alleged fraud without any basis in fact, but also

without making any attempt to learn the facts of this case.  This is an appropriate case for an

award of attorney's fees.

-8-

## III.  CONCLUSION

The evidence here is not in dispute.  Plaintiff FIA has no evidence of fraud, indeed it has

not even attempted to obtain any evidence.  It has simply alleged fraud with no basis in fact.  For

this reason, the Defendant's motion for summary judgment is GRANTED.  Moreover, the Court

will award attorney's fees.  The Court will enter judgment by way of a separate document and

will provide a schedule for the filing of a request for attorney's fees by way of a separate order.


Done this the 26th day of September, 2007.


/s/ William R. Sawyer
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 06-31560
                                                         Chapter 7
ARTHUR T. FLOWERS,

        Debtor.


FIA CARD SERVICES, N.A.,                                 Adv. Pro. 07-3009

        Plaintiff,

    v.

ARTHUR T. FLOWERS,

        Defendant.

## <u>JUDGMENT</u>

    For the reasons set forth in this Court's Memorandum Decision of this date, the

Defendant's motion for summary judgment is GRANTED.  The Plaintiff's complaint is

DISMISSED WITH PREJUDICE.  The Court will retain jurisdiction to award attorney's fees to

the Defendant.


    Done this the 26th day of September, 2007.


                    /s/ William R. Sawyer
                    United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                Case No. 06-31560
                                                     Chapter 7
ARTHUR T. FLOWERS,

        Debtor.


FIA CARD SERVICES, N.A.,                             Adv. Pro. 07-3009

        Plaintiff,

    v.

ARTHUR T. FLOWERS,

        Defendant.

### <u>ORDER</u>

For the reasons set forth in this Court's Memorandum Decision, attorney's fees are awarded to the Defendant. Counsel for the Defendant shall file an affidavit setting forth is fees within 15 days. Plaintiff may file a response within 15 days thereafter. The Court will take the matter under submission.

Done this the 26th day of September, 2007.

/s/ William R. Sawyer
United States Bankruptcy Judge

Barry Friedman
Barry Friedman & Associates
257 St. Anthony Street
P.O. Box 2394
Mobile, AL 36652
Phone: 251-439-7400

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## AT MONTGOMERY

| | |
|---|---|
| In re:<br><br>Arthur T Flowers, Jr.,<br><br>    Debtor. | Bankruptcy Case No. 06-31560 |
| FIA Card Services, N.A.,<br><br>    Plaintiff,<br><br>v.<br><br>Arthur T Flowers, Jr.,<br><br>    Defendant. | ADV. NO. 07-3009<br><br>NOTICE OF APPEAL TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA AT MONTGOMERY |

FIA Card Services, N.A., the Plaintiff, appeals under U.S.C. § 158(a) to the United States

District Court for the Middle District of Alabama at Montgomery from the Judgment of

the United States Bankruptcy Court for the District of Utah entered in this case on

September 26, 2007, granting the Defendant's Motion for Summary Judgment and

separate Order awarding attorney fees.

The names of all parties to the judgment, order or decree appealed from and the names,

addresses and telephone numbers of their respective attorneys are as follows:

FIA Card Services, N.A.                          Arthur T. Flowers, Jr.

Barry Friedman                                   Gail Donaldson
Barry Friedman & Associates                      Bond, Botes, Shinn & Donaldson, PC
257 St. Anthony Street                           400 South Union Street, Ste. 230
P.O. Box 2394                                    Montgomery, AL 36104
Mobile, AL 36652

Dated: October _____ , 2007                     /s/ Barry Friedman
                                                 Barry Friedman
                                                 Barry Friedman & Associates
                                                 257 St. Anthony Street
                                                 P.O. Box 2394
                                                 Mobile, AL 36652
                                                 Phone: 251-439-7400
                                                 bky@bafmobile.com

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has
a right to have the appeal heard by the district court. The appleeant may exercise this
right only by filing a separate statement of election at the time of the filing of this notice
of appeal. Any other party mau elect, within the time provided in 28 U.S.C. §158(c) to
have the appeal heard by the district court.

*If a child support creditor or its representative it the appellant, and if the child
support creditor or its representative files the form specified in §304(g) of the Bankruptcy
Reform Act of 1994, no fee is required.*

**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
AT MONTGOMERY**

In re:

Arthur T Flowers, Jr.,

      Debtor.

FIA Card Services, N.A.,

      Plaintiff,

v.

Arthur T. Flowers, Jr.,

      Defendant.

Bankruptcy Case No.  06-31560

ADV. NO.  07-3009

CERTIFICATE OF SERVICE

I hereby certify that on October ___8___, 2007 I electronically filed the foregoing

Notice of Appeal with the Clerk of the Court using the ECF system which will send

notification of such filing to the following:

Gail Donaldson, Attorney for Defendant

And I hereby certify that I mailed by United States Postal Service the Notice to the

following non-ECF participants:

Dated October ___8___, 2007

/s/ Barry Friedman
Barry Friedman
Barry Friedman & Associates
257 St. Anthony Street
P.O. Box 2394
Mobile, AL 36652
Phone: 251-439-7400
bky@bafmobile.com