IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>ARTHUR T. FLOWERS, JR.,  )<br>)<br>   Debtor.  )<br>)<br>FIA CARD SERVICES, N.A.,  )<br>)<br>   Appellant,  )<br>)<br>   v.  )<br>)<br>ARTHUR T. FLOWERS, JR.,  )<br>)<br>   Appellee.  ) | CIVIL ACTION NO.<br>2:07cv971-MHT |

### ORDER

It is ORDERED that the appeal of this cause is set for an on-the-record status conference on November 15, 2007, at 10:00 a.m. Appellant FIA Card Services, N.A., is DIRECTED to arrange for the conference to be conducted by telephone.

DONE, this the 8th day of November, 2007.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE