IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ARTHUR T. FLOWERS, JR., | ) | |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| FIA CARD SERVICES, N.A., | ) | |
| | ) | |
|     Appellant, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv971-MHT |
| | ) | |
| ARTHUR T. FLOWERS, JR., | ) | |
| | ) | |
|     Appellee. | ) | |

ORDER

Based upon representations made during an on-the-record status conference on November 15, 2007, it is ORDERED as follows:

(1) The appeal of this cause is set for submission, without oral argument on December 21, 2007.

(2) Appellant is to file its brief by November 30, 2007.

(3) Appellee is to file his brief by December 14, 2007.

(4) Appellant has until December 21, 2007, to file any reply brief.

DONE, this the 16th day of November, 2007.

           /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE