IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

FIA CARD SERVICES, N.A.
_____,  )
                                      )
    Plaintiff,                        )
                                      )
v.                                    )  CASE NO. 2:07-CV-00971-MHT
                                      )
ARTHUR T. FLOWERS, JR.                )
_____,  )
                                      )
    Defendants,                       )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW ARTHUR T. FLOWERS, JR., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |

1-10-08
Date

(Signature)

**Gail H. Donaldson**
(Counsel's Name)

**Arthur T. Flowers, Jr.**
Counsel for (print names of all parties)

400 South Union Street, Suite 230
Montgomery, AL 36104
Address, City, State Zip Code

334/264-3363
Telephone Number

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 10th day of January, 2008, served a copy of the foregoing Conflict Disclosure Statement on Barry Friedman, Barry Friedman & Associates, 257 St. Anthony Street, P.O. Box 2394, Mobile, AL 36652, Attorney for FIA Card Services, N.A. by United States mail and, by mailing the same by United States mail properly addressed and First Class Postage prepaid.

Gail H. Donaldson
Attorney for Defendant/Appellee
400 South Union Street
Suite 230
Montgomery, AL 36104
Phone (334) 264-3363
fax (334) 264-3340
GDonaldson@bondnbotes.com