IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| FIA Card Service, N.A., | ) |
|     Appellant, | ) ) ) |
| v. | )   CASE NO. 2:07-cv-00971-MHT |
| Arthur T Flowers, | ) ) ) |
|     Appellee, | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW FIA Card Services, N.A., an Appellant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐     This party is an individual, or

☐     This party is a governmental entity, or

☐     There are no entities to be reported, or

X     The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Bank of America Corporation | Parent Corporation |

January 15, 2008
Date

Counsel Signature

Barry A Friedman
Counsel for (print names of all parties)

P O Box 2394, Mobile, AL 36603-2394
Address, City, State Zip Code

(334) 439-7400
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

## CERTIFICATE OF SERVICE

I,___ Barry A Friedman ___, do hereby Certify that a true and correct copy of the foregoing has been furnished by U S Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __15th___ day of __January____ 2008, to:

_____W Gail Donaldson_____

_____Attorney at Law_____

_____400 South Union Street, Suite 230_____

_____Montgomery, AL 36104_____

_____

January 15, 2008
Date                                                    Signature